In the

# United States Court of Appeals

## For the Eleventh Circuit

---

No. 25-14263

---

ISIS BENJAMIN,
FANTASIA HORTON,
NAEOMI MADISON,
BRYNN WILSON,
JOHN DOE,
on behalf of themselves and all
persons similarly situated,

*Plaintiffs-Appellees,*

*versus*

COMMISSIONER, GEORGIA DEPARTMENT OF CORRECTIONS,
ASSISTANT COMMISSIONER, GEORGIA DEPARTMENT OF CORRECTIONS,
STATEWIDE MEDICAL DIRECTOR,

*Defendants-Appellants,*

CENTURION OF GEORGIA, LLC,

*Defendant.*

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:25-cv-04470-VMC

ORDER:

Appellants' unopposed motion to expedite the appeal is GRANTED.

Appellants' initial brief is due on January 2, 2026.

Appellees' response brief is due on January 30, 2026.

Appellants' reply brief is due on February 13, 2026.

The Clerk is DIRECTED to place this appeal on the next available oral argument calendar with a vacancy after February of 2026.

/s/ Adalberto Jordan

UNITED STATES CIRCUIT JUDGE