In the

# United States Court of Appeals

## For the Eleventh Circuit

---

No. 25-14263

---

ISIS BENJAMIN,
FANTASIA HORTON,
NAEOMI MADISON,
BRYNN WILSON,
JOHN DOE,
on behalf of themselves and all persons similarly situated,

*Plaintiffs-Appellees,*

*versus*

COMMISSIONER, GEORGIA DEPARTMENT OF CORRECTIONS,
ASSISTANT COMMISSIONER, GEORGIA DEPARTMENT OF CORRECTIONS,
STATEWIDE MEDICAL DIRECTOR,
CENTURION OF GEORGIA, LLC,

*Defendants-Appellants.*

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:25-cv-04470-VMC

ORDER:

Upon review of the docket, the Court on its own motion clarifies that Appellant Centurion of Georgia, LLC's appeal is proceeding for briefing, oral argument, and merits disposition purposes with the appeal of Appellants the Commissioner of the Georgia Department of Corrections; the Assistant Commissioner of the Georgia Department of Corrections; and the Statewide Medical Director.

The Court further modifies the briefing schedule in this appeal as follows.

Appellant Centurion of Georgia, LLC's initial brief is due on February 27, 2026.

Appellees' response brief is due on March 20, 2026.

Appellants' reply briefs are due on April 3, 2026.

/s/ Adalberto Jordan
UNITED STATES CIRCUIT JUDGE