# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-14263

_____

ISIS BENJAMIN,

FANTASIA HORTON,

NAEOMI MADISON,

BRYNN WILSON,

JOHN DOE,

   on behalf of themselves and all
   persons similarly situated,

*Plaintiffs-Appellees,*

*versus*

COMMISSIONER, GEORGIA DEPARTMENT OF
CORRECTIONS,

ASSISTANT COMMISSIONER, GEORGIA DEPARTMENT OF
CORRECTIONS,

STATEWIDE MEDICAL DIRECTOR,

CENTURION OF GEORGIA, LLC,

*Defendants-Appellants.*

2                          Order of the Court                          25-14263

———————————————

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:25-cv-04470-VMC

———————————————

ORDER:

Amicus Curiae Dr. Kellan Baker's motion for leave to file amicus brief in support of Plaintiff-Appellees is GRANTED.


DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION