No. 25-14263

---

# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

---

ISIS BENJAMIN, *et al.*,

*Plaintiffs-Appellees*,

v.

COMMISSIONER TYRONE OLIVER, in his official capacity, *et al.*,

*Defendants-Appellants*.

---

Appeal from the U.S. District Court for the Northern District of Georgia
No. 1:25-cv-04470 (Calvert, J.)

---

## ADDENDUM TO BRIEF OF DR. KELLAN BAKER, AS *AMICUS CURIAE*, IN SUPPORT OF PLAINTIFFS-APPELLEES SEEKING AFFIRMANCE

---

Luke A. Barefoot
Thomas Kessler
Jack Massey
Noopur Sen (*pro hac vice*)
Ariel Sheffey (*pro hac vice*)
Saifeldeen Zihiri (*pro hac vice*)
CLEARY GOTTLIEB
STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
T: (212) 225-2000
tkessler@cgsh.com

T. Brandon Waddell
CAPLAN COBB LLC
75 14th St. NE #2700
Atlanta, GA 30309
T: (404) 596-5602
bwaddell@caplancobb.com

*Counsel for Amicus Curiae*

# TABLE OF CONTENTS

FN 4, Waleed M. Sweileh, *Research Publications on the Mental Health of Transgender People: A Bibliometric Analysis Using Scopus Database (1992– 2021)*, Transgender Health (2022), https://doi.org/10.1089/trgh.2022.0006.......A-1

FN 10, R.L. Moss et al., *The Role of Prospective Randomized Clinical Trials in Pediatric Surgery: State of the Art*, 36 Journal of Pediatric Surgery 1182 (2001)....A-21

FN 13, C. Pelusi et al., *Effects of Three Different Testosterone Formulations in Female-to-Male Transsexual Persons*, 11 The Journal of Sexual Medicine 3002 (2014). ..................................................................A-26

FN 14, Thomas R. Frieden, *Evidence for Health Decision Making - Beyond Randomized, Controlled Trials*, 377 The New England Journal of Medicine 465 (2017). ..................................................................A-36

FN 15, Padhraig S. Fleming et al., *High Quality of the Evidence for Medical and Other Health-Related Interventions Was Uncommon in Cochrane Systematic Reviews*, 78 Journal of Clinical Epidemiology 34 (2016).............................A-47

Transgender Health
Vol 0 Iss 0, August 23, 2022
© 2022, Mary Ann Liebert, Inc., publishers
https://doi.org/10.1089/trgh.2022.0006



# Research Publications on the Mental Health of Transgender People: A Bibliometric Analysis Using Scopus Database (1992–2021)

Waleed M. Sweileh[*]

## Abstract

**Purpose:** Assessing research activity is important for planning future research agendas and corresponding policies. The purpose of the current study was to analyze research publications on the mental health of transgender people.

**Methods:** A bibliometric method using the SciVerse Scopus database was conducted. The study period was from 1992 to 2021. Keywords related to transgender and mental health were used to generate bibliometric data.

**Results:** The search strategy found 1862 documents authored by 7820 researchers and disseminated through 641 journals. Research on the mental health of transgender people experienced a steep growth after 2013. Authors and institutions in the United States were the most active in the field. Except for research collaboration between the United States and Canada, no significant cross-country collaboration was noted in the field. The most active journal was the *Journal of Gay and Lesbian Mental Health* ($n$=54, 2.9%), followed by the *LGBT Health* journal ($n$=52, 2.8%). However, documents published in the *American Journal of Public Health* journal ($n$=147.9) received the highest number of citations per document. Articles on suicide, violence, mental stress, and stigma were the most impactful in terms of the number of citations. Major research themes in the field included substance/alcohol use, violence, and the prevalence of depression/anxiety/suicide among transgender youth.

**Conclusions:** Research on the mental health of transgender people is on the rise. International research collaboration in the field is important to help researchers in low- and middle-income countries and increase the visibility of problems about transgender people in these countries.

**Keywords**: bibliometric, mental health, research, transgender people

---

Department of Physiology, Pharmacology/Toxicology, Division of Biomedical Sciences, College of Medicine and Health Sciences, An-Najah National University, Nablus, Palestine.

## Introduction

The term transgender, or simply trans, is used to describe people whose gender identity or gender expression differs from the sex that they were assigned to them at birth.[1] The term transgender also includes people described as transsexual, third gender, non-binary, and genderqueer.[2] No data are available on the population size of transgender people across all countries. The global, regional, and even national numbers of transgender people are difficult to estimate because most studies rely on the numbers obtained from specialty clinics that provide medical services for gender affirmation.[3,4] Furthermore, the prevalence of transgender people in the general population is highly affected by the definition of the transgender term.[5]

Throughout modern human history, the transgender community has been globally considered abnormal to the common cultural and religious beliefs.[6] Therefore, transgender people are stigmatized and experience different forms of verbal harassment, violence, discrimination, social rejection, and limited access to health and social services.[7,8] Discrimination and stigmatization based on unequal social status are termed "minority stress," which increases the risk of the transgender population for mental health problems.[9,10] The absence or limited legal and civil rights available for the transgender population create negative feelings, emotional distress, and financial difficulties that further increase the risk for mental health problems among the transgender population.[11] The major mental health problems, including suicide, of the transgender people, have been described as a "public health crisis," and the root causes of mental health problems among the transgender population have not been adequately addressed.[12,13]

Research activity on the mental health of transgender people is an important indicator of global efforts dedicated to achieving the legal and civil rights of the transgender population in seeking for better life and health. The report by the Institute of Medicine (IOM) published in 2011 indicated that the transgender population was under-researched and more research is needed to shed light on the biomedical and health-related issues of transgender people.[1] The report also called for more research on the health problems of transgender people. The report had a positive impact on the scientific community and more research on the health of transgender people has been seen lately. This was also paralleled with more media coverage about the topic as seen in the Time Magazine cover story "Beyond 'He' or 'She'" and the reality television program "I am Cait."

Assessing and analyzing research evolution, growth pattern, main contributors, most impactful articles, and common topics discussed in a certain field (1) help increase research momentum, (2) add more information to the existing literature, (3) identify research gaps, and (4) provide interventional future ideas to solve the identified problems. Quantitative and qualitative analysis of published literature on a certain topic using mathematics and statistics is termed bibliometric analysis.[14]

Bibliometric analyses are used to (1) inform authorities on research priorities for funding allocation, (2) provide indicators for research performance that allows for comparisons between countries, authors, institutions, and journals, (3) uncover the emerging trends of publications and the extent of research collaboration, (4) find novel ideas for future investigations, and (5) provide evidence for policymakers to optimize research activity. Bibliometric analysis is not a systematic review or a scoping review. A scoping review is a type of knowledge synthesis in which the main focus of the analysis of the relevant literature is on the study design to synthesize evidence for future research designs.[15] A systematic review is a type of evidence synthesis that uses repeatable analytical methods to collect secondary data and analyze it.[16]

Based on the information stated above, the purpose of the current study was to retrieve all scientific publications on the mental health of transgender people and present a bibliographic analysis and mapping of the retrieved publications. The author is aware of two previously published bibliometric studies on transgender people in general, but none was published on the mental health of transgender people.[17,18]

A2

# Methods

### Type of the study

The current study is a cross-sectional descriptive study using bibliometric tools on published literature. The "Strengthening the Reporting of Observational Studies in Epidemiology" (STROBE) reporting guideline was applied.[19]

### Ethics

The Institutional Review Board (IRB) at An-Najah National University did not require IRB approval for the current study because it is a bibliometric analysis with no humans involved. Therefore, a waiver from the IRB was given for the current study.

### Database used

In the current study, bibliometric tools were applied to a dataset of publications retrieved from the Scopus database. No other databases were used because Scopus is inclusive of all journals in Medline and has almost double the number of indexed journals in the Web of Science.[20]

### Study period

The analysis was applied to documents published from January 1, 1992, until December 31, 2021. The study period was chosen to represent the last three decades. The study period covers the millennium development goals and the early phase of sustainable development goals.

### Research strategy

In the current study, terms were applied in the advanced search function of the Scopus database. Terms related to "transgender" were joined with terms related to mental health/wellbeing using the Boolean operator "AND." The search strategy utilized quotation marks and truncated terms with an asterisk to sharpen the strategy and increase the accuracy of the results. The keywords/phrases used in the current study were obtained from previously published systematic reviews, bibliometric studies, and scoping reviews on either mental health or the transgender population.[17,21–28] The research strategy implemented in the current study was shown in detail in Table 1. For the keyword transgender, both title and title/abstract search were used to ensure the comprehensiveness of the results. However, when the title/abstract search was used, certain restrictions were applied. For the mental health field, a title search for mental health-related keywords and search for documents on transgender people published in psychiatry, "mental health," and "clinical psychology" was used. The net result of the combined search on transgender and mental health was refined by several limitations to produce the net result as shown in Table 1.

TABLE 1. KEYWORDS/PHRASES USED IN THE RESEARCH STRATEGY FOR RETRIEVING DOCUMENTS ON TRANSGENDER MENTAL HEALTH (1992–2021) (Table view)

| Step | Topic | Keywords | Results |
|---|---|---|---|
| 1 | Transgender-related keywords (Title search only) | Transgender*, genderqueer, bigender, pangender, genderfluid, "agender," "transsexual*," "trans men," "trans women," "gender non-conform*," "sex* reaassig*," "gender reassign*," travesty, "koti," "hijra," "mahuvahine," "mahu," "waria," katoey, "cross dresser," "bantut," "nadleehi," "berdache," "xanith," "gender dysphori*, "gender incongruen*, "gender non-conform*," "gender affirm* | 19,990 |

A3

| Step | Topic | Keywords | Results |
|---|---|---|---|
| | | surg*," "gender variant," "FTM individ*, "MTF individ*," "trans men," transmen, transman, "trans man," "trans male," transmale, "trans women," transwomen, transwoman, "trans woman," "trans female, transfemale, "trans masculine," transmasculine, transsex*, transvest*, "sex reassignment," "gender reassignment," "gender change," "sex change," "non-binary," "third gender," "trans people," transvestite, queer, "gender identity disorder," LGBT, GLBT/and TITLE-ABS-KEY(transgender or transsexual or queer) | |
| 2 | Transgender (Title and abstract search) | Transgender*, transsexual in journals in the field of transgender or sex or gender or LGBT or GLBT or public health | 3354 |
| 3 | Mental health (Title search) | Bias, injustice, unjust, prejudice, "hate crime," "psychological counsel*," "mental health," "mental distress," "social exclusion," "distress," "dishon*r," humiliation*, isolation, stigma, violence, depress*, "post traumatic," anxiety, bully*, suicid*, "well being," wellness, shame, disgrace, "drug abuse," "substance use," "social stress," "minority stress," "social distress," "social rejection," "peer rejection," "verbal abuse," "physical abuse," "victimi*ation," "eating disorder," "self-harm, alcohol, "life satisfaction," oppression*, stigmatization, loneliness, "self-injury" OR "mood disorder*" OR "cultural intolerance," "verbal harassment," *phobia, "mental illness," "mistreatment" addict*, "psych* disorder*," "mood disorder*," depressive, depression, distress, dependence, opioid, cocain, substance, copin, transphobia, resilience, victimization, "health inequality," "psycholog* distress," "life satisfaction," "self harm," hostility, "self-esteem" | 1,710,023 |
| 4 | Mental health (Journal search) | Journal title: psychiatry, "mental health, "clinical psychology" AND TITLE (transgender or transsexual or genderquuer) | 404 |
| Research Strategy Limitation | | (step 1 OR 2) AND (step 3 OR 4) (1) Journal documents only (2) Time period: 1992–2021 (3) Documents finally published (articles in press are excluded) (4) Exclude "parent* mental health" | 2573 |
| Overall research strategy | | "Research strategy"+Limitations | 1862 |

### Inclusion and exclusion criteria

The search strategy has the following exclusions:

(1) All types of finally published journal documents were included. Therefore, journal research articles, comments, notes, editorials, letters, guidelines, and review articles were included.

(2) Documents published after December 31, 2021, and those published before January 1, 1992, were excluded.

(3) Documents on the mental health of health care providers or parents of transgender people were excluded.

(4) Documents on veterinary were excluded.

(5) No language restriction was applied.

### Validation and accuracy of the search strategy

A4

The search strategy was validated by reviewing the titles and abstracts of the 100 top-cited documents to confirm the absence of any false-positive results. Two colleagues in the medical field carried out the review process. The research strategy was continuously fine-tuned based on the feedback from the reviewers. The fine-tuning continued until no false-positive results were found.

The validation of the search query for the absence of false-negative results was carried out by correlation testing in a way similar to the method used in previously published bibliometric studies.[29] For example, the profile of Reisner SL, and Bockting WO, included 51 and 25 documents for each author, respectively. These numbers were compared with the number of research publications obtained for the same authors by the search strategy. This correlation testing was carried out for authors with a minimum of 10 publications and found to be significant with a correlation coefficient of 0.97 and $p<0.01$. The result of the correlation testing suggested that the search strategy was efficient in retrieving all relevant documents with minimum missing data.

Based on the research strategy, 48 documents were found that include the term "cisgender" in the title. These documents were further investigated by reviewing the abstracts of these documents to make sure that they are relevant to transgender mental health. The result of the investigation indicated that all documents on cisgender were also related to transgender mental health.

*Data management and statistical analysis*

The result of the search strategy was exported from Scopus to Microsoft Excel in a "CSV" format. The data exported included the annual growth of publications; the number of citations; names of contributing countries, journals, authors, and institutions; title/abstract/author keywords of each article; the most frequent author keywords; and the most frequent terms in titles and abstracts. The statistical analysis of the data included the following information:

(1)  A linear graph of the annual growth of publications and citations.

(2)  Core journals, authors, countries, and institutions.

(3)  Most impactful articles.

(4)  Mapping author keywords to identify important topics.

(5)  Mapping countries involved in research.

(6)  Citation analysis of prolific journals to identify journals that received the highest number of citations and thus played a key role in the emergence of this field.

The mapping of the most frequent author keywords and terms was carried out using the VOSviewer program.[30] In VOSviewer maps, the total link strength (TLS) is used to measure the extent of co-occurrence in keyword analysis and to measure the extent of international research collaboration in cross-country collaboration map. For citation analysis, the value of the Hirsch index (h-index) was used to reflect the scientific visibility and strength.

*Analysis of multi-authored publications*

The core countries and authors involved in publishing documents were presented based on the analysis made by Scopus itself. For each article, Scopus provides the list of all authors with their country affiliations. Therefore, an article with three authors affiliated with three different countries is counted in Scopus three times, once for each country. That is why there is an overlap in the numbers presented in the core countries. The same applies to authors. For example, an article with one author having an affiliation in the United States and

Thailand was counted twice; once for the United States and once for Thailand. This approach was used in all bibliometric studies.

## Results

*General characteristics of the retrieved documents*

The search strategy retrieved 1862 documents. The retrieved documents were of seven types, mainly research articles (*n=1576; 84.6%*). Table 2 shows the different types of documents encountered in the retrieved documents. Of the retrieved documents, 90 (4.8%) had bilingual titles/abstracts (e.g., English/Spanish) while the remaining documents were in English only. Of the retrieved documents, 707 (38.0%) were published in open access sources. Documents published in journals indexed in Scopus are categorized into subject areas based on the scope of the journal. The retrieved documents in the field of transgender mental health were published in journals within different subject areas, mainly medicine (*n=1041, 55.9%*), social sciences (*n=777, 41.7%*), psychology (*n=630, 33.8%*), arts and humanities (*n=193, 10.4%*), and nursing (*n=114, 6.1%*). The total percentages exceeded 100% because of overlap in different subject areas because certain journals might have multiple scopes that exist in different subject areas.

TABLE 2. TYPES AND FREQUENCY OF DOCUMENTS ON TRANSGENDER MENTAL HEALTH (1992–2021) (Table view)

| Type of document | Frequency | % (N=1862) |
|---|---|---|
| Article | 1576 | 84.6 |
| Review | 182 | 9.8 |
| Editorial | 35 | 1.9 |
| Note | 29 | 1.6 |
| Letter | 25 | 1.3 |
| Conference Paper | 12 | 0.6 |
| Short Survey | 3 | 0.2 |

*Growth of publications and citations*

The growth of literature on the mental health of transgender people showed three phases: an emergence stage (1992–2007), in which publications rose slowly (<20 publications per year); a fermentation stage (2008–2012), with a notable increase in publications (between 30 and 60 publications per year); and a take-off stage (2012–2021), during which the annual number of publications has almost risen 4 times (Fig. 1). The retrieved documents received 51,608 citations, an average of 27.7 citations per article, and an h-index of 106. The annual growth of citations showed a similar steep annual growth pattern to the annual growth of publications.



**FIG. 1**. Annual growth of documents and citations on transgender mental health (1992–2021). The blue line represents the annual growth of documents while the green line represents the annual growth of citations.

*Core journals*

The retrieved publications appeared in 641 different journals. The most active one was "Journal of Gay and Lesbian Mental Health" (*n*=54, 2.9%), followed distantly by the "LGBT Health" (*n*=52, 2.8%), and the "Journal of Homosexuality" (*n*=49, 2.6%). Table 3 shows the list of core journals with a minimum contribution of 15 publications (*n*=17; 2.7%). The list of core journals included journals in the field of psychology, mental health, public health, sexual behavior, and LGBT. Citation analysis of the core journals showed that documents published in the *American Journal of Public Health* received the highest number of citations per document (*n*=147.5), followed by the *Journal of Adolescent Health* (*n*=71.1), and *Journal of Homosexuality* (*n*=67.4)

TABLE 3. LIST OF CORE JOURNALS PUBLISHING DOCUMENTS ON TRANSGENDER MENTAL HEALTH (1992–2021) (Table view)

| Rank[a] | Journal | Frequency | % (N=1862) | Total number of citations | Citations per document |
|---|---|---|---|---|---|
| 1 | Journal of Gay and Lesbian Mental Health | 54 | 2.9 | 871 | 16.1 |
| 2 | LGBT Health | 52 | 2.8 | 1153 | 22.2 |
| 3 | Journal of Homosexuality | 49 | 2.6 | 3304 | 67.4 |
| 4 | Psychology of Sexual Orientation and Gender Diversity | 42 | 2.3 | 1528 | 36.4 |
| 5 | International Journal of Transgenderism | 33 | 1.8 | 1002 | 30.4 |
| 5 | Journal of Adolescent Health | 33 | 1.8 | 2347 | 71.1 |
| 7 | Archives of Sexual Behavior | 31 | 1.7 | 774 | 25.0 |
| 8 | Transgender Health | 26 | 1.4 | 622 | 23.9 |
| 9 | Journal of LGBTYouth | 25 | 1.3 | 732 | 29.3 |
| 10 | AIDS and Behavior | 24 | 1.3 | 749 | 31.2 |
| 10 | Journal of Interpersonal Violence | 24 | 1.3 | 401 | 16.7 |
| 10 | Plos One | 24 | 1.3 | 377 | 15.7 |

| Rank[a] | Journal | Frequency | % (N=1862) | Total number of citations | Citations per document |
|---|---|---|---|---|---|
| 13 | Culture Health and Sexuality | 23 | 1.2 | 763 | 33.2 |
| 14 | American Journal of Public Health | 21 | 1.1 | 3106 | 147.9 |
| 14 | International Journal of Environmental Research and Public Health | 21 | 1.1 | 182 | 8.7 |
| 16 | Journal of Gay and Lesbian Social Services | 20 | 1.1 | 381 | 19.1 |
| 17 | Journal of LGBT Issues in Counseling | 17 | 0.9 | 232 | 13.6 |
| | Total | 519 | 27.9 | | |

[a] In ranking system, equal values are given the same rank and one position in the ranking system is skipped.

### Core countries and international research collaboration

Authors from 96 different countries contributed to the retrieved documents. Table 4 shows the list of countries with a minimum contribution of 15 documents ($n$=20; 20.8%). The core list included countries from all world regions except the Eastern Mediterranean regions. The core list included one country, South Africa, from the African region. Authors from the United States were the most active ($n$=1191; 64.0%) and published almost 8 and 66 times more documents than the United Kingdom and China, respectively.

TABLE 4. LIST OF CORE COUNTRIES PUBLISHING DOCUMENTS ON TRANSGENDER MENTAL HEALTH (1992–2021) (Table view)

| Rank[a] | Country | Number of publications | % (N=1862) | TLS[b] |
|---|---|---|---|---|
| 1 | United States | 1191 | 64.0 | 136 |
| 2 | Canada | 159 | 8.5 | 69 |
| 3 | United Kingdom | 148 | 7.9 | 72 |
| 4 | Australia | 82 | 4.4 | 35 |
| 5 | Brazil | 44 | 2.4 | 22 |
| 6 | India | 37 | 2.0 | 23 |
| 7 | Spain | 33 | 1.8 | 8 |
| 8 | Italy | 28 | 1.5 | 9 |
| 9 | New Zealand | 24 | 1.3 | 9 |
| 10 | Belgium | 23 | 1.2 | 20 |
| 10 | Germany | 23 | 1.2 | 7 |
| 10 | South Africa | 23 | 1.2 | 15 |
| 13 | Netherlands | 22 | 1.2 | 9 |
| 14 | China | 18 | 1.0 | 23 |
| 14 | France | 18 | 1.0 | 4 |
| 14 | Ireland | 18 | 1.0 | 4 |
| 14 | Mexico | 18 | 1.0 | 14 |
| 18 | Sweden | 16 | 0.9 | 9 |
| 19 | Hong Kong | 15 | 0.8 | 8 |
| 19 | Thailand | 15 | 0.8 | 9 |

[a] In ranking system, equal values are given the same rank and one position in the ranking system is skipped.

[b] The TLS values were obtained from the VOSviewer program. The TLS value is a measure of international research collaboration. Higher TLS value for a certain country means higher percentage of publications with international authors. There was a significant correlation (Spearman correlation test) between TLS values and the number of publications for each country ($p$=0.001, $r$=0.666).

TLS, total link strength.

Figure 2 is a network visualization map of countries in the core list. There were four clusters on the map. The United States occupied the center of the map with many connecting lines with other countries (TLS=136) indicating that a large percentage of documents from the United States have international authors. The thickness of the connecting line between the United States and Canada indicated that they have the highest cross-country collaboration in this field, followed by the United States–United Kingdom, and the United States–Australia. Countries with similar color nodes indicated similar research interests or related research topics. For example, the United States, Canada, Australia, India, Mexico, Brazil, France, and New Zealand share common research interests and that is why they existed in one cluster (red). The same applies to China and Hong Kong. Analysis indicated that there was a significant positive correlation between TLS (extent of international research collaboration) and research output (number of publications) for each country (Spearman correlation test ($p$=0.01, $r$=0.666).



**FIG. 2**. Network visualization map of cross-country (international) research collaboration among core countries. The thickness of the connecting line is proportional to the strength of research collaboration between the connected countries. Countries with similar colors represented a cluster of countries with similar research interest.

*Core institutions*

At the institutional level, Harvard University was the most active with 94 (5.0%) publications, followed by the Fenway Community Health Center ($n$=65, 3.5%) and the University of California (San Francisco; $n$=60, 3.2%). Table 5 shows the list of institutions with a minimum contribution of 30 publications. The list included institutions mainly on the eastern and western coast of the United States. The list included two non-US institutions, specifically the University of Toronto and the University of British Columbia.

TABLE 5. LIST OF CORE INSTITUTIONS PUBLISHING DOCUMENTS ON TRANSGENDER MENTAL HEALTH (1992–2021) (Table view)

| Rank[a] | Institution/organization | Number | Frequency, N (1862) |
|---|---|---|---|
| 1 | Harvard University | 94 | 5.0 |
| 2 | Fenway Community Health Center | 65 | 3.5 |
| 3 | University of California, San Francisco | 60 | 3.2 |
| 4 | Columbia University | 56 | 3.0 |

A9

| Rank[a] | Institution/organization | Number | Frequency, N (1862) |
|---|---|---|---|
| 5 | University of Toronto | 52 | 2.8 |
| 6 | University of Washington | 46 | 2.5 |
| 7 | Brown University | 44 | 2.4 |
| 7 | Northwestern University | 44 | 2.4 |
| 9 | Children's Hospital Boston | 43 | 2.3 |
| 10 | University of Michigan, Ann Arbor | 42 | 2.3 |
| 11 | University of California, Los Angeles | 40 | 2.1 |
| 12 | New York University | 35 | 1.9 |
| 13 | University of Southern California | 34 | 1.8 |
| 14 | Johns Hopkins University | 33 | 1.8 |
| 15 | The University of British Columbia | 31 | 1.7 |

[a]In ranking system, equal values are given the same rank and one position in the ranking system is skipped.

### Authorship analysis and leading authors

In total, 7820 author names, an average of 4.2 author names per document were found in the retrieved articles. The top 10 active authors were listed in Table 6. Reisner SL was the most prolific ($n$=51; 2.7%) followed by Bockting WO ($n$=25; 1.3%).

TABLE 6. LIST OF CORE AUTHORS PUBLISHING DOCUMENTS ON TRANSGENDER MENTAL HEALTH (1992–2021) (Table view)

| Rank[a] | Author | Frequency | % (N=1862) |
|---|---|---|---|
| 1 | Reisner SL | 51 | 2.7 |
| 2 | Bockting WO | 25 | 1.3 |
| 3 | Mustanski B | 19 | 1.0 |
| 4 | Logie CH | 18 | 1.0 |
| 5 | Operario D | 16 | 0.9 |
| 6 | Arcelus J | 15 | 0.8 |
| 6 | Garofalo R | 15 | 0.8 |
| 8 | Hughto JMW | 14 | 0.8 |
| 8 | Testa RJ | 14 | 0.8 |
| 10 | Kattari SK | 13 | 0.7 |
| 10 | Shipherd JC | 13 | 0.7 |

[a]In ranking system, equal values are given the same rank and one position in the ranking system is skipped.

### The most impactful publications

Table 7 shows the most impactful publications as measured by the number of citations obtained by each article.[31–40] Three articles in the list were published in the *American Journal of Public Health* and three articles were published in the *Journal of Homosexuality*. The articles in the list discussed issues such as stigma, discrimination, violence, suicide, HIV, and mental stress.

TABLE 7. LIST OF CORE AUTHORS PUBLISHING DOCUMENTS ON TRANSGENDER MENTAL HEALTH (1992–2021) (Table view)

| Rank | Article Title | Year | Source title | Cited by | Document type |
|---|---|---|---|---|---|
| 1 | Stigma, mental health, and resilience in an online sample of the US transgender population | 2013 | *American Journal of Public Health* | 819 | Article |

| Rank | Article Title | Year | Source title | Cited by | Document type |
|------|---------------|------|--------------|----------|---------------|
| 2 | A conceptual framework for clinical work with transgender and gender nonconforming clients: An adaptation of the minority stress model | 2012 | *Professional Psychology: Research and Practice* | 809 | Article |
| 3 | Family acceptance in adolescence and the health of LGBT young adults | 2010 | *Journal of Child and Adolescent Psychiatric Nursing* | 740 | Article |
| 4 | Attempted suicide among transgender persons: The influence of gender-based discrimination and victimization | 2006 | *Journal of Homosexuality* | 655 | Article |
| 5 | Suicide and suicide risk in lesbian, gay, bisexual, and transgender populations: Review and recommendations | 2011 | *Journal of Homosexuality* | 659 | Review |
| 6 | HIV prevalence, risk behaviors, health care use, and mental health status of transgender persons: Implications for public health intervention | 2001 | *American Journal of Public Health* | 579 | Article |
| 7 | Emotional distress among LGBT youth: The influence of perceived discrimination based on sexual orientation | 2009 | *Journal of Youth and Adolescence* | 559 | Article |
| 8 | Gender violence: Transgender experiences with violence and discrimination | 2001 | *Journal of Homosexuality* | 533 | Article |
| 9 | Transgender stigma and health: A critical review of stigma determinants, mechanisms, and interventions | 2015 | *Social Science and Medicine* | 558 | Review |
| 10 | Mental health disorders, psychological distress, and suicidality in a diverse sample of lesbian, gay, bisexual, and transgender youths | 2010 | *American Journal of Public Health* | 366 | Article |

*Most frequent author keywords (important topics)*

The retrieved documents have 2492 different author keywords. Table 8 shows author keywords with a minimum occurrence of 20 times. The author keyword "transgender" has the highest occurrence ($n$=583, 23.4%) in the dataset followed by the keyword "mental health" ($n$=216, 8.7%). The keywords transgender and mental health has the highest TLS (1143 and 503, respectively) meaning that these keywords have the highest co-occurrence rate with other keywords. The list of author keywords includes the keyword "COVID-19" with an occurrence of 14 times indicating that mental health research on the transgender population during the COVID-19 pandemic has been published.

TABLE 8. AUTHOR KEYWORDS WITH A MINIMUM OF 20 OCCURRENCES ON TRANSGENDER MENTAL HEALTH (1992–2021) (Table view)

| Keyword | Occurrence | %, N=2492 | TLS[a] | Keyword | Occurrence | %, N=2492 | TLS | Keyword | Occurre |
|---------|-----------|-----------|-----|---------|-----------|-----------|-----|---------|---------|
| Transgender | 583 | 23.4 | 1143 | Homophobia | 51 | 2.0 | 85 | Suicidality | 23 |
| Mental Health | 216 | 8.7 | 503 | Substance Use | 45 | 1.8 | 94 | Gender diverse | 22 |
| LGBT | 121 | 4.9 | 241 | Anxiety | 43 | 1.7 | 114 | Gender identity disorder | 22 |
| Depression | 109 | 4.4 | 277 | Transsexualism | 42 | 1.7 | 46 | Transgender persons | 22 |
| Gender Identity | 107 | 4.3 | 235 | Victimization | 42 | 1.7 | 100 | Alcohol | 21 |

A11

| Keyword | Occurrence | N=2492 % | TLS[a] | Keyword | Occurrence | N=2492 % | TLS | Keyword | Occurre |
|---|---|---|---|---|---|---|---|---|---|
| Stigma | 97 | 3.9 | 203 | Transsexual | 40 | 1.6 | 100 | Coping | 21 |
| Suicide | 96 | 3.9 | 215 | LGBTQ | 39 | 1.6 | 61 | Domestic violence | 21 |
| Lesbian | 90 | 3.6 | 339 | Social Support | 38 | 1.5 | 92 | Health disparities | 20 |
| Minority Stress | 89 | 3.6 | 189 | Sexuality | 35 | 1.4 | 70 | Sexual and gender minorities | 20 |
| Discrimination | 87 | 3.5 | 227 | Men who have sex with men | 34 | 1.4 | 62 | Transgender youth | 20 |
| Gay | 81 | 3.3 | 319 | Intimate partner violence | 33 | 1.3 | 56 | | |
| Bisexual | 76 | 3.0 | 306 | Transphobia | 33 | 1.3 | 61 | | |
| Gender | 71 | 2.8 | 144 | Sexual minority | 32 | 1.3 | 74 | | |
| Sexual Orientation | 70 | 2.8 | 162 | Adolescents | 28 | 1.1 | 66 | | |
| Gender Dysphoria | 62 | 2.5 | 116 | Gender nonconforming | 27 | 1.1 | 58 | | |
| Resilience | 62 | 2.5 | 138 | Homosexuality | 26 | 1.0 | 57 | | |
| Violence | 61 | 2.4 | 119 | Health | 25 | 1.0 | 61 | | |
| HIV | 59 | 2.4 | 118 | Intersectionality | 25 | 1.0 | 55 | | |
| Youth | 59 | 2.4 | 166 | Adolescent | 24 | 1.0 | 57 | | |
| Transgender Women | 54 | 2.2 | 93 | Prejudice | 23 | 0.9 | 47 | | |
| Queer | 53 | 2.1 | 94 | Sexual minorities | 23 | 0.9 | 52 | | |
| Bullying | 51 | 2.0 | 93 | suicidal ideation | 23 | 0.9 | 47 | | |

[a]Higher TLS value means higher co-occurrence with other keywords. The values of occurrences and TLS were obtained from VOSviewer programs.

### Research themes

A network visualization map of terms in the abstracts with a minimum of 30 occurrences yielded three main clusters with different colors (Supplementary Fig. S1). Each cluster represents items with similar colors indicating relatedness. Therefore, each cluster of items represents a research theme. The green cluster represented prevalence and survey studies on various mental health aspects of transgender people including depression, anxiety, and suicidality. The red cluster represented studies on violence and bullying of ˌlcohol use and HIV among the transgender/lesbian, gay, bisexual, transgender, and queer population.

### Core funding sponsors

The core funding sponsor in this field was the "National Institutes of Health" (*n*=390; 20.9%) followed by the US Department of Health and Human Services (*n*=85; 4.6%), and "Canadian Institutes of Health Research" (*n*=47; 2.5%).

## Discussion

In the current study, journal publications on the mental health of transgender people were retrieved from Scopus and analyzed using bibliometric tools. Analysis of the retrieved documents showed that (1) a steep take-off phase in the number of publications was observed after 2013; (2) the retrieved documents were disseminated in a wide range of journals; (3) the retrieved articles were mainly published by scholars in the United States and other developed countries; (4) inadequate international collaborative research ties existed among scholars in the field; (5) United States contributed to more than half of the retrieved documents; and (6) three research themes were found, mainly prevalence studies of depression, substance/alcohol; use, and violence among the transgender population.

The number of publications in the field showed a steep rise after 2013. Several factors are responsible for this steep rise. Of particular importance are the human rights activists and LGBT advocacy groups that made the health of transgender people an important issue for politicians, academics, researchers, and public health experts.[41,42] A second potential reason is the fact that the transgender population is present in both developed and developing countries.[43] A third reason is the initiation of several high-quality journals focusing on LGBT/transgender health. The fourth possible reason is the high presentation of transgender people in media in the past two decades.[44] The final possible reason is the increased visibility of transgender people through the *International Transgender Day of Visibility*, which is an annual holiday occurring on March 31st dedicated to celebrating transgender people and raising awareness of discrimination faced by transgender people worldwide.[45]

The current study indicated that core journals in the field were mainly ones in the field of transgender or LGBT health. The presence of specialized journals on the mental health and psychology of LGBT helped in promoting and increasing the visibility of mental health issues facing transgender people. The list of core journals included journals in the field of public health indicating that transgender mental health is an important public health topic. The number of publications that appeared in the *American Journal of Public Health* was relatively low. However, the citation analysis showed that this journal played a key role in the emergence of the field. This indicates the important role of leading public health journals in shaping future research and community opinion about health issues related to gender minorities.

The current study showed that global research contribution to the field was limited to the regions of the Americas, Europe, South-East Asia, and Western Pacific. This was not surprising given the number of transgender people and open societies in these regions. The number of publications from African and Mediterranean regions was limited. This suggests that transgender people in both regions are invisible or ignored.[46] For the Eastern Mediterranean region, the cultural and religious background does not allow for sexual freedom and, therefore, data regarding transgender people, HIV, gays, lesbians, and bisexuals are relatively limited and might be inaccurate in that region. For many Islamic countries, homosexuality, and transgenderism are considered illegal and a crime. Therefore, in these countries, transgender and LGBT people are hidden and feel threatened and stigmatized all the time. Most information available on transgender Muslims or Arabs is available in the gray literature in the form of reports in international newspapers. The scarcity of scientific data on transgender in Arab and Muslim countries could be due to the limited funding for research on the topic or the lack of interest of academics and clinicians to participate in such culturally debatable issues.[47]

Authors and institutions in the United States were most active in the field. The research capacity, funding, number of researchers, number of institutions, income, population size, and advocacy groups in the United States are high compared to other countries. In the United States, transgender people are protected by the *Civil Rights Act* of 1964. In 2020, the US Supreme Court ruled that employment nondiscrimination policies in the 1964 Civil Rights Act extended to transgender people making a step forward in gaining full civil rights for

transgender people.[48] The research productivity from the United States was several times higher than that of Canada and the United Kingdom, which ranked second and third, respectively.

The history of transgender people in the United States indicated that the issue became more visible in the last two decades in the entertainment industry, politics, and education.[49–51] The results obtained in the current study regarding core countries matched those obtained from other studies. A bibliometric analysis on transgender health indicated that most articles were from the United States (57.59%), followed by Canada (5.15%), the United Kingdom (4.42%), Australia (3.19%), and the Netherlands (2.46%), and Peru (1.83%). These six countries accounted for 74.6% of all scientific output.[52] These findings are close to the results obtained in the current study regarding transgender mental health.

The current study indicated the presence of inadequate international research collaboration between researchers in high-income countries and those in low- and middle-income countries. The existing cross-country collaboration between the United States and Canadian researchers was based on geographic proximity and common language. An example of a highly cited article produced by a collaboration of scholars from the United States and Canada is an article discussing counseling and mental health care for transgender adults.[53] International research collaboration in this field helps increase the productivity and visibility of transgender mental health in low- and middle-income countries.

An example of the importance of international research collaboration is the case of the United States–Lebanon collaboration that led to the production of important articles about suicidality and mental health of transgenders in Lebanon.[54] International research collaboration helps increase social networking among researchers in the field and increases the potential of joint proposals for funding research on transgender mental health. Therefore, funding sponsors and international health agencies should promote cross-country research collaboration in this field to increase the visibility of mental health problems in low- and middle-income countries.

Visualization maps and the most impactful publications showed that suicide and suicide ideation constituted an important topic in the field. Population-based surveys in the United States found that suicidal ideation reported by transgender adolescents was two to three times higher than that of non-transgender peers.[55] Self-reported suicidal ideation among the adolescent subsample in *The Canadian Trans Youth Health Survey* found that suicidal ideation to be five times higher among transgender compared to cisgender people.[56] Another important topic in the retrieved literature was bullying and victimization of transgender youth in schools. A study in New Zealand on high school students showed that 20.0% of transgender students reported frequent bullying and victimization and more than 50.0% feared being bullied.[57]

A study in Finland reported that transgender teens were twice as likely to report having been assaulted.[58] A study found that Canadian youth with gender identity disorder have higher rates of psychological problems due to peer victimization than transgender youth in the Netherlands.[59] The current study also showed that substance use disorders are an important topic in the retrieved literature. A meeting of experts in transgender health research at the University of Pittsburgh indicated that future research on transgender health should focus on HIV, substance use, and mental health.[48]

The current study indicated that transgender mental health publications received a relatively high number of citations and h-index. For example, the h-index of literature on transgender mental health was higher than that on AIDS-related stigma and discrimination.[60] This suggests that transgender mental health is a hot topic with the presence of a large number of interested researchers and academics in the field.

A review study published in *The Lancet* in 2016 about global health needs and the burden of transgender people indicated that mental health is the most commonly studied area of transgender health.[3] Furthermore, a

bibliometric analysis of transgender health research indicated a steep rise in the number of publications since 2005.[17] Despite all this, a study that analyzed research on transgender health indicated that transgender-related research is low, especially in low-income developing countries, where stigma and discrimination are common. More awareness, knowledge, and sensitivity in health care communities are needed to eliminate barriers to health attention and research in this population.[52]

The current study has a few limitations. The author did his best to use a comprehensive and valid method to retrieve all documents on transgender mental health. However, the author acknowledges the fact that not all publications and health journals are indexed in Scopus and therefore, some publications in this field might be missed. This is a common limitation in bibliometric studies.[61,62] Scopus itself might have some inaccurate information due to different spelling of author names or institutions. Despite all this, the current study is the first study to give a snapshot of transgender mental health at the global level.

## Conclusion

Gender minorities are present in all world regions and research on their mental health and psychological well-being is important given the cultural and societal pressure on gender minorities. Psychological and psychosocial support should be included in national policies and regulations to minimize the exclusion of gender minority groups. For example, policies regarding employment nondiscrimination, inhibiting bullying of transgender students, and integration of transgender individuals in political parties and senior government positions are important to advocate and support the mental health status of transgender people. Several articles discussed the importance of policies on improving the psychosocial status of transgender people.[63,64]

The ultimate goal of the author was to encourage other researchers and clinicians to get engaged in this field to respond to the sustainable development goals that call for "leaving no one behind." Furthermore, the current study aimed to encourage and stimulate debate and discussion on transgender mental health as a neglected and under-researched population in low- and middle-income countries. The current study indicated that research on transgender mental health is growing rapidly. Research on transgender mental health was carried out on transgender people as a separate population or as part of the LGBT population. The advocacy groups, legislations, human rights activists, and the media played a key role in advancing research on transgender mental health in the United States and to a certain extent the European region relative to other world regions. Suicide-related behaviors were the most common mental health issues investigated in the literature on transgender mental health. Transgender youth and school students' mental health constituted an important theme in this field due to school bullying and discrimination.

## Availability of Data and Materials

All data presented in this article are available on the Scopus database using the search query listed in the Methods section.

## Acknowledgments

The author would like to acknowledge Dr. Adham AbuTaha and Dr. Saed Zyoud for their help in the validation process.

## Author's Contributions

W.M.S. started the idea, designed the methodology; did the data analysis, graphics, and data interpretation; wrote and submitted the article.

## Author Disclosure Statement

The author declares that he has no competing interests.

## Funding Information

No funding was received for this article.

## Supplementary Material

Supplementary Figure S1

## References

1. Institute of Medicine (US) Committee on Lesbian, Gay, Bisexual, and Transgender Health Issues and Research Gaps and Opportunities. The Health of Lesbian, Gay, Bisexual, and Transgender People: Building a Foundation for Better Understanding. National Academies Press: Washington, DC; 2011.

2. Wanta JW, Unger CA. Review of the transgender literature: Where do we go from here? *Transgend Health* 2017;2(1):119–128; Crossref. PubMed.

3. Reisner SL, Poteat T, Keatley J, et al. Global health burden and needs of transgender populations: A review. *Lancet* 2016;388(10042):412–436; Crossref. PubMed.

4. Gonzales G, Henning-Smith C. Barriers to care among transgender and gender nonconforming adults. *Milbank Q* 2017;95(4):726–748; Crossref. PubMed.

5. Collin L, Reisner SL, Tangpricha V, et al. Prevalence of transgender depends on the "case" definition: A systematic review. *J Sex Med* 2016;13(4):613–626; Crossref. PubMed.

6. Janssen DF. Transgenderism before gender: Nosology from the sixteenth through Mid-Twentieth century. *Arch Sex Behav* 2020;49(5):1415–1425; Crossref. PubMed.

7. Davies RD, Kessel B. Gender minority stress, depression, and anxiety in a transgender high school student. *Am J Psychiatry* 2017;174(12):1151–1152; Crossref. PubMed.

8. Lozano-Verduzco I, Melendez R. Transgender individuals in Mexico: Exploring characteristics and experiences of discrimination and violence. *Psychol Sex* 2019;12(3):235–247; Crossref.

9. Meyer IH. Prejudice, social stress, and mental health in lesbian, gay, and bisexual populations: Conceptual issues and research evidence. *Psychol Bull* 2003;129(5):674–697; Crossref. Crossref. PubMed.

10. Wells TT, Tucker RP, Kraines MA. Extending a rejection sensitivity model to suicidal thoughts and behaviors in sexual minority groups and to transgender mental health. *Arch Sex Behav* 2020;49(7):2291–2294; Crossref. PubMed.

11. Gleason HA, Livingston NA, Peters MM, et al. Effects of state nondiscrimination laws on transgender and gender-nonconforming individuals' perceived community stigma and mental health. *J Gay Lesbian Ment Health* 2016;20(4):350–362; Crossref.

12. Budge SL. Suicide and the transgender experience: A public health crisis. *Am Psychol* 2020;75(3):380; Crossref. PubMed.

13. Harper GW, Schneider M. Oppression and discrimination among lesbian, gay, bisexual, and transgendered people and communities: A challenge for community psychology. *Am J Community Psychol* 2003;31(3–

4):243–252; Crossref. PubMed.

14. Pritchard A. Statistical bibliography or bibliometrics. *J Doc* 1969;25(4):348–349.

15. Verdejo C, Tapia-Benavente L, Schuller-Martínez B, et al. What you need to know about scoping reviews. *Medwave* 2021;21(2):e8144; Crossref. PubMed.

16. Grant MJ, Booth A. A typology of reviews: An analysis of 14 review types and associated methodologies. *Health Info Libr J* 2009;26(2):91–108; Crossref. Crossref. PubMed.

17. Sweileh WM. Bibliometric analysis of peer-reviewed literature in transgender health (1900–2017). *BMC Int Health Hum Rights* 2018;18(1):16; Crossref. PubMed.

18. Arnull LG, Kapilashrami A, Sampson M. Visualizing patterns and gaps in transgender sexual and reproductive health: A bibliometric and content analysis of literature (1990–2020). *Int J Transgend* 2021:1–16; Crossref.

19. von Elm E, Altman DG, Egger M, et al. The Strengthening the Reporting of Observational Studies in Epidemiology (STROBE) statement: Guidelines for reporting observational studies. *Ann Intern Med* 2007;147(8):573–577; Crossref. PubMed.

20. Falagas ME, Pitsouni EI, Malietzis GA, et al. Comparison of PubMed, Scopus, Web of Science, and Google Scholar: Strengths and weaknesses. *FASEB J* 2008;22(2):338–342; Crossref. PubMed.

21. Scheim A, Kacholia V, Logie C, et al. Health of transgender men in low-income and middle-income countries: A scoping review. *BMJ Glob Health* 2020;5(11):p.e003471; Crossref. PubMed.

22. Del Río-González AM, Lameiras-Fernández M, Modrakovic D, et al. Global scoping review of HIV prevention research with transgender people: Transcending from trans-subsumed to trans-centred research. *J Int AIDS Soc* 2021;24(9):e25786; Crossref. PubMed.

23. Stephenson R, Riley E, Rogers E, et al. The sexual health of transgender men: A scoping review. *J Sex Res* 2017;54(4–5):424–445; Crossref. PubMed.

24. Sundus A, Shahzad S, Younas A. Ethical and culturally competent care of transgender patients: A scoping review. *Nurs Ethics* 2021;28(6):1041–1060; Crossref. PubMed.

25. King WM, Hughto JMW, Operario D. Transgender stigma: A critical scoping review of definitions, domains, and measures used in empirical research. *Soc Sci Med* 2020;250:112867; Crossref. PubMed.

26. Delli K, Livas C. Tracking trends of transgender health research online: Are researchers and the public on the same page? *Cult Health Sex* 2021;23(6):854–865; Crossref. PubMed.

27. Hernández-Torrano D, Ibrayeva L, Sparks J, et al. Mental health and well-being of University students: A bibliometric mapping of the literature. *Front Psychol*. 2020;11:1226; Crossref. PubMed.

28. Sweileh WM. Contribution of researchers in the Arab region to peer-reviewed literature on mental health and well-being of university students. *Int J Ment Health Syst* 2021;15(1):50; Crossref. PubMed.

29. Sweileh WM, Wickramage K, Pottie K, et al. Bibliometric analysis of global migration health research in peer-reviewed literature (2000-2016). *BMC Public Health* 2018;18(1):777; Crossref. PubMed.

30. van Eck NJ, Waltman L. Software survey: VOSviewer, a computer program for bibliometric mapping. *Scientometrics* 2010;84(2):523–538; Crossref. PubMed.

31. Almeida J, Johnson RM, Corliss HL, et al. Emotional distress among LGBT youth: The influence of perceived discrimination based on sexual orientation. *J Youth Adolesc* 2009;38(7):1001–1014; Crossref. PubMed.

32. Mustanski BS, Garofalo R, Emerson EM. Mental health disorders, psychological distress, and suicidality in a diverse sample of lesbian, gay, bisexual, and transgender youths. *Am J Public Health* 2010;100(12):2426–2432; Crossref. PubMed.

A17

33. White Hughto JM, Reisner SL, Pachankis JE. Transgender stigma and health: A critical review of stigma determinants, mechanisms, and interventions. *Soc Sci Med* 2015;147:222–231; Crossref. PubMed.

34. Lombardi EL, Wilchins RA, Priesing D, et al. Gender violence: Transgender experiences with violence and discrimination. *J Homosex* 2001;42(1):89–101; Crossref. PubMed.

35. Clements-Nolle K, Marx R, Guzman R, et al. HIV prevalence, risk behaviors, health care use, and mental health status of transgender persons: Implications for public health intervention. *Am J Public Health* 2001;91(6):915–921; Crossref. PubMed.

36. Haas AP, Eliason M, Mays VM, et al. Suicide and suicide risk in lesbian, gay, bisexual, and transgender populations: Review and recommendations. *J Homosex* 2011;58(1):10–51; Crossref. PubMed.

37. Clements-Nolle K, Marx R, Katz M. Attempted suicide among transgender persons: The influence of gender-based discrimination and victimization. *J Homosex* 2006;51(3):53–69; Crossref. PubMed.

38. Ryan C, Russell ST, Huebner D, et al. Family acceptance in adolescence and the health of LGBT young adults. *J Child Adolesc Psychiatr Nurs* 2010;23(4):205–213; Crossref. Crossref. PubMed.

39. Bockting WO, Miner MH, Swinburne Romine RE, et al. Stigma, mental health, and resilience in an online sample of the US transgender population. *Am J Public Health* 2013;103(5):943–951; Crossref. PubMed.

40. Hendricks ML, Testa RJ. A conceptual framework for clinical work with transgender and gender nonconforming clients: An adaptation of the minority stress model. *Prof Psychol Res Pr* 2012;43(5):460–467; Crossref. Web of Science.

41. Powell T, Shapiro S, Stein E. Transgender rights as human rights. *AMA J Ethics* 2016;18(11):1126–1131; Crossref. Crossref. PubMed.

42. Marks SM. Global recognition of human rights for lesbian, gay, bisexual, and transgender people. *Health Hum Rights* 2006;9(1):33–42. Crossref. PubMed.

43. Arcelus J, Bouman WP, Van Den Noortgate W, et al. Systematic review and meta-analysis of prevalence studies in transsexualism. *Eur Psychiatry* 2015;30(6):807–815; Crossref. PubMed.

44. Jacobs L, Meeusen C. Coming out of the closet, also on the news? A longitudinal content analysis of patterns in visibility, tone and framing of LGBTs on television news (1986-2017). *J Homosex* 2021;68(13):2144–2168; Crossref. PubMed.

45. Transgender Day of Visibility 2022: An interview with Adam Armada-Moreira and Ave Bisesi on trans experiences in STEM. *Commun Biol* 2022;5(1):288; Crossref.

46. Jobson GA, Theron LB, Kaggwa JK, et al. Transgender in Africa: Invisible, inaccessible, or ignored? *Sahara J* 2012;9(3):160–163; Crossref. PubMed.

47. Kaplan RL, El Khoury C. The elephants in the room: Sex, HIV, and LGBT populations in MENA. *Intersectionality in Lebanon. Comment on "improving the quality and quantity of HIV data in the Middle East and North Africa: Key challenges and ways forward." Int J Health Policy Manag* 2017;6(8):477–479; Crossref.

48. THE HILL. Workers Can't Be Fired for Being Gay or Transgender, Supreme Court Rules. 2020. Available from: https://thehill.com/regulation/court-battles/502729-supreme-court-rules-lgbt-workers-protected-by-civil-rights-law [Last accessed: September 15, 2021].

49. Zurada A, Salandy S, Roberts W, et al. The evolution of transgender surgery. *Clin Anat* 2018;31(6):878–886; Crossref. PubMed.

50. Fernández-Rouco N, Fernández-Fuertes AA, Carcedo RJ, et al. Sexual violence history and welfare in transgender people. *J Interpers Violence* 2017;32(19):2885–2907; Crossref. PubMed.

51. Greene RE, Garment AR, Avery A, et al. Transgender history taking through simulation activity. *Med Educ* 2014;48(5):531–532; Crossref. PubMed.

52. Ortiz-Martínez Y, Ríos-González CM. Need for more research on and health interventions for transgender people. *Sex Health* 2017;14(2):196–197; Crossref. PubMed.

53. Gonzales G, Loret de Mola E, Gavulic KA, et al. Mental health needs among lesbian, gay, bisexual, and transgender college students during the COVID-19 pandemic. *J Adolesc Health* 2020;67(5):645–648; Crossref. PubMed.

54. Kaplan RL, Nehme S, Aunon F, et al. Suicide risk factors among trans feminine individuals in Lebanon. *Int J Transgend* 2016;17(1):23–30; Crossref. PubMed.

55. Perez-Brumer A, Day JK, Russell ST, et al. Prevalence and correlates of suicidal ideation among transgender youth in California: Findings from a representative, population-based sample of high school students. *J Am Acad Child Adolesc Psychiatry* 2017;56(9):739–746; Crossref. PubMed.

56. Veale JF, Watson RJ, Peter T, et al. Mental health disparities among Canadian transgender youth. *J Adolesc Health* 2017;60(1):44–49; Crossref. PubMed.

57. Clark TC, Lucassen MF, Bullen P, et al. The health and well-being of transgender high school students: Results from the New Zealand adolescent health survey (Youth'12). *J Adolesc Health* 2014;55(1):93–99; Crossref. PubMed.

58. Kaltiala-Heino R, Sumia M, Tyolajarvi M, et al. Two years of gender identity service for minors: Overrepresentation of natal girls with severe problems in adolescent development. *Child Adolesc Psychiatry Ment Health* 2015;9(1):9; Crossref. PubMed.

59. de Graaf NM, Steensma TD, Carmichael P, et al. Suicidality in clinic-referred transgender adolescents. *Eur Child Adolesc Psychiatry* 2022;31(1):67–83; Crossref. PubMed.

60. Sweileh WM. Bibliometric analysis of literature in AIDS-related stigma and discrimination. *Transl Behav Med* 2019;9(4):617–628; Crossref. PubMed.

61. Sweileh WM. Bibliometric analysis of medicine-related publications on refugees, asylum-seekers, and internally displaced people: 2000-2015. *BMC Int Health Hum Rights* 2017;17(1):7; Crossref. PubMed.

62. Sweileh WM. Bibliometric analysis of global scientific literature on vaccine hesitancy in peer-reviewed journals (1990-2019). *BMC Public Health* 2020;20(1):1252; Crossref. PubMed.

63. Hall W. The effectiveness of policy interventions for school bullying: A systematic review. *J Soc Social Work Res* 2017;8(1):45–69; Crossref. PubMed.

64. Ingram BJ, Thomas CL. Transgender policy in sport, a review of current policy and commentary of the challenges of policy creation. *Curr Sports Med Rep* 2019;18(6):239–247; Crossref. PubMed.

**Cite this article as:** Sweileh WM (2022) Research publications on the mental health of transgender people: a bibliometric analysis using Scopus database (1992:2021), *Transgender Health* X:X, 1–13, DOI: 10.1089/trgh.2022.0006.

*Address correspondence to: Waleed M. Sweileh, BSc (Pharm), MSc, PhD, Department of Physiology, Pharmacology/Toxicology, Division of Biomedical Sciences, College of Medicine and Health Sciences, An-Najah National University, Nablus, Palestine, E-mail: waleedsweileh@yahoo.com

Published online August 23, 2022

**Abbreviations Used**

| | | |
|---|---|---|
| H-index | = | Hirsch index |
| IRB | = | institutional review board |
| TLS | = | total link strength |

# The Role of Prospective Randomized Clinical Trials in Pediatric Surgery: State of the Art?

By R. Lawrence Moss, Marion C.W. Henry, Reed A. Dimmitt, Shawn Rangel,
Nora Geraghty, and Erik D. Skarsgard
*Stanford, California*

*Purpose:* This study sought to determine the role of randomized controlled trials (RCT) in the evolution of pediatric surgical practice.

*Methods:* The authors used a computer-assisted literature search to identify all clinical trials related to pediatric surgery published in the English-language literature from 1966 through 1999. Each article was reviewed in detail for purpose, content, conduct, and quality of the trial. The authors assessed quality with a previously validated instrument (Chalmers Qualitative Assessment).

*Results:* The authors identified 134 RCTs related to pediatric surgery over the past 33 years. This accounts for 0.17% of 80,377 articles published in the field. The areas of surgery studied were analgesia 65 (49%), antibiotics 17 (13%), extracorporeal membrane oxygenation (ECMO) 9 (7%), gastrointestinal, burns, oncology, minimally invasive surgery, vascular access, congenital anomalies, and trauma (each <5%). Only 16 (12%) trials compared 2 surgical therapies, 9 (7%) compared a medical versus a surgical therapy, and 109 (81%) compared 2 medical therapies in surgical patients. Fourteen (10%) RCTs were funded by peer-reviewed agencies. Only 17 (13%) RCTs included a biostatistician as an author or a consultant. Trial design included calculation of sample size and statistical power in 21 (16%) RCTs. Method of randomization was reported in only 51 (38%). The test statistic and observed probability value was reported in 15 (11%).

*Conclusions:* Clinical trials are used infrequently to answer questions related to pediatric surgery. When RCTs are utilized, they often suffer from poor trial design, inadequate statistical analysis, and incomplete reporting. Pediatric surgery could benefit from increased expertise, funding, and participation in clinical trials.
*J Pediatr Surg 36:1182-1186. Copyright © 2001 by W.B. Saunders Company.*

INDEX WORDS: Randomized controlled trials, clinical trials, surgical procedures, operative, research design, evidence-based-medicine.

RANDOMIZED CONTROLLED clinical trials are accepted widely as the most effective method to evaluate therapeutic interventions. Recently, a report by Hardin et al[1] found only 0.3% of references in the pediatric surgical literature were prospective, randomized, controlled trials. The objective of this study was to determine the role of randomized, controlled clinical trials (RCT) in the evolution of modern pediatric surgical practice and assess the strengths of these trials.

*From the Division of Pediatric Surgery, Department of Surgery and the Division of Neonatology, Department of Pediatrics, Stanford University, Stanford, CA.*

*Presented at the 2000 Annual Meeting of the Section on Surgery of the American Academy of Pediatrics, Chicago, Illinois, October 28-November 1, 2000.*

*Supported in part by NIH 1R01HD38462.*

*Address reprint requests to R. Lawrence Moss, MD, Division of Pediatric Surgery, Packard Children's Hospital, 725 Welch Rd, Palo Alto, CA 94304.*

*Copyright © 2001 by W.B. Saunders Company*
*0022-3468/01/3608-0016$35.00/0*
*doi:10.1053/jpsu.2001.25749*

## MATERIALS AND METHODS

### Study Sample

We retrieved all randomized, controlled trials (RCT) published in the English-language literature in the area of pediatric surgery between 1966 and 1999 by a Medline computerized search. For this study, we defined "pediatric surgery" as those areas within the scope of most pediatric surgeons' practice: newborn congenital anomalies, gastrointestinal diseases, oncology, trauma, burns, minimally invasive surgery, extracorporeal membrane oxygenation (ECMO), antibiotic use in surgery, and postoperative analgesia.

### Retrieval of Pediatric Surgical RCTs

Using the National Library of Medicine Medline database, we did an initial search using the keywords *surgery* and *surgical procedures, operative* and limited this search to the English language. We narrowed the 1,338,000 articles retrieved to studies involving children by limiting the search using the age criteria of 18 years or younger, and the keyword *not adult* to find only pediatric studies. By using *not 'keyword* to eliminate those areas not considered part of general pediatric surgery, such as neurosurgery, urology, circumcision, orthopedics, transplant, ophthalmology, and otolaryngology, we refined the search to 80,377 articles in the area of pediatric surgery. We continued the search to find all the randomized controlled trials by limiting the search to publication types "clinical trial" or "randomized controlled trial." We read the abstracts of the resulting 2800 titles and retrieved 134 RCTs in the specified areas of pediatric surgery. The articles excluded during the abstract review were either not randomized trials, not solely pediatric,

A21

or were in subspecialities not considered in the realm of pediatric surgery.

We assessed the completeness of the computerized search by comparing the results with those of a manual search of all articles published in 1995 and 1996 in the following journals: *Journal of Pediatric Surgery, European Journal of Pediatric Surgery, New England Journal of Medicine, Lancet, Pediatrics, Surgery,* and *Annals of Surgery.* We chose these years because they represented the 2 consecutive years in which the most RCTs had been published. The computer search missed 2 RCTs out of 10 from these journals for those 2 years. We found both of these RCTs in the *Journal of Pediatric Surgery.* After examining their medical subject headings (MESH), it was clear that they were not originally identified because they did not include the subject heading *surgery* or *surgical procedure,* although they did discuss postoperative issues of protein and lipid metabolism, respectively.

### Characteristics of RCTs

We retrieved all articles that fulfilled the inclusion criteria. Two pediatric medical practitioners not involved in the qualitative assessment obtained basic demographic data and entered these data into a database created on Microsoft Access (Microsoft; Redmond, Washington). These individuals photocopied the methods and results sections of the included RCTs, omitting the authors, study center, journal title, and any other identifiers that could potentially bias the qualitative assessment of the RCT. A separate medical practitioner evaluated each trial using Chalmers' assessment tool. We entered this information into a separate Access database so as not to corrupt the blinding.

Chalmers' assessment tool was developed in 1981 to evaluate the quality of RCT. The assessment tool includes 32 variables that assess the design, implementation, and analysis of RCT.[2] This assessment tool has been used widely in clinical medicine and has been found to be reliable by Chalmers and others.[3-7] To assess the interobserver reliability of the Chalmers' tool, a second reviewer independently reviewed a subgroup of 33 randomly chosen RCT. We subsequently compared these evaluations using regression statistics, and the R value was 0.96 showing no meaningful difference.

### Data Analysis

Before evaluating the demographic and qualitative data, we prospectively designed a series of questions to address. After creating these questions, we queried the Access database to analyze the demographic and qualitative data. Microsoft Excel was used for descriptive statistics.

## RESULTS

### Characteristics of Pediatric Surgical RCT

The characteristics of the 134 RCTs evaluated are listed in Table 1. Almost half of these trials were in the area of postoperative analgesia, whereas the core areas of pediatric surgery: gastrointestinal diseases, oncology, trauma, newborn congenital anomalies, vascular access, and minimally invasive surgery, accounted for 18% of these RCTs.

Over 80% of these RCTs compared 2 medical therapies. Even after excluding the RCTs investigating postoperative analgesia, 64% compared 2 medical therapies, and a quarter compared 2 surgical treatments. Of the 134 RCTs, 40% were published in the anesthesia literature. However, when RCTs on analgesia were excluded, 20% were published in major medical, pediatric, or surgical journals (average impact factor, 6.79). Thirty percent

**Table 1.** Area of Study for Pediatric Surgical Trials From 1966 Through 1999

| Group Variables | No. RCT | Percentage |
|---|---|---|
| Area of surgery | | |
| Postoperative analgesia | 65 | 49 |
| Antibiotics | 17 | 13 |
| Burn | 6 | 4 |
| Extracorporeal membrane oxygenation | 9 | 7 |
| Gastrointestinal | 6 | 4 |
| Minimally invasive | 4 | 3 |
| Newborn congenital anomalies | 3 | 2 |
| Oncology | 5 | 4 |
| Vascular access | 3 | 2 |
| Trauma | 1 | 1 |
| Other | 15 | 11 |

were published in other journals (average impact factor, 0.97), and half were published in the pediatric surgery literature (impact factor, 0.94).[8,9]

The principal author was a surgeon in 48 of these RCTs (36%), although this percentage rose to 62% when excluding RCTs about postoperative analgesia. Seventeen (13%) RCTs cited a biostatistician as an author or a consultant on the trial. The average trial size included 83 patients (SD, 142), ranging from 6 to 1,342 patients. Ninety percent of the RCTs were carried out in a single center, and 6% were done in 5 or more centers.

RCTs in pediatric surgery infrequently were funded by peer reviewed agencies as is shown in Table 2. Only 10 (7%) of the trials received funding through the National Institutes of Health (NIH) or Medical Research Council (MRC) whereas 65% mentioned no funding source. Findings were similar when the RCTs on postoperative analgesia were excluded. Of the 10 RCTs funded by the NIH or MRC, one compared 2 surgical treatments, and 2 had a surgeon as the corresponding author.

RCTs were published with increasing frequency over the last 30 years. One hundred three (77%) were published during the last decade. There was one RCT from the 1960s. The numbers have quadrupled each decade since.

Of 134 RCTs, 63 (47%) found statistical significance in favor of the treatment they were evaluating, whereas 64 (48%) found no difference.

### Qualitative Assessment of Pediatric Surgical RCTs

We found a number of deficiencies in the overall quality of the randomized controlled trials in pediatric surgery. Table 3 summarizes the qualitative performance of pediatric surgical trials based on attributes deemed essential in proper trial design.[10,11] The treatment regimens being tested were well defined by most of these trials; however, few identified specific inclusion and exclusion criteria, or tracked patients which were deemed ineligible. Of the 35 trials in which there were

**Table 2. Funding Source for RCT in Pediatric Surgery**

| Funding | No. RCT | Percentage |
|---|---|---|
| Source of funding | | |
| NIH | 10 | 7 |
| Non-NIH Peer Review | 4 | 3 |
| Noncompetitive/nonprofit | 13 | 10 |
| Industry | 18 | 13 |
| Not funded | 87 | 65 |

withdrawals of patients, 26 (74%) discarded the withdrawals without including them in their statistical analysis. Although these were all randomized, controlled trials, 58 (43%) had proper randomization blinding, and 62 (46%) reported the method of randomization. Many trials stated that they were "blinded" or "double-blind" but did not identify who was blinded or how.

In only 16% of the trials were sample size and statistical power determined in advance of the study. Most of the RCT did not report their statistical results adequately, reporting that "$P$ was not significant" or "$P$ was less than 0.05." Thirty-nine (29%) of the RCTs reported the observed probability level without the test statistic. Both the test statistic value and the observed probability level were reported in 16 (12%) of the 134 RCTs. Our findings are no different if the articles on postoperative analgesia are excluded.

## DISCUSSION

The randomized controlled trial has been accepted as the gold standard in evaluating therapeutic interventions and shaping clinical practices. Despite the importance of RCTs in addressing unanswered clinical questions, previous reviews have shown that RCTs constitute only 3%-6% of the adult surgical literature.[12-14] Our results show that RCTs are even less common in pediatric surgery.

We found that RCTs constitute 0.17% of all the pediatric surgical literature. The majority of these trials fail to address questions considered fundamental to pediatric surgical practice. Comparisons of nonsurgical treatments such as postoperative analgesia and antibiotic therapy were most common. Only one third of trials included a surgical intervention in at least 1 treatment arm.

The importance of RCTs necessitates the question of why so few studies have been conducted in pediatric surgery. Solomon and McLeod[15] proposed several barriers to the use of RCTs in evaluating surgical treatment. These included relative infrequency of a disease state, lack of community equipoise regarding standards of care, methodologic issues with effective blinding and randomization, patient biases against invasive treatment arms, and a lack of funding.

Uncommon diseases cannot be studied adequately at a single center. Even the largest children's hospitals do not have sufficient numbers of patients to answer most of the important questions in pediatric surgery. In other fields, multicenter collaborative studies have been developed to overcome this obstacle. The success of the Cooperative Children's Oncology Group is testament to this.[16,17] Through large, well-conducted studies, they have accomplished a precipitous drop in cancer mortality rate in children.[18,19] The contrast of the culture of pediatric oncology to that of pediatric surgery is stark. In oncology, 78% of children with cancer are enrolled in a clinical trial.[20,21] In pediatric surgery, our data suggest that less than 1% of children with a pediatric surgical problem are enrolled in a trial.

There is a tradition in surgery of accepting case series data when making treatment decisions. The biases resulting from such practices preclude a state of community equipoise. However, this is a barrier that we in the surgical community impose on ourselves and, thus, one we can overcome. The experiences of the National Surgical Adjuvant Breast and Bowel Project trials[22-24] and the Extra-Cranial Intra-Cranial Bypass Trial[25] show that

**Table 3. Percentage of Trials Judged to be Adequate on Essential Quality Attributes**

| Attributes | All RCT (%) | Excluding Analgesia (%) |
|---|---|---|
| Data | | |
| Therapeutic regimens adequately defined | 93 | 93 |
| Inclusion and exclusion criteria specified | 32 | 51 |
| Reject log tracked eligible patients not enrolled | 25 | 42 |
| Data on patients withdrawn from trial provided | 20 | 20 |
| Randomization | | |
| Patients blinded to treatment | 50 | 23 |
| Evaluating physician blinded to treatment | 6 | 14 |
| Proper randomization technique used | 43 | 41 |
| Statistical analysis | | |
| Proper retrospective analysis of data | 30 | 32 |
| Proper analysis of side effect | 14 | 16 |
| Sample size determined before trial start | 16 | 17 |
| Test statistic and observed probability reported | 12 | 13 |
| Statistical power reported for negative trial | 5 | 7 |

dramatic improvements can be made when the surgical community adopts a position of equipoise. In both cases, results of clinical trials markedly improved patient care.

Methodologic issues, such as difficulty with blinding randomization and standardization, present a challenge to the evaluation of surgical treatments. With surgical therapies, complete blinding of patients and treating physicians is not possible. This is not a fundamental block to reducing bias. Proper randomization still can be carried out, and blinding of the evaluator of the outcome variables is still possible. Difficulty with standardization of surgical procedures frequently is cited as an obstacle to carrying out an RCT. With intensive internal controls, however, and improved communications technology, this obstacle can be overcome. For example, operative manuals to standardize procedures could be published and distributed via the Internet.

Enrollment of patients in a surgical, randomized, controlled trial has been cited as difficult because of patient biases against invasive treatments. This is particularly true with respect to surgical procedures, where alternative therapies may be unequal in magnitude, and at least one therapy is permanent and irreversible. With thoughtful and proper presentation of the trial and its treatment arms to patients by their physicians, however, enrollment is possible.[26,27]

Our data suggest that funding for RCTs is difficult to obtain. However, well-conceived, well-designed studies will be funded. The North American Carotid Endarterectomy Trial (NASCET) Group[28] and the VA Hernia Trial (Jonassan on Personal Communication) serve as examples. Recently, we have received funding from the National Institutes of Health for a multicenter, randomized, controlled clinical trial evaluating peritoneal drainage versus laparotomy in the treatment of necrotizing enterocolitis.[29]

None of the obstacles facing surgical RCTs are insurmountable. Therefore, it is incumbent on us to overcome these obstacles and do quality trials. Overall, our assessment of the quality of randomized controlled trials in pediatric surgery showed the areas in need of improvement. Our results were similar to other studies assessing trials in both medicine and surgery.[2,3,30]

A clinical trial must explicitly define the therapies it is evaluating. Our data show that most RCTs report this information clearly. Clear reporting of the selection of subjects in the trial is equally important for proper interpretation of the results. Our data suggest that inclusion and exclusion criteria often are not clearly stated, which makes the findings difficult to generalize.

Randomized, controlled trials in pediatric surgery suffer from incomplete reporting of randomization and blinding methods. Simple statements that a trial was "randomized" or use "double-blind" technique are not adequate. Readers need details of this information to assess proper bias reduction.

Withdrawals and side effects are unwanted but unavoidable aspects of trials. Nevertheless, proper reporting and analysis of these issues must be incorporated into RCTs. Omitting such items detracts from the data and hinders complete analysis of the results.

Using appropriate statistical methods in the analysis of trial data is critical to the conclusions that can be made from the trial. When the author merely states that "$P$ was less than .05" without identifying the statistical test, the reader cannot be certain the statistical methods were appropriate. The lack of more thorough statistical reporting in these trials impairs proper statistical analysis.

A discussion of power enables the reader to judge the adequacy of the trial to answer its question. Small sample size frequently leads to trials without the power to detect clinically important differences among treatment groups. Our data show that many of RCTs in pediatric surgery had an inadequate sample size. If no statistically significant difference is found in these trials, the reader cannot judge whether the trial lacked the power to detect a difference (high type II error) or whether there was truly no difference.

Properly designed randomized controlled trials must address one primary question. This question drives study design, sample size, and feasibility. Trials can address secondary questions, often involving subsets of study subjects or secondary outcomes. Although useful information can be learned, these secondary questions cannot be answered definitively. Inappropriate analysis of subgroups can lead to misguided conclusions. We found only 30% of pediatric surgical trials used proper subgroup analysis.

Efforts to improve the reporting of data and statistical methods have taken place under the auspices of the Consolidated Standard of Reporting Trials (CONSORT).[31-35] Currently, CONSORT standards have been accepted by several medical journals, including *Journal of the American Medical Association, British Medical Journal, Lancet* and *New England Journal of Medicine*. We believe surgical journals should adopt similar standards or design their own.[35]

Surgeons should receive more training in the elements of randomized controlled trials. Courses such as the American College of Surgeons course in clinical trials methods[36] as well as the one taught by the Surgical Clinical Epidemiology Group at the University of Toronto are leading the effort to provide education to surgeons.[37]

Given that RCTs are rarely done, and case series make up the majority of the pediatric surgical literature, there is a need for better assessment tools for case series. The Meta-analysis of Observational Studies in Epidemiology (MOOSE) Group recently has sug-

gested guidelines for reporting on meta-analyses of observational studies.[38] Better methods of evaluating both RCT and non-RCT would enable optimal use of all available data as investigators translate research into new treatments.

Clinical trials are used infrequently to answer questions related to pediatric surgery. When RCTs are utilized, they suffer from poor trial design, inadequate statistical analysis, and incomplete reporting. Pediatric surgery could benefit from increased expertise, funding, and participation in clinical trials. With a renewed determination for solutions to these issues, pediatric surgery can be successful in using randomized, controlled trials for advances in treatment decisions.

## REFERENCES

1. Hardin WD Jr, Stylianos S, Lally KP: Evidence-based practice in pediatric surgery. J Pediatr Surg 34:908-912, 1999

2. Chalmers TC, Smith H Jr, Blackburn B, et al: A method for assessing the quality of a randomized control trial. Controlled Clin Trials 2:31-49, 1981

3. Emerson JD, Burdick E, Hoaglin DC, et al: An empirical study of the possible relation of treatment differences to quality scores in controlled randomized clinical trials. Controlled Clin Trials 11:339-352, 1990

4. Marsoni S, Torri W, Taiana A, et al: Critical review of the quality and development of randomized clinical trials (RCTS) and their influence on the treatment of advanced ovarian cancer. Ann Oncol 11:343-350, 1990

5. Solomon MJ, Laxama A, Devore L, et al: Randomized controlled trials in surgery. Surgery 115:707-712, 1994

6. Baum ML, Anish DS, Chalmers TC, et al: A surveyr of clinical trials in antibiotic prophylaxis in colon surgery: Evidence against further use of no-treatment controls. N Engl J Med 305:795-799, 1981

7. Liberati A, Himel HN, Chalmers TC: A quality assessment of randomized control trials of primary treatment of breast cancer. J Clin Oncol 4:942-951, 1986

8. Institute for Scientific Information. Journal Citation Reports. 1999 JCR Science Edition

9. Garfield E: Journal impact factor: A brief review. Can Med Assoc J 161:979-980, 1999

10. DerSimonian R, Charette LJ, McPeek B, et al: Reporting on methods in clinical trials. N Engl J Med 306:1332-1337, 1982

11. Emerson JD, McPeek B, Mosteller F: Reporting clinical trials in general surgical journals. Surgery 95:572-579, 1984

12. Solomon MJ, McLeod RS: Clinical studies in surgical journals: Have we improved? Dis Colon Rectum 36:43-48, 1993

13. Haines SJ: Randomized clinical trials in the evaluation of surgical innovation. J Neurosurg 51:5-11, 1979

14. Barnes RW: Understanding investigative clinical trials. J Vasc Surg 9:609-618, 1989

15. Solomon MJ, McLeod RS: Should we be performing more randomized controlled trials evaluating surgical operations. Surgery 118:495-467, 1995

16. Lukens J: Progress resulting from clinical trials: Solid tumors in childhood cancer. Cancer 74:2710-2718, 1994

17. Ross JA, Severson RK, Pollock BH, et al: Childhood cancer in the United States. A geographical analysis of cases from the Pediatric Cooperative Clinical Trials groups. Cancer 77:201-207, 1996

18. Ries LAG, Percy CL, Bunin GR: Introduction, in Ries LAG, Smith MA, Gurney JG, et al (eds): Cancer Incidence and Survival Among Children and Adolescents: United States SEER Program 1975-1995, National Cancer Institute, SEER Program. Bethesda, MD, NIH Pub. No. 99-4649, 1999, pp 1-15

19. Ries LAG, Kosary CL, Hankey BF, et al (eds): SEER Cancer Statistics Review, 1973-1996. Bethesda, MD, National Cancer Institute, 1999

20. Tejeda HA, Green SB, Trimble EL, et al: Representation of African-Americans, Hispanics, and whites in National Cancer Institute cancer treatment trials. J Natl Cancer Inst 88:812-816, 1996

21. Bleyer WA: The US. pediatric cancer clinical trials programmes: International implications and the way forward. Eur J Cancer 33:1439-1447, 1997

22. Wickerham DL, Fisher B: Surgical treatment of primary breast cancer. Semin Surg Oncol 4:226-233, 1988

23. Fisher B: A biological perspective of breast cancer: contributions of the National Surgical Adjuvant Breast and Bowel Project clinical trials. CA Cancer J Clin 41:97-111, 1991

24. Fisher B: Laboratory and clinical research in breast cancer—A personal adventure: The David A. Karnofsky Memorial Lecture. Cancer Res 40:3863-3874, 1980

25. The Extracranial-Intracranial Bypass Study Group: Failure of extracranial-intracranial arterial bypass to reduce the risk of ischemic stroke: Results of an international randomized trial. N Engl J Med 313:1191-1200, 1985

26. Stoevelaar HJ, Van De Beek C, Casparie AF, et al: Treatment of choice for benign prostatic hyperplasia: A matter of urologist preference. J Urol 161:133-138, 1999

27. Isaacman DJ, Reynolds EA: Effect of a research nurse on patient enrollment in a clinical study. Pediatr Emerg Care 12:240-342, 1996

28. Henderson RD, Eliasziw M, Fox AI, et al: Angiographically defined collateral circulation and risk of stroke in patients with severe carotid artery stenosis. North American Symptomatic Carotid Endarterectomy Trial (NASCET) Group. Stroke 31:128-132, 2000

29. Moss RL, Efron B, Halamek LP: Surgery for NEC in human infants: A randomized trial. NIH RO-1 HD38462

30. Hall JC, Mills B, Nguyen H, et al: Methodologic standards in surgical trials. Surgery 119:466-472, 1996

31. The Standards of Reporting Trials Group. A proposal for structured reporting of randomized controlled trials. JAMA 272:1926-31, 1994, Correction: JAMA 273:776, 1995

32. Begg C, Cho M, Eastwood S, et al: Improving the quality of reporting of randomized controlled trials: The CONSORT Statement. JAMA 276:637-639, 1996

33. Moher D: CONSORT: An evolving tool to help improve the quality of reports of randomized controlled trials. JAMA 279:1489-1491, 1998

34. Meinert CL: Beyond CONSORT: Need for improved reporting standards for clinical trials. JAMA 279:1487-1489, 1998

35. Liem MSL, Van Der Graaf Y, Van Vroonhoven TJMV: CONSORT, Randomized Trials and the Surgical Scientific Community. Br J Surg 84:769-770, 1997

36. 2000 Course in Clinical Trials Methods. URL:http://www.facs.org/about_college/acsdept/edsurg_dept/clintrial2kOLD.html. (20 July 2000)

37. McLeod RS: Clinical trials, outcomes research, and practice guidelines in surgery: introduction. World J Surg 23:1203-1204, 1999

38. Stroup DF, Berlin JA, Morton SC, et al: Meta-analysis of observational studies in epidemiology: A Proposal for Reporting. JAMA 283:2008-2012, 2000

3002

# Effects of Three Different Testosterone Formulations in Female-to-Male Transsexual Persons

Carla Pelusi, MD,* Antonietta Costantino, PhD,[†] Valentina Martelli, MD,[†] Martina Lambertini, MD,[†] Alberto Bazzocchi, MD, PhD,[‡,§] Federico Ponti, MD,[§] Giuseppe Battista, MD,[§] Stefano Venturoli, MD,[†] and Maria C. Meriggiola, MD, PhD[†]

*Division of Endocrinology, S. Orsola-Malpighi Hospital, University of Bologna, Bologna, Italy; [†]Department of Gynecology and Physiopathology of Reproduction, Center for Protection of Sexual Health, S. Orsola-Malpighi Hospital, University of Bologna, Bologna, Italy; [‡]Diagnostic and Interventional Radiology, The "Rizzoli" Institute, Bologna, Italy; [§]Department of Specialized, Diagnostic, and Experimental Medicine, S. Orsola-Malpighi Hospital, University of Bologna, Bologna, Italy

DOI: 10.1111/jsm.12698

**ABSTRACT**

*Introduction.* Gender dysphoria is characterized by a strong discomfort with the gender assigned at birth and the urge to live as a member of the opposite gender. The acquisition of phenotypic features of the desired gender requires the use of cross-sex hormones. Female-to-male (FtM) transsexual persons are treated with testosterone to induce virilization.

*Aim.* The aim of the study was to assess the effects of three different testosterone formulations on body weight and composition and metabolic and bone parameters.

*Methods.* Forty-five FtM transsexuals were randomly assigned to receive testoviron depot (i.m.: 100 mg/10 days; n = 15), testosterone gel (50 mg/die; n = 15), and testosterone undecanoate (i.m.: 1,000 mg every 6 weeks for the first 6 weeks and then every 12 weeks, n = 15). FtM individuals were studied before, at week 30, and at week 54 of testosterone treatment.

*Main Outcome Measures.* Anthropometric, metabolic, bone, hematological, and biochemical parameters were evaluated at baseline and after 12 months of treatment.

*Results.* Lean body mass significantly increased and fat mass decreased in all groups. No modifications were reported in fasting insulin and insulin sensitivity index. High-density plasma lipoprotein levels declined significantly and low-density lipoprotein concentrations increased significantly in the three groups. The activated partial thromboplastin time and factor I did not change while prothrombin time significantly increased in all groups. At week 54, all subjects were amenorrheic and time to amenorrhea did not differ between the three groups. Current general life satisfaction was increased in all subjects after 1 year of treatment.

*Conclusions.* One-year testosterone administration in FtM transsexuals appears to be very safe with no differences among the testosterone formulations used. Our study is preliminary, and the detection of subtle or long-term differences in the effects of the three formulations may require further larger and longer term studies in this and other populations. **Pelusi C, Costantino A, Martelli V, Lambertini M, Bazzocchi A, Ponti F, Battista G, Venturoli S, and Meriggiola MC. Effects of three different testosterone formulations in female-to-male transsexual persons. J Sex Med 2014;11:3002–3011.**

*Key Words.* Testosterone; Transsexuals; Gender Dysphoria; Bone; Body Composition; Life Satisfaction

© 2014 International Society for Sexual Medicine

## Introduction

Transsexuals require cross-sex hormones to acquire phenotypic features and secondary sexual characteristics of the sex opposite to their biological sex. To this end, biological female transsexual persons (female to male [FtM]) require treatment with testosterone (T) to induce virilization. Although there are no specific studies on the dose of T required to induce and maintain male sexual characteristics in these female persons, it is generally agreed that T levels should be maintained within the physiological range of normal men [1–4].

The most commonly used preparations have been injectable T esters (testoviron depot [TD]) administered in doses of 100–250 mg every 7–20 days. These formulations generate supraphysiological hormonal levels after injection with a rapid decline a few days before the next administration [5]. In recent years, new formulations that provide better pharmacokinetic profiles have become available such as daily administration of testosterone gel (T-gel) and long-acting testosterone undecanoate (TU) administered through intramuscular injections. These formulations are more conveniently administered and allow for maintenance of more stable levels of T and of its metabolites estradiol (E) and dihydrotestosterone [5–12]. The use and effects of these T formulations have been extensively studied as replacement therapy in hypogonadal men. In these subjects, they have been associated with a reduction of fat mass, an increase of lean mass, and possible positive effects on lipid profile and glycometabolic control [13–16]. Instead, the effect of androgen administration on healthy eugonadal females is less known. The few studies conducted in FtM transsexuals have shown that T administration may induce changes in body weight and composition with a shift toward a greater lean mass similar to T administration in hypogonadal patients; however, adverse effects on lipid profile and contrasting effects on insulin sensitivity have been reported [17–19]. Most studies have reported effects on short- or long-acting injectable T formulations while little data are available on the effects of transdermal T administration.

### Aim

The aim of our study was to compare the effects of 1-year transdermal, short-acting, and long-acting intramuscular T injections in healthy FtM transsexual subjects on body composition, metabolic, safety parameters, and general life satisfaction.

## Methods

A total of 45 healthy FtM transsexual persons were included in this study. All subjects were studied before, at week 30, and at week 54 of T treatment. A deviation of ±3 weeks was tolerated for injections.

Inclusion criteria were healthy by medical history and laboratory analysis and no use of medication for hypertension, hyperlipidemia, diabetes mellitus, and depression or any psychiatric drugs.

Three different hormone formulations were administered: TD (contains testosterone enanthate) i.m. at the dose of 100 mg, every 10 days (n = 15; TD group); T-gel at the dose of 50 mg/day, every evening between 8:00 and 10:00 PM (n = 15; T-gel group); or TU i.m. at the dose of 1,000 mg at week 0, week 6, and thereafter, every 12 weeks (n = 15; TU group).

Subjects were randomly assigned to receive TD, T-gel, or TU. All subjects were naïve of T and had not undertaken any genital surgery at admission nor throughout the duration of the study.

All subjects gave written consent to the use of T. The study was approved by the Ethical Committee of S. Orsola Hospital, Bologna.

Physical examination consisted of anthropometric assessment of weight, stature, and waist and hip circumferences, taken with participants dressed in a gown, according to standardized procedures. The waist circumference was measured midway between the iliac crest and lowest rib margin [20].

At the same time, body composition and bone mineral density (BMD) were measured by dual X-ray absorptiometry using the Hologic 49159 densitometer and standard QDR body composition software (Model QDR4500W, Software Level 11.2, Hologic Spine, Hologic, Bedford, MA,USA) with evaluation of body fat and lean mass, calculated using the female database provided by the manufacturer.

At baseline and week 54 of treatment, blood samples were drawn at 8:00 AM after a 12-hour overnight fast with determination of serum T, E, luteinizing hormone (LH) and follicle-stimulating hormone (FSH), prolactin (PRL) and sex hormone-binding globulin (SHBG), hematocrit

J Sex Med 2014;11:3002–3011

17436109, 2014, 12, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/jsm.12698 by Hunter College, Wiley Online Library on [25/02/2026]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

17436109, 2014, 12, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/jsm.12698 by Hunter College, Wiley Online Library on [25/02/2026]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

3004                                                                                              *Pelusi et al.*

(Ht) and hemoglobin (Hb), fasting glucose, fasting insulin, total cholesterol (Tot Chol), high- and low-density lipoproteins (HDL and LDL), triglycerides, aspartate and alanine aminotransferases (AST and ALP), prothrombin time (PT), activated partial thromboplastin time (aPTT), fibrinogen (factor I), osteocalcin, parathormone, bone alkaline phosphatase (BAP), and 25-hydroxyvitamin D. At week 30, subjects were required to repeat blood drawings for measurement of serum T levels, Ht, Hb, fasting glucose, fasting insulin, waist and hip circumferences, waist-to-hip ratio (WHR), body weight and body mass index (BMI), Tot Chol, HDL and LDL, triglycerides, and AST and ALT.

At weeks 30 and 54, blood samples were drawn before the next injection for TD and TU (nadir T levels) and in the morning, 12 hours after using the T-gel in the third group. All assays were performed in our hospital routine diagnostic laboratory using established commercial assays, as previously described [21]. Free T was calculated from total testosterone (TT) and SHBG in the same sample, using the formula described in detail by Vermeulen et al. [22], without taking the albumin concentration into account. In addition, the homeostasis model assessment for fasting insulin resistance (HOMA-IR) was calculated using the formula HOMA-IR = [fasting insulin in $\mu U/mL \times$ fasting glucose in nmol/L]/22.5 to investigate insulin sensitivity in basal and post-treatment conditions [23].

Visual analog scale (VAS) was used for the determination of satisfaction at baseline and at the end of the study period. The exact wording was "How would you rate your current general life satisfaction?," with 0 the greatest dissatisfaction and 10 as the greatest possible satisfaction [24].

### Statistics

The general linear model for repeated measures was performed as multivariate analysis to test the effects of treatment during follow-up. The *P* value was corrected for multiple comparisons according to the Sidak method. Continuous data were expressed as mean ± 95% confidence interval (CI). Two-tailed *P* values < 0.05 were considered statistically significant. Statistical analysis was performed using the SPSS/PC + (SPSS Inc., Chicago, IL, USA) software package.

### Main Outcome Measures

Main outcome measures were hormone, hematological, coagulation, biochemical, and bone parameters, BMD, anthropometry, and body composition. Secondary outcome measure was general life satisfaction score.

### Results

Demographic and hormonal characteristics of subjects included in the study are shown in Tables 1 and 2. No significant differences in baseline characteristics were reported among the three groups. At baseline, all subjects had TT, SHBG, E, LH, FSH, and PRL concentrations within the physiological range for women, with no significant differences between the groups (Table 2).

**Table 1**  Demographic characteristics of study population in each group

|  |  | TD | T-gel | TU |
|---|---|---|---|---|
| Age (years) |  | 30.9 | 29.4 | 28.2 |
| (95% CI) |  | (27.9–33.9) | (26.6–32.1) | (25.6–30.9) |
| Non-native Italian |  | 13% | 7% | 7% |
| Education | Primary school | — | — | — |
|  | Secondary school | 40% | 31% | 13% |
|  | High school | 53% | 62% | 74% |
|  | Degree | 7% | 7% | 13% |
| Occupation | Unemployed | — | 8% | 20% |
|  | Employed | 87% | 77% | 53% |
|  | Student | 13% | 15% | 27% |
| Current smoke | Yes | 33% | 77% | 47% |
| Alcohol | Never | 67% | 31% | 27% |
|  | Occasional | 26% | 69% | 73% |
|  | Regular | 7% | — | — |
| Marital status | Single | 60% | 8% | 67% |
|  | In a relationship | 40% | 92% | 33% |

Data are expressed as mean (95% CI)
CI = confidence interval; TD = testoviron depot; T-gel = testosterone gel; TU = testosterone undecanoate

J Sex Med 2014;11:3002–3011

**Table 2**  Hormone values at baseline and at week 54 of T administration in the three subject groups

| | Groups | Baseline | Week 54 | GLM analysis | |
| --- | --- | --- | --- | --- | --- |
| | | | Posttreatment | *P* value vs. posttreatment | *P* value vs. groups |
| LH (IU/L) | TD | 7.3 (3.5–11.2) | 5.1 (1.9–8.3) | *P* = 0.289 | *P* = 0.160 |
| | T-gel | 12.8 (6.6–39.8) | 9.2 (4.5–13.9) | | |
| | TU | 5.8 (2.1–9.5) | 5.1 (2.0–8.1) | | |
| FSH (IU/L) | TD | 6.2 (4.3–8.1) | 5.1 (3.8–6.4) | *P* = 0.700 | *P* = 0.538 |
| | T-gel | 6.1 (3.4–8.9) | 5.6 (3.7–7.5) | | |
| | TU | 4.6 (2.8–6–4) | 5.3 (4.1–6.6) | | |
| E (pg/mL) | TD | 102.9 (61.4–144.5) | 70.6 (28.0–113.2) | *P* = 0.002 | *P* = 0.502 |
| | T-gel | 167.3 (124.0–210.5) | 81.9 (37.6–126.2) | | |
| | TU | 130.9 (92.2–169.6) | 72.3 (32.6–111.9) | | |
| PRL (ng/mL) | TD | 18.2 (13.1–23.3) | 9.8 (6.4–13.3) | *P* = 0.026 | *P* = 0.260 |
| | T-gel | 17.0 (11.7–22.3) | 15.6 (11.9–19.2) | | |
| | TU | 15.7 (11.4–20.1) | 13.1 (10.2–16.1) | | |
| T (ng/mL) | TD | 0.54 (0.43–0.65) | 7.39 (5.33–9.46) | *P* < 0.0005 | n.s. |
| | T-gel | 0.45 (0.35–0.55) | 5.89 (4.01–7.78) | | |
| | TU | 0.44 (0.35–0.54) | 6.14 (4.39–7.89) | | |
| SHBG (nmol/L) | TD | 65.4 (48.4–82.4) | 31.8 (22.3–41.4) | *P* = 0.000 | *P* = 0.587 |
| | T-gel | 65.2 (48.9–81.4) | 31.6 (22.5–40.7) | | |
| | TU | 60.3 (44.0–76.5) | 34.3 (25.2–43.4) | | |
| cFT (nmol/L) | TD | 0.01 (0.01–0.02) | 0.31 (0.09–0.54) | *P* = 0.000 | *P* = 0.910 |
| | T-gel | 0.01 (0.00–0.01) | 0.34 (0.12–0.57) | | |
| | TU | 0.01 (0.00–0.01) | 0.28 (0.06–0.49) | | |

Data are expressed as mean (95% CI)
cFT = calculated free testosterone; CI = confidence interval; E = estradiol; FSH = follicle-stimulating hormone; GLM = general linear model; LH = luteinizing hormone; n.s. = not significant; PRL = prolactin; SHBG = sex hormone-binding globulin; T = testosterone; TD = testoviron depot; T-gel = testosterone gel; TU = testosterone undecanoate

In subjects of all three groups, mean serum TT levels rose significantly reaching the normal male range at weeks 30 and 54 of treatment. Mean serum TT levels did not differ among the three groups at any time (mean [95% CI]—baseline: 0.54 [0.43–0.65], 0.45 [0.35–0.55], and 0.44 [0.35–0.54] ng/mL; week 30: 6.31 [4.79–7.83], 4.93 [3.53–6.32], and 5.67 [4.38–6.95] ng/mL; week 54: 7.39 [5.33–9.46], 5.89 [4.00–7.78], and 6.14 [4.40–7.89] ng/mL in the TD, T-gel, and TU groups, respectively; baseline vs. week 30 $P < 0.0005$, baseline vs. week 54 $P < 0.0005$, and week 30 vs. week 54 $P = 0.542$; $P =$ not significant among the three groups). TT levels were in the supra-physiological male range (reference male range of our laboratory: 2.8–8.2 ng/mL) in two, one, and two subjects at week 30 and in five, two, and two subjects at week 54 of the TD, T-gel, and TU groups, respectively. SHBG levels significantly decreased in all subjects with no major difference between the three groups (Table 2). SHBG levels were below the male range (reference male range of our laboratory: 16–120 nmol/L) in one, none, and one subject at week 54 of the TD, T-gel, and TU groups, respectively.

Plasma gonadotropin (LH and FSH) levels did not change significantly during the treatment period within and between groups, while E levels significantly decreased in all three groups (Table 2). PRL levels significantly decreased in all three groups after 54 weeks of T administration.

All subjects became amenorrheic by week 54 of T administration. Time to amenorrhea was $29.8 \pm 18.4$, $40.4 \pm 10.6$, and $41.0 \pm 10.4$ weeks (mean ± standard error) for TD, T-gel, and TU groups, respectively ($P =$ not significant among the three groups).

By week 54, body weight and BMI increased significantly in the three groups ($P < 0.0005$), whereas waist and hip circumferences and WHR measurements did not change significantly in any group (Table 3). At dual-energy X-ray absorptiometry scanner analysis, all groups had gained a significant amount of lean body mass compared with baseline with no difference between the groups (Table 4). Total fat mass decreased significantly in all groups ($P = 0.05$) (Table 4). Bone mass density did not change after 1 year of T administration in any group (Table 4). Bone metabolism markers did not show significant changes from baseline in the posttreatment blood samples except for BAP, which significantly increased in the TU group at the end of the study ($P = 0.030$) (Table 5). Vitamin D tended to increase in the TD and T-gel groups whereas it remained stable in the TU group.

Fasting insulin concentrations and the HOMA-IR did not change significantly from baseline in any group, whereas a significant decrease in fasting glucose levels was observed in all three groups ($P = 0.019$) (Table 3).

17436109, 2014, 12, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/jsm.12698 by Hunter College, Wiley Online Library on [25/02/2026]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

17436109, 2014, 12, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/jsm.12698 by Hunter College, Wiley Online Library on [25/02/2026]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

*Pelusi et al.*

**Table 3**  Anthropometric and metabolic parameters in the three subject groups at baseline, week 30, and week 54 of T administration

| | Groups | Baseline | Week 30 Posttreatment | Week 54 Posttreatment | GLM analysis P value vs. posttreatment | P value vs. groups |
|---|---|---|---|---|---|---|
| Glucose (mg/dL) | TD | 87.3 (82.2–92.4) | 81.2 (75.6–86.7) | 82.0 (76.9–87.0) | $P = 0.019$ | $P = 0.749$ |
| | T-gel | 84.0 (78.7–89.3) | 81.5 (75.7–87.3) | 80.0 (74.7–85.3) | | |
| | TU | 83.1 (77.9–88.2) | 81.7 (76.1–87.2) | 80.1 (75.0–85.1) | | |
| Insulin (mcu/mL) | TD | 6.04 (4.88–7.18) | 5.52 (4.14–6.91) | 5.21 (3.93–6.49) | $P = 0.917$ | $P = 0.41$ |
| | T-gel | 5.71 (4.44–6.98) | 6.61 (5.08–8.14) | 6.10 (4.68–7.52) | | |
| | TU | 5.82 (46.68–6.98) | 4.84 (3.45–6.22) | 5.86 (4.58–7.15) | | |
| HOMA-IR | TD | 1.26 (1.03–1.49) | 1.09 (0.83–1.35) | 0.92 (0.68–1.16) | $P = 0.62$ | $P = 0.28$ |
| | T-gel | 1.12 (0.87–1.37) | 1.26 (0.97–1.55) | 1.21 (0.94–1.47) | | |
| | TU | 1.18 (0.96–1.41) | 0.98 (0.72–1.25) | 1.14 (0.90–1.38) | | |
| Waist circumference (cm) | TD | 73.1 (68.23–78.0) | 76.7 (71.70–81.7) | 77.5 (723.7–82.2) | $P = 0.256$ | $P = 0.317$ |
| | T-gel | 82.7 (73.2–92.1) | 81.3 (71.8–90.9) | 84.0 (74.9–93.1) | | |
| | TU | 81.5 (74.2–88.8) | 79.6 (72.2–87.0) | 80.6 (73.5–87.7) | | |
| Hip circumference (cm) | TD | 94.4 (90.6–98.2) | 96.0 (92.0–99.9) | 96.0 (91.9–100.1) | $P = 0.089$ | $P = 0.206$ |
| | T-gel | 98.7 (91.4–105.9) | 100.7 (93.1–108.3) | 98.0 (90.2–105.8) | | |
| | TU | 97.2 (91.6–102.8) | 98.28 (92.3–104.1) | 101.8 (95.7–107.9) | | |
| WHR | TD | 0.77 (0.72–0.82) | 0.80 (0.76–0.84) | 0.81 (0.77–0.85) | $P = 0.322$ | $P = 0.072$ |
| | T-gel | 0.84 (0.74–0.93) | 0.80 (0.73–0.88) | 0.85 (0.78–0.93) | | |
| | TU | 0.84 (0.77–0.92) | 0.81 (0.75–0.87) | 0.79 (0.73–0.85) | | |
| Body weight (kg) | TD | 57.8 (51.2–64.4) | 61.8 (55.2–68.5) | 61.3 (55.0–67.5) | $P < 0.0005$ | $P = 0.063$ |
| | T-gel | 67.3 (59.7–74.9) | 69.6 (61.9–77.2) | 68.7 (61.5–75.9) | | |
| | TU | 59.6 (52.3–66.8) | 60.0 (52.7–67.3) | 60.5 (53.7–67.4) | | |
| BMI (kg/m$^2$) | TD | 22.3 (19.9–24.6) | 23.8 (21.5–26.1) | 23.6 (21.4–25.8) | $P < 0.0005$ | $P = 0.058$ |
| | T-gel | 23.9 (21.2–26.6) | 24.6 (21.9–27.3) | 24.3 (21.8–26.9) | | |
| | TU | 22.1 (19.5–24.6) | 22.2 (19.7–24.8) | 22.4 (20.0–24.8) | | |

Data are expressed as mean (95% CI)
CI = confidence interval; GLM = general linear model; HOMA-IR = homeostasis model assessment for fasting insulin resistance; T = testosterone; TD = testoviron depot; T-gel = testosterone gel; TU = testosterone undecanoate; WHR = waist-to-hip ratio

The aPTT and factor I did not change while PT increased significantly in all groups at week 54 of T treatment (Table 5). Tot Chol and triglyceride levels did not change within and between each group over time. However, plasma HDL levels declined significantly ($P < 0.0005$) and LDL concentrations increased significantly in all groups ($P = 0.001$) (Table 6). Both Hb and Ht levels rose

**Table 4**  Body composition and bone mineral density at DXA examination at baseline and week 54 of T administration in the three subject groups

| | Groups | Baseline | Week 54 Posttreatment | GLM analysis P value vs. posttreatment | P value vs. groups |
|---|---|---|---|---|---|
| Fat (kg) | TD | 15.1 (6.6–23.7) | 14.4 (8.6–20.1) | $P = 0.051$ | $P = 0.365$ |
| | T-gel | 21.9 (15.5–28.3) | 20.4 (16.1–24.7) | | |
| | TU | 17.8 (12.2–23.3) | 13.8 (10.1–17.5) | | |
| Fat (%) | TD | 26.7 (19.5–33.9) | 23.7 (18.6–28.8) | $P = 0.001$ | $P = 0.249$ |
| | T-gel | 30.1 (24.8–35.5) | 27.6 (23.7–31–4) | | |
| | TU | 28.1 (23.5–32.7) | 22.4 (19.0–25.6) | | |
| Lean (kg) | TD | 39.3 (34.0–44.5) | 43.3 (38.5–48.2) | $P < 0.0005$ | $P = 0.602$ |
| | T-gel | 44.7 (40.8–48.6) | 48.5 (44.9–52.1) | | |
| | TU | 41.1 (37.7–44.5) | 45.7 (42.6–48.9) | | |
| Lumbar BMD (g/cm$^2$) | TD | 1.07 (0.96–1.19) | 1.03 (0.94–1.13) | $P = 0.360$ | $P = 0.247$ |
| | T-gel | 1.09 (0.99–1.19) | 1.08 (0.99–1.17) | | |
| | TU | 1.10 (1.00–1.20) | 1.12 (1.03–1.20) | | |
| Total BMD (g/cm2) | TD | 1.13 (1.07–1.19) | 1.13 (1.05–1.19) | $P = 0.360$ | $P = 0.092$ |
| | T-gel | 1.16 (1.11–1.20) | 1.15 (1.10–1.20) | | |
| | TU | 1.16 (1.12–1.21) | 1.19 (1.13–1.24) | | |

Data are expressed as mean (95% CI)
CI = confidence interval; BMD = bone mineral density; DEXA = dual-energy X-ray absorptiometry; T = testosterone; TD = testoviron depot; T-gel = testosterone gel; TU = testosterone undecanoate

J Sex Med 2014;11:3002–3011

1743610⁹, 2014, 12, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/jsm.12698 by Hunter College, Wiley Online Library on [25/02/2026]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

**Table 5**   Coagulation and bone parameters at baseline and week 54 of T administration in the three subject groups

|  | Groups | Baseline | Week 54 Posttreatment | GLM analysis P value vs. posttreatment | P value vs. groups |
|---|---|---|---|---|---|
| aPTT (ratio) | TD | 1.013 (0.924–1.101) | 1.000 (0.913–1.087) | $P = 0.631$ | $P = 0.614$ |
|  | T-gel | 0.991 (0.897–1.086) | 1.044 (0.951–1.137) |  |  |
|  | TU | 1.081 (1.006–1.156) | 1.080 (1.006–1.154) |  |  |
| Factor I (mg/dL) | TD | 301.2 (270.2–332.2) | 316.6 (277.7–355.5) | $P = 0.422$ | $P = 0.153$ |
|  | T-gel | 287.6 (251.3–323.9) | 308.6 (262.9–354.3) |  |  |
|  | TU | 285.2 (255.5–314.8) | 269.3 (231.9–306.5) |  |  |
| PT (INR) | TD | 1.017 (0.982–1.052) | 1.059 (1.019–1.099) | $P = 0.015$ | $P = 0.441$ |
|  | T-gel | 1.049 (1.004–1.093) | 1.056 (1.006–1.105) |  |  |
|  | TU | 1.053 (1.020–1.087) | 1.095 (1.057–1.133) |  |  |
| OC (ng/mL) | TD | 26.7 (11.9–41.4) | 25.3 (5.5–45.0) | $P = 0.485$ | $P = 0.473$ |
|  | T-gel | 27.1 (20.2–34.1) | 28.5 (19.2–37.8) |  |  |
|  | TU | 24.1 (18.1–30.1) | 29.1 (21.1–37.2) |  |  |
| PTH (pg/mL) | TD | 45.4 (34.4–56.4) | 43.8 (29.1–58.5) | $P = 0.487$ | $P = 0.648$ |
|  | T-gel | 45.0 (36.3–53.7) | 48.8 (37.2–60.4) |  |  |
|  | TU | 30.0 (19.9–40.1) | 33.0 (19.6–46.4) |  |  |
| BAP (ug/L) | TD | 17.3 (11.3–23.4) | 16.0 (8.5–23.5) | $P = 0.869$ | $P = 0.030$ |
|  | T-gel | 14.4 (10.7–18.1) | 11.5 (6.9–16.1) |  |  |
|  | TU | 13.4 (10.5–16.3) | 18.3 (14.7–21.9) |  |  |
| Vit D (ng/mL) | TD | 11.5 (–0.9–23.9) | 16.0 (2.9–29.1) | $P = 0.083$ | $P = 0.063$ |
|  | T-gel | 14.6 (8.0–21.2) | 23.1 (16.1–30.2) |  |  |
|  | TU | 23.9 (18.6–29.2) | 23.0 (17.4–28.6) |  |  |

Data are expressed as mean (95% CI)
aPTT = activated partial thromboplastin time; BAP = bone alkaline phosphatase; CI = confidence interval; factor I = fibrinogen; INR = international normalized ratio; OC = osteocalcin; PT = prothrombin time; PTH = parathormone; T = testosterone; TD = testoviron depot; T-gel = testosterone gel; TU = testosterone undecanoate; Vit D = 25-hydroxyvitamin D

significantly in all subjects ($P < 0.0005$) upon administration with no difference between the groups, always remaining within the physiological range (Table 6). No significant changes in liver enzymes and renal function tests were observed throughout the study period in any group (Table 6).

Figure 1 shows the results of the VAS for the subjects of each group at baseline and week 54 of treatment. All subjects were highly satisfied with T treatment with no differences between the groups.

**Conclusions**

This was an observational study that compared the effects of three different T formulations on main anthropometric, metabolic, and bone parameters, bone density, and general life satisfaction scale in FtM transsexual persons. We found that all three formulations increased TT levels to within the normal male range in all subjects without inducing any adverse effects. All subjects achieved amenorrhea within 1 year of T administration and time to amenorrhea did not differ significantly between the three groups. All three formulations induced a significant increase of lean mass and decrease in fat mass. Fasting glucose decreased significantly in all three groups but fasting insulin and HOMA-IR

index did not change significantly in any group. BMD and markers of bone metabolism did not change significantly in the three groups after 54 weeks of T administration. General life satisfaction with T treatment was high and did not vary between the three groups at the end of the 54-week treatment.

During the last decade, great advances have been made in the field of hormone replacement in hypogonadal men. T formulations with better pharmacokinetics in terms of maintaining more stable T levels, with longer half-life and applicable through different routes such as parenteral, transdermal, and sublingual routes have entered the market [5]. These developments have improved the compliance and effectiveness of T replacement treatments. This also applies to FtM transsexual subjects who require T lifetime treatment to develop and maintain male characteristics. Traditionally, FtM subjects used short-acting T esters injected at 2- or 3-week intervals. Recently, various papers have reported that a long-acting TU formulation is effective and safe in these subjects [8–10,25–29]. In this study, we compared the effects of a traditional T ester (TD) injected every 10 days at the dose of 100 mg (this is the traditional regimen used in Italy) with the more recently introduced long-acting TU injected every

J Sex Med 2014;11:3002–3011

17436109, 2014, 12, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/jsm.12698 by Hunter College, Wiley Online Library on [25/02/2026]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

3008                                                                                       *Pelusi et al.*

**Table 6** Hematological and biochemical parameters at baseline, week 30, and week 54 of T administration in the three subject groups

| | Groups | Baseline | Week 30 Posttreatment | Week 54 Posttreatment | GLM analysis P value vs. posttreatment | P value vs. groups |
|---|---|---|---|---|---|---|
| Ht (%) | TD | 38.4 (36.8–39.9) | 41.2 (38.9–43.4) | 43.1 (40.9–45.2) | $P < 0.0005$ | $P = 0.27$ |
| | T-gel | 40.6 (39.1–42.2) | 41.5 (39.4–43.6) | 42.6 (40.5–44.6) | | |
| | TU | 39.1 (37.7–40.5) | 42.2 (40.2–44.1) | 43.4 (41.5–45.3) | | |
| Hb (mg/dL) | TD | 12.6 (12.0–13.2) | 13.4 (12.5–14.3) | 14.3 (13.5–15.2) | $P < 0.0005$ | $P = 0.21$ |
| | T-gel | 13.5 (12.9–14.0) | 13.8 (12.98–14.7) | 14.1 (13.2–14.9) | | |
| | TU | 13.3 (12.7–13.8) | 14.1 (13.3–14.9) | 14.6 (13.8–15.4) | | |
| Tot Chol (mg/dL) | TD | 174.4 (158.7–190.1) | 178.5 (159.1–197.8) | 178.6 (158.5–198.7) | $P = 0.54$ | $P = 0.378$ |
| | T-gel | 161.3 (145.6–176.9) | 154.2 (134.8–173.6) | 155.7 (135.69–175.8) | | |
| | TU | 161.5 (145.8–177.1) | 163.3 (143.9–182.6) | 172.6 (152.5–192.7) | | |
| LDL (mg/dL) | TD | 92.6 (77.4–107.8) | 112.1 (93.7–130.5) | 107.0 (88.7–125.3) | $P = 0.001$ | $P = 0.025$ |
| | T-gel | 82.0 (66.8–97.3) | 82.1 (63.7–100.5) | 84.9 (66.6–103.1) | | |
| | TU | 83.3 (67.3–99.3) | 91.1 (71.8–110.4) | 98.9 (79.8–118.2) | | |
| HDL (mg/dL) | TD | 70.2 (62.6–77.8) | 55.9 (47.9–63.9) | 58.3 (49.9–66.6) | $P < 0.0005$ | $P = 0.166$ |
| | T-gel | 67.8 (60.2–75.4) | 61.0 (53.0–68.9) | 58.0 (49.6–66.4) | | |
| | TU | 62.9 (52.9–70.8) | 56.2 (47.8–64.6) | 58.9 (50.1–67.7) | | |
| Trig (mg/dL) | TD | 57.4 (38.1–76.7) | 66.3 (48.3–84.3) | 62.6 (33.8–91.4) | $P = 0.82$ | $P = 0.73$ |
| | T-gel | 60.8 (40.41–81.2) | 59.1 (40.1–78.1) | 71.1 (40.8–101.5) | | |
| | TU | 72.5 (54.0–90.9) | 66.7 (49.5–83.9) | 68.7 (41.3–96.2) | | |
| AST (U/L) | TD | 16.6 (13.7–19.5) | 18.2 (15.7–20.6) | 18.4 (15.7–21.1) | $P = 0.44$ | $P = 0.42$ |
| | T-gel | 20.2 (16.9–23.4) | 19.7 (17.0–22.4) | 18.8 (15.9–21.7) | | |
| | TU | 16.9 (13.7–20.1) | 19.3 (16.6–21.9) | 19.4 (16.5–22.3) | | |
| ALT (U/L) | TD | 14.5 (11.5–17.6) | 13.6 (9.9–17.3) | 15.3 (10.3–20.3) | $P = 0.479$ | $P = 0.485$ |
| | T-gel | 15.2 (11.9–18.5) | 16.0 (11.9–20.0) | 15.0 (9.6–20.4) | | |
| | TU | 12.8 (9.5–16.1) | 15.7 (11.7–19.7) | 17.4 (11.9–22.8) | | |

Data are reported as mean (95% CI)
ALT = alanine aminotransferase; AST = aspartate aminotransferase; CI = confidence interval; Hb = hemoglobin; HDL = high-density lipoprotein; Ht = hematocrit; LDL = low-density lipoprotein; T = testosterone; TD = testoviron depot; T-gel = testosterone gel; Tot Chol = total cholesterol; trig = triglyceride; TU = testosterone undecanoate

12 weeks and with a daily intake of T-gel, during the first year of administration.

No clinically significant baseline differences in anthropometric, biochemical, and hormonal parameters were found between the three subject groups (Table 1). T administration, regardless of formulation, induced a significant increase of serum T levels in all subjects with no differences between the groups.

So far there have been few reports on the effects of T treatment on body weight and composition in FtMs, the majority with the use of short-acting T esters [1–3,12,18] and more recently with intramuscular administration of TU [9,17,25]. In these studies, a modification of body composition characterized by an increase in lean mass with or without an increase of body weight was reported. Our results are largely in agreement with these studies. In particular, we observed an increase in total lean mass in all three groups and confirmed the anabolic effect of T administration usually reported in hypogonadal men and athletes [13]. High androgen levels appear to increase weight and visceral fat distribution [14,15,25–28]. In our study, we did not identify any modification in waist

circumference as an expression of abdominal fat distribution; however, we cannot completely exclude a possible T-induced change between the amount of subcutaneous and visceral fat mass that may become more evident with longer exposure [27].



**Figure 1** Visual analog scale for satisfaction (VAS score) in the three subject groups at baseline and week 54 of T administration. *$P < 0.05$. T = testosterone; Tp = therapy.

J Sex Med 2014;11:3002–3011

As described by Elbers et al. [30], Berra et al. [12], and Cupisti et al. [31], T treatment, regardless of the formulation used, induced a significant decrease in fasting glucose and no change in fasting insulin levels and HOMA-IR index during 1 year of treatment. These results are in contrast with data reported by Polderman and colleagues [27], suggesting that T intramuscular administration in FtM resulted in insulin resistance after 4 months of therapy demonstrated by euglycemic hyperinsulinemic clamp [28,29]. A possible explanation for this difference might be the use of an indirect method for assessing insulin sensitivity in our study, which may underestimate the androgen metabolic effects. Another possibility may be the limited time of tissue exposure to androgen excess as our study lasted only 1 year.

In agreement with previous studies [12,16,25], we found that high T dose induced a significant decrease of HDL and increased LDL in all three groups. These changes were modest and HDL levels remained high in all subjects in all groups. LDL remained below the threshold limit in all subjects. Whether these changes are progressive over time and therefore constitute a cardiovascular risk for FtMs is unclear. However, long-term follow-up studies have not reported any significant increase in cardiovascular risk in these subjects [19].

In all our subjects, 1 year T administration did not induce significant changes in BMD regardless of the formulation used. These results confirm earlier reports suggesting maintenance of BMD after cross-sex hormonal therapy in FtM subjects. Whether longer T treatment may also increase BMD in these subjects as suggested by other authors remains to be defined [28].

Androgens are known to stimulate erythropoiesis and, as expected, all T formulations led to an increase in Hb levels and Ht concentrations, with no differences between the treatments used [25,27,32]. In spite of these modifications, Hb and Ht always remained within the physiological range. In this study, we did not observe any changes of coagulation factors except for a slight but significant increase of PT in all groups. Some rare case of venous thromboembolish have been reported after T administration in men [33–35] and, although our study lasted only 1 year and involved only a small number of subjects, the absence of adverse changes in coagulation parameters is quite reassuring.

In this study, all FtMs had achieved amenorrhea by week 54 of T administration. The length of time required to achieve amenorrhea is consistent with previous reports [1] while in literature, 30% of FtMs reported a continuation of bleeding after T administration [1,3]. Whether this difference is due to the small number of subjects included in this study or to anthropometric or ethnic differences remains unclear. As previously reported, life satisfaction with T treatment was high in all subjects regardless of the formulation used. These data are in agreement with previous results reported by others showing an improvement in quality of life and mood in FtM subjects undergoing T treatment [36–39].

Some limitations of this study need to be addressed. First, the number of subjects per group is not very large and this may have led to a Type 2 statistical error; thus, we may have been unable to detect subtle changes between treatments. Also, the laboratory and hormone measurements were carried out at only weeks 30 and 54 of the study. This limited number of measurements may have also contributed to loose changes in some parameters. At the beginning and at the end of this study, we asked a general question on life satisfaction without investigating thoroughly which aspects of life changes were more or less satisfactory in these subjects. We did not investigate satisfaction with the T formulations used. These aspects may need further investigation.

In conclusion, administration of TD, T-gel, or TU in FtM transsexuals over a period of 1 year proved safe and induced limited changes in body weight and composition, increased the amount of lean body mass, and had no adverse effects on fasting insulin levels, insulin sensitivity, and coagulation parameters. A small decrease in HDL and an increase in LDL were observed with no change in any other laboratory function tests in any subject of any group. No major differences in the parameters studied were detected between the three T formulations; however, because of the study design (limited number of subjects and short period of exposure), subtle or long-term differences in the effects may not have been detected. Our data further confirm that satisfaction with hormone treatment is high in this group of transsexuals with no differences between the three formulations used. Whether in the long term this attitude is maintained should be the subject of further studies.

**Corresponding Author:** Maria C. Meriggiola, MD, PhD, Department of Gynecology and Physiopathology of Reproduction, Center for Protection of Sexual Health, S. Orsola-Malpighi Hospital, University of Bologna, Via Massarenti 13, Bologna 40138, Italy. Tel: +390513634394; Fax: +390516363716; E-mail: cristina.meriggiola@unibo.it

J Sex Med 2014;11:3002–3011

17436109, 2014, 12, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/jsm.12698 by Hunter College, Wiley Online Library on [25/02/2026]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

17436109, 2014, 12, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/jsm.12698 by Hunter College, Wiley Online Library on [25/02/2026]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

3010                                                                                        *Pelusi et al.*

*Conflict of Interest:* The authors report no conflicts of interest.

## Statement of Authorship

### Category 1
**(a) Conception and Design**
Maria C. Meriggiola
**(b) Acquisition of Data**
Carla Pelusi; Antonietta Costantino; Valentina Martelli; Martina Lambertini; Alberto Bazzocchi; Federico Ponti; Giuseppe Battista
**(c) Analysis and Interpretation of Data**
Maria C. Meriggiola; Carla Pelusi

### Category 2
**(a) Drafting the Article**
Maria C. Meriggiola; Carla Pelusi
**(b) Revising It for Intellectual Content**
Maria C. Meriggiola; Stefano Venturoli

### Category 3
**(a) Final Approval of the Completed Article**
Maria C. Meriggiola; Carla Pelusi; Stefano Venturoli

### References

1 Hembree WC, Cohen-Kettenis P, Delemarre-Van de Waal HA, Gooren LJ, Meyer WJ III, Spack NP, Tangpricha V, Montori VM. Endocrine treatment of transsexual persons: An Endocrine Society clinical practice guideline. J Clin Endocrinol Metab 2009;94:3132–54.

2 Meriggiola MC, Jannini EA, Lenzi A, Maggi M, Manieri C. Endocrine treatment of transsexual persons: An Endocrine Society Clinical Practice Guideline: Commentary from a European perspective. Eur J Endocrinol 2010;162:831–3.

3 Gooren LJ. Clinical practice. Care of transsexual persons. N Engl J Med 2011;364:1251–7.

4 Meriggiola MC, Berra M. Safety of hormonal treatment in transgenders. Curr Opin Endocrinol Diabetes Obes 2013;20:565–9.

5 Nieschlag E, Behre HM, Bouchard P, Corrales JJ, Jones TH, Stalla GK, Webb SM, Wu FC. Testosterone replacement therapy: Current trends and future directions. Hum Reprod Update 2004;10:409–19.

6 Gooren LJ. Hormone treatment of the adult transsexual patient. Horm Res 2005;64:31–6.

7 Gooren LJ, Giltay EJ, Bunck MC. Long-term treatment of transsexuals with cross-sex hormones: Extensive personal experience. J Clin Endocrinol Metab 2008;93:19–25.

8 Traish AM, Gooren LJ. Safety of physiological testosterone therapy in women: Lessons from female-to-male transsexuals (FMT) treated with pharmacological testosterone therapy. J Sex Med 2010;7:3758–64.

9 Jacobeit JW, Gooren LJ, Schulte HM. Safety aspects of 36 months of administration of long-acting intramuscular testosterone undecanoate for treatment of female-to-male transgender individuals. Eur J Endocrinol 2009;161:795–8.

10 Meriggiola MC, Armillotta F, Costantino A, Altieri P, Saad F, Kalhorn T, Perrone AM, Ghi T, Pelusi C, Pelusi G. Effects of testosterone undecanoate administered alone or in combination with letrozole or dutasteride in female to male transsexuals. J Sex Med 2008;5:2442–53.

11 Gooren LJ, Giltay EJ. Review of studies of androgen treatment of female-to-male transsexuals: Effects and risks of administration of androgens to females. J Sex Med 2008;5:765–76.

12 Berra M, Armillotta F, D'Emidio L, Costantino A, Martorana G, Pelusi G, Meriggiola MC. Testosterone decreases adiponectin levels in female to male transsexuals. Asian J Androl 2006;8:725–9.

13 Isidori AM, Giannetta E, Greco EA, Gianfrilli D, Bonifacio V, Isidori A, Lenzi A, Fabbri A. Effects of testosterone on body composition, bone metabolism and serum lipid profile in middle-aged men: A meta-analysis. Clin Endocrinol (Oxf) 2005;63:280–93.

14 Corona G, Rastrelli G, Forti G, Maggi M. Update in testosterone therapy for men. J Sex Med 2011;8:639–54.

15 Saad F, Kamischke A, Yassin A, Zitzmann M, Schubert M, Jockenhel F, Behre HM, Gooren L, Nieschlag E. More than eight years' hands-on experience with the novel long-acting parenteral testosterone undecanoate. Asian J Androl 2007;9:291–7.

16 Whitsel EA, Boyko EJ, Matsumoto AM, Anawalt BD, Siscovick DS. Intramuscular testosterone esters and plasma lipids in hypogonadal men: A meta-analysis. Am J Med 2001;111:261–9.

17 Mueller A, Haeberle L, Zollver H, Claassen T, Kronawitter D, Oppelt PG, Cupisti S, Beckmann MW, Dittrich R. Effects of intramuscular testosterone undecanoate on body composition and bone mineral density in female-to-male transsexuals. J Sex Med 2010;7:3190–8.

18 Elbers JM, Giltay EJ, Teerlink T, Scheffer PG, Asscheman H, Seidell JC, Gooren LJ. Effects of sex steroids on components of the insulin resistance syndrome in transsexual subjects. Clin Endocrinol (Oxf) 2003;58:562–71.

19 Asscheman H. A long-term follow-up study of mortality in transsexuals receiving treatment with cross-sex hormones. Eur J Endocrinol 2011;164:635–42.

20 Lohman TG. Advances in body composition assessment. Current issues in exercise science series (monograph 3). Champaign, IL: Human Kinetics; 1992.

21 Pelusi C, Costantino A, Cerpolini S, Pelusi G, Meriggiola MC, Pasquali R. A placebo-controlled, randomized clinical trial using testosterone undecanoate with injectable norethisterone enanthate: Effect on anthropometric, metabolic and biochemical parameters. Int J Androl 2011;34:548–55.

22 Vermeulen A, Verdonck L, Kaufman JM. A critical evaluation of simple methods for the estimation of free testosterone in serum. JCEM 1999;84:3666–72.

23 Matthews DR, Hosker JP, Rudenski AS, Naylor BA, Treacher DF, Turner RC. Homeostasis model assessment: Insulin resistance and beta-cell function from fasting plasma glucose and insulin concentrations in man. Diabetologia 1985;28:412–9.

24 Brokelman RBG, Haverkamp D, Van Loon C, Hol A, Van Kampen A, Veth R. The validation of the visual analogue scale for patient satisfaction after total hip arthroplasty. Eur Orthop Traumatol 2012;3:101–5.

25 Jacobeit JW, Gooren LJ, Schulte HM. Long-acting intramuscular testosterone undecanoate for treatment of female-to-male transgender individuals. J Sex Med 2007;4:1479–84.

26 Polderman KH, Gooren LJ, Asscheman H, Bakker A, Heine RJ. Induction of insulin resistance by androgens and estrogens. J Clin Endocrinol Metab 1994;79:265–71.

27 Mueller A, Kiesewetter F, Binder H, Beckmann MW, Dittrich R. Long-term administration of testosterone undecanoate every 3 months for testosterone supplementation in female-to-male transsexuals. J Clin Endocrinol Metab 2007;92:3470–5.

A34

28 Van Caenegem E, Wierckx K, Taes Y, Dedecker D, Van de Peer F, Toye K, Kaufman JM, T'Sjoen G. Bone mass, bone geometry, and body composition in female-to-male transsexual persons after long-term cross-sex hormonal therapy. J Clin Endocrinol Metab 2012;97:2503–11.

29 Wierckx K, Van de Peer F, Verhaeghe E, Dedecker D, Van Caenegem E, Toye K, Kaufman JM, T'Sjoen G. Short- and long-term clinical skin effects of testosterone treatment in trans men. J Sex Med 2014;1:222–9.

30 Elbers JMH, Asscheman H, Seidell JC, Gooren LJG. Effects of sex steroid hormones on regional fat depots as assessed by magnetic resonance imaging in transsexuals. Am J Physiol 1999;276:E317–25.

31 Cupisti S, Giltay EJ, Gooren LJ, Kronawitter D, Oppelt PG, Beckmann MW, Dittrich R, Mueller A. The impact of testosterone administration to female-to-male transsexuals on insulin resistance and lipid parameters compared with women with polycystic ovary syndrome. Fertil Steril 2010;94:2647–53.

32 Bachman E, Feng R, Travison T, Li M, Olbina G, Ostland V, Ulloor J, Zhang A, Basaria S, Ganz T, Westerman M, Bhasin S. Testosterone suppresses hepcidin in men: A potential mechanism for testosterone-induced erythrocytosis. J Clin Endocrinol Metab 2010;95:4743–7.

33 Glueck CJ, Goldenberg N, Budhani S, Lotner D, Abuchaibe C, Gowda M, Nayar T, Khan N, Wang P. Thrombotic events after starting exogenous testosterone in men with previously undiagnosed familiar thrombophilia. Transl Res 2011;8:225–34.

34 Glueck CJ, Richardson-Royer C, Schultz R, Burger T, Bowe D, Padda J, Wang P. Testosterone therapy, thrombophilia-hypofibrinolysis, and hospitalization for deep venous thrombosis-pulmonary embolus: An exploratory, hypothesis-generating study. Clin Appl Thromb Hemost 2014;3:244–9.

35 Glueck CJ, Richardson-Royer C, Schultz R, Burger T, Labitue F, Riaz MK, Padda J, Bowe D, Goldenberg N, Wang P. Testosterone, thrombophilia, and thrombosis. Clin Appl Thromb Hemost 2014;1:22–30.

36 Costantino A, Cerpolini S, Alvisi S, Morselli PG, Venturoli S, Meriggiola MC. A prospective study on sexual function and mood in female-to-male transsexuals during testosterone administration and after sex reassignment surgery. J Sex Marital Ther 2013;39:321–35.

37 Murad MH, Elamin MB, Garcia MZ, Mullan RJ, Murad A, Erwin PJ, Montori VM. Hormonal therapy and sex reassignment: A systematic review and meta-analysis of quality of life and psychosocial outcomes. Clin Endocrinol 2010;72:214–31.

38 Fisher AD, Castellini G, Bandini E, Casale H, Fanni E, Benni L, Ferruccio N, Meriggiola MC, Manieri C, Gualerzi A, Jannini E, Oppo A, Ricca V, Maggi M, Rellini AH. Cross-sex hormonal treatment and body uneasiness in individuals with gender dysphoria. J Sex Med 2014;11:709–19.

39 Gorin-Lazard A, Baumstarck K, Boyer L, Maquigneau A, Penochet JC, Pringuey D, Albarel F, Morange I, Bonierbale M, Lançon C, Auquier P. Hormonal therapy is associated with better self-esteem, mood, and quality of life in transsexuals. J Nerv Ment Dis 2013;201:996–1000.

A35

17436109, 2014, 12, Downloaded from https://onlinelibrary.wiley.com/doi/10.1111/jsm.12698 by Hunter College, Wiley Online Library on [25/02/2026]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

*The* NEW ENGLAND JOURNAL *of* MEDICINE

---

## REVIEW ARTICLE

**THE CHANGING FACE OF CLINICAL TRIALS**
Jeffrey M. Drazen, M.D., David P. Harrington, Ph.D., John J.V. McMurray, M.D., James H. Ware, Ph.D., and Janet Woodcock, M.D., *Editors*

# Evidence for Health Decision Making — Beyond Randomized, Controlled Trials

Thomas R. Frieden, M.D., M.P.H.

A CORE PRINCIPLE OF GOOD PUBLIC HEALTH PRACTICE IS TO BASE ALL policy decisions on the highest-quality scientific data, openly and objectively derived.[1] Determining whether data meet these conditions is difficult; uncertainty can lead to inaction by clinicians and public health decision makers. Although randomized, controlled trials (RCTs) have long been presumed to be the ideal source for data on the effects of treatment, other methods of obtaining evidence for decisive action are receiving increased interest, prompting new approaches to leverage the strengths and overcome the limitations of different data sources.[2-8] In this article, I describe the use of RCTs and alternative (and sometimes superior) data sources from the vantage point of public health, illustrate key limitations of RCTs, and suggest ways to improve the use of multiple data sources for health decision making.

In large, well-designed trials, randomization evenly distributes known and unknown factors among control and intervention groups, reducing the potential for confounding. Despite their strengths, RCTs have substantial limitations. Although they can have strong internal validity, RCTs sometimes lack external validity; generalizations of findings outside the study population may be invalid.[2,4,6] RCTs usually do not have sufficient study periods or population sizes to assess duration of treatment effect (e.g., waning immunity of vaccines) or to identify rare but serious adverse effects of treatment, which often become evident during postmarketing surveillance and long-term follow-up but could not be practically assessed in an RCT. The increasingly high costs and time constraints of RCTs can also lead to reliance on surrogate markers that may not correlate well with the outcome of interest. Selection of high-risk groups increases the likelihood of having adequate numbers of end points, but these groups may not be relevant to the broader target populations. These limitations and the fact that RCTs often take years to plan, implement, and analyze reduce the ability of RCTs to keep pace with clinical innovations; new products and standards of care are often developed before earlier models complete evaluation. These limitations also affect the use of RCTs for urgent health issues, such as infectious disease outbreaks, for which public health decisions must be made quickly on the basis of limited and often imperfect available data. RCTs are also limited in their ability to assess the individualized effect of treatment, as can result from differences in surgical techniques, and are generally impractical for rare diseases.

Many other data sources can provide valid evidence for clinical and public health action. Observational studies, including assessments of results from the

From Atlanta, GA. The author is the former director of the Centers for Disease Control and Prevention. Address reprint requests to Dr. Frieden at tfrieden@ gmail.com.

N Engl J Med 2017;377:465-75.
DOI: 10.1056/NEJMra1614394
*Copyright © 2017 Massachusetts Medical Society.*

The New England Journal of Medicine is produced by NEJM Group, a division of the Massachusetts Medical Society.
Downloaded from nejm.org by Clara Chan on March 25, 2026.
Copyright © 2017 Massachusetts Medical Society. All rights reserved, including those for text and data mining, AI training, and similar technologies.

The New England Journal of Medicine

implementation of new programs and policies, remain the foremost source, but other examples include analysis of aggregate clinical or epidemiologic data. In the late 1980s, the high rate of the sudden infant death syndrome (SIDS) in New Zealand led to a case–control study comparing information on 128 infants who died from SIDS and 503 control infants.[9] The results identified several risk factors for SIDS, including prone sleeping position, and led to the implementation of a program to educate parents to avoid putting their infants to sleep on their stomachs — well before back-sleeping was definitively known to reduce the incidence of SIDS. The substantial reduction in the incidence of SIDS that resulted from this program became strong evidence of efficacy; implementation of an RCT for SIDS would have presented ethical and logistic difficulties. Similarly, the evidence base for tobacco-control interventions has depended heavily on analysis of the results of policies, such as taxes, smoke-free laws, and advertising campaigns that have generated robust evidence of effectiveness — that is, practice-based evidence.

Current evidence-grading systems are biased toward RCTs, which may lead to inadequate consideration of non-RCT data.[10] Objections to observational studies include the potential for bias from unrecognized factors along with the belief that these studies overestimate treatment effects.[11] Although overestimation bias has been shown in some observational studies (e.g., overestimation of the effect of influenza vaccination on reducing mortality among older persons as a result of bias from healthy vaccine recipients[12]), comparisons of validity between observational studies and RCTs have dispelled many misperceptions.[4,6,13,14] A widely cited example involves the cardiovascular health risks associated with the use of menopausal hormone therapy. Data from an observational study suggested that menopausal hormone therapy would reduce the risk of heart disease[15]; results from a subsequent RCT showed increased cardiovascular risks.[16] Although initially these differences were thought to indicate weaknesses in the observational study, further analyses determined that both studies had valid results for their patient populations and that discrepancies were probably due to the timing of initiation of hormone therapy in relation to the

onset of menopause.[17-21] If so, then the RCT and observational study showed similar findings. However, a broad recommendation to use hormone therapy was made prematurely. Determining when data are sufficient for action is difficult, but the bar should be much higher when recommending that millions of persons with no disease take medications. This line of reasoning does not suggest that the Food and Drug Administration should be less stringent in their review of drug safety and efficacy, but rather that there should be rigorous review of all potentially valid data sources.

No study design is flawless, and conflicting findings can emerge from all types of studies. The following examples show the importance of recognizing the strengths and limitations in all data sources and finding ways to obtain the most useful data for health decision making.

## VALIDITY OF ALTERNATIVE DATA SOURCES — THE LIVE ATTENUATED INFLUENZA VACCINE

Rigorous analyses after the implementation of a public health program can provide critically important information, such as data on vaccine effectiveness. Analyses of influenza vaccination efforts are a prime example, because, unlike other vaccines, influenza vaccines are given and evaluated for effectiveness yearly. The ability of an influenza vaccine to prevent influenza-related illness is affected by many factors, including genetic changes in the virus as well as host factors including age, underlying medical conditions, and previous infections and vaccinations. In the United States, the effectiveness of the influenza vaccine is monitored through the Influenza Vaccine Effectiveness Network. These data are used to derive estimates of the number of influenza-related illnesses, hospitalizations, and deaths prevented each year through vaccination, which, in turn, provide critical information to help measure, evaluate, and guide public health interventions.

First licensed in 2003, the live attenuated influenza vaccine, known as the "nasal spray" influenza vaccine, has been approved for use in healthy children and adults 2 to 49 years of age since 2007.[22] The vaccine showed good protection for both adults and children in postlicen-

The New England Journal of Medicine is produced by NEJM Group, a division of the Massachusetts Medical Society.
Downloaded from nejm.org by Clara Chan on March 25, 2026.
Copyright © 2017 Massachusetts Medical Society. All rights reserved, including those for text and data mining, AI training, and similar technologies.

sure RCTs, and, in June 2014, on the basis of results from several RCTs showing superior efficacy of the live attenuated vaccine over the inactivated influenza vaccine in children,[23-25] the Advisory Committee for Immunization Practices (ACIP) issued a preference for its use in healthy children 2 to 8 years of age for the 2014–2015 influenza season.[26] A subsequent observational study of the effectiveness of the live attenuated and inactivated influenza vaccines, however, showed worse performance for live attenuated vaccine than was shown in the RCTs,[27] and the ACIP did not renew its preference for the live attenuated vaccine over inactivated vaccine in healthy children for the 2015–2016 season. More recently, on the basis of an observed vaccine efficacy for the live attenuated vaccine that was at or near zero, especially against the 2009 H1N1 pandemic influenza virus,[27-29] the ACIP recommended that the nasal spray vaccine not be used during the 2016–2017 influenza season.[30] In this example, changes in vaccine formulation (from trivalent to quadrivalent), the population vaccinated (e.g., natural immunity resulting in neutralization of live vaccine), or another factor or factors caused the RCT data to lack external validity and be misleading, as compared with prospectively collected vaccine-efficacy data. Future studies may provide clarification regarding the reasons for these differences, but both RCTs and observational data may be needed.

### RELEVANCE TO PROGRAM CONDITIONS — DIRECTLY OBSERVED TREATMENT FOR TUBERCULOSIS

Although the use of a single drug in the 1946 RCT of streptomycin for the treatment of tuberculosis[31] rapidly led to resistance, the success of the trial spurred a series of long-term RCTs for tuberculosis treatment conducted over four decades by the British Medical Research Council with collaborators throughout the world.[32,33] Each trial built on previous findings, with the effect of refining drug regimens and minimizing the duration of antituberculosis treatment. The importance of directly observed treatment was realized as treatment moved from sanatoriums to homes.[34,35] The approach, implemented from 1958 forward,[33] evolved to directly observed treatment,

short-course (DOTS), with standard, first-line regimens, and, for persons infected with multidrug-resistant strains, "DOTS-plus," involving second-line, reserve drugs.[36]

Studies have purported to show that directly observed treatment offers no advantage over self-administered treatment.[37,38] A limitation of these studies has been lack of evaluation of the health, epidemiologic, and societal costs of relapse or of the rare but devastating progression to drug-resistant tuberculosis. Although these studies have been conducted with intensive oversight, they have not established a method of treatment that can be consistently applied to a large program in which thousands or millions of patients are treated. In addition, an RCT for a tuberculosis treatment method would be unable to predict or account for the harms from the rare but catastrophic secondary, population-wide effects of development and spread of multidrug resistance.

Examples of non-RCT efforts to evaluate the effect of DOTS and DOTS-plus on multidrug-resistant tuberculosis include decision analyses of program effect,[39] genotyping of isolates from patients in communities with different directly observed treatment practices,[40] and reviews of medical and public health records along with epidemiologic and laboratory analyses of multidrug-resistant tuberculosis outbreaks.[41] These non-RCT studies have contributed to continued refinements in treatment and follow-up and reduced risks of resistance. For these and other reasons, the American Thoracic Society, World Health Organization, and Centers for Disease Control and Prevention continue to recommend directly observed treatment as the standard of practice.

### POPULATION-WIDE ANALYSIS — THE EFFECT OF SODIUM INTAKE ON CARDIOVASCULAR HEALTH

Cardiovascular disease remains the leading cause of death in the United States.[42] A major risk factor for cardiovascular disease is hypertension, which currently affects approximately 29% of U.S. adults.[43] An important strategy for lowering blood pressure is reducing excess sodium intake, particularly through changes to the food supply.[44] A robust body of evidence, including an analysis

The New England Journal of Medicine is produced by NEJM Group, a division of the Massachusetts Medical Society.
Downloaded from nejm.org by Clara Chan on March 25, 2026.
Copyright © 2017 Massachusetts Medical Society. All rights reserved, including those for text and data mining, AI training, and similar technologies.

A-38

The New England Journal of Medicine

of more than 100 randomized trials, shows that reducing sodium intake reduces blood pressure among adults.[45] There is also evidence, based on trends at the population level, that reducing sodium intake prevents cardiovascular disease.[46] Meta-analysis of sodium-reduction trials of at least 6 months' duration in which moderate reductions in intake were achieved, as well as well-designed, long-term cohort studies, have provided strong evidence that lower sodium intake is associated with a reduced incidence of cardiovascular events.[47,48]

The benefits of sodium reduction have been questioned by some researchers on the basis of several studies that report a J-shaped relationship between sodium intake and cardiovascular outcomes.[49-51] These studies, however, have been shown to have methodologic flaws, including those related to the assessment of usual sodium intake, the potential for reverse causality, inadequate follow-up, residual confounding, and insufficient power.[52] Accurate assessment of long-term, usual sodium intake is critical in cohort studies that relate individual sodium intake to long-term outcomes and requires multiple 24-hour urine collections over a period of time.[52-54] Spot or single 24-hour urine collections have a high degree of intraindividual variation that may not be overcome by correction or large sample size.[54-56] Because of challenges in accurately measuring usual sodium intake and excretion and the potential for misclassification of exposure, cohort studies must use multiple 24-hour urine collections[48] to be valid, and study designs that use population means, which are subject to less variation than measurements of individual intake, often provide more reliable information.[57] This may be why studies that assess sodium intake and cardiovascular events on a population level have shown beneficial effects of sodium-intake reduction,[46] whereas studies with less accurate measures of individual intake have not.[54,57]

Even for established risk factors, RCTs can yield answers that are simply wrong. A well-known example is the large Multiple Risk Factor Intervention Trial (MRFIT) on cardiovascular disease, which showed insufficient differences in health outcomes resulting from interventions such as smoking cessation and exercise.[58] Although longer follow-up showed that the trial may

have accurately identified benefits from smoking cessation and improvements in nutrition, the study highlighted problems in implementing and measuring the effects of substantial lifestyle changes — in particular, insufficient follow-up duration, possible adoption of interventions by participants in the comparison group, and inadequate adherence to recommended interventions by participants in the study population.

Although some researchers have called for large, long-term RCTs examining the effects of sodium-intake reduction on clinical outcomes to inform population-wide sodium-reduction efforts, this approach is similarly not feasible. Such trials would require tens of thousands of participants undergoing randomization to a high-sodium or low-sodium diet, with adherence to the intervention and follow-up of at least 5 years.[47] This study design is impractical, particularly given the challenges with adherence to a low-sodium diet in our current food environment. As with many other topics in public health, conflicting findings from studies that use different methods are to be expected. Critical analysis of study methods and measurement and examination of the totality of the evidence are essential in order to interpret results correctly and make appropriate recommendations for action.[59]

## RARE DISEASES — THE IMPORTANCE OF DISEASE REGISTRIES AND OTHER METHODS

Approximately 5000 to 7000 conditions fit the definition of a rare disease, with more than 50 million people affected throughout the world.[60,61] Because of small sample sizes and logistic constraints, it is unlikely that RCTs will be performed for most of these conditions; actionable information may be most likely to be obtained from meticulous analysis of the treatment of different patients by different methods. Such an approach was used to determine that isoniazid, injectable medications, and fluoroquinolone antibiotic agents were most likely to lead to successful treatment for common strains of multidrug-resistant tuberculosis.[41] Despite the Orphan Drug Act, which was passed in 1983 to provide industry incentives for the development of clinical treatments for rare diseases, the op-

The New England Journal of Medicine is produced by NEJM Group, a division of the Massachusetts Medical Society.
Downloaded from nejm.org by Clara Chan on March 25, 2026.
A39
Copyright © 2017 Massachusetts Medical Society. All rights reserved, including those for text and data mining, AI training, and similar technologies.

tions for most patients are limited. A movement to create a global rare-disease patient registry along with a centralized database of biorepositories for rare biospecimens followed from a 2010 workshop, sponsored by the National Institutes of Health, involving researchers, advocacy groups, and stakeholders.[62] The Rare Diseases Human Biospecimens/Biorepositories (RD-HuB) makes rare-disease specimens available to researchers and informs patients of ongoing studies. Although such registries could potentially lead to RCTs, attaining sufficient study-population sizes could remain an impediment. Alternately, these registries could be used to collect detailed case studies, including standardized information on individual treatment and clinical status, which could be used to enhance understanding of a particular disease and its treatment and improve the health of affected patients. For example, standardizing and aggregating data on clinical features, treatment, and outcomes from case reports and case series may reveal ways to improve diagnosis and treatment.

## COSTS AND INFRASTRUCTURE — RELIABLE RESULTS FROM MORE FEASIBLE STUDY DESIGNS

Large observational studies, with longer follow-up, can be tailored to minimize bias in a manner analogous to the way bias is minimized in RCTs. In one such study, data from the Veterans Health Administration (VA) and Medicare were used to examine outcomes of treatment with sulfonylureas and thiazolidinediones — two second-line drugs for type 2 diabetes.[63] The study used physician-prescribing patterns to approximate an RCT: determinations were made for patients to receive a sulfonylurea or thiazolidinedione on the basis of how often their physician had prescribed the drugs during the previous year (i.e., patients of physicians who usually prescribed sulfonylureas were assigned to receive a sulfonylurea, and those whose physicians usually prescribed thiazolidinediones were assigned to receive a thiazolidinedione). With more than 80,000 patients monitored for up to 10 years, the study was 20 times larger and had a much longer follow-up than previous RCTs comparing the effectiveness of second-line diabetes drugs. The

results showed a 68% higher risk of avoidable hospitalization and a 50% higher risk of death associated with treatment with sulfonylureas, as compared with thiazolidinediones, providing strong evidence-based information for clinical decision making while also avoiding many of the limitations of RCTs.

The VA is also undertaking a new type of randomized trial to compare the use of chlorthalidone versus hydrochlorothiazide for the treatment of hypertension.[64] Both medications, which are diuretics, have been used for more than 50 years, but more than 95% of the million or more veterans who are prescribed this type of diuretic receive hydrochlorothiazide, as compared with the 2.5% receiving chlorthalidone.[65] However, there is evidence that chlorthalidone, the older of the two drugs, is more effective in preventing cardiovascular events[66] and reducing mortality.[67,68] Using data from electronic medical records, with reliance on the patients' primary care physician instead of additional study personnel, the trial plans to enroll approximately 13,500 veterans older than 65 years of age who are currently receiving hydrochlorothiazide. These patients will then be randomly assigned to receive hydrochlorothiazide or chlorthalidone over a 3-year study period. This study design simplifies the infrastructure and greatly reduces the costs involved in a traditional, large RCT.[64] With approximately 50 million prescriptions for hydrochlorothiazide filled each year in the United States, even small reductions in cardiovascular events associated with chlorthalidone use that may be identified through this study would have a substantial effect in the prevention of cardiovascular disease.

## MOVING FORWARD — OVERCOMING THE "DARK MATTER" OF CLINICAL MEDICINE

For much, and perhaps most, of modern medical practice, RCT-based data are lacking and no RCT is being planned or is likely to be completed to provide evidence for action. This "dark matter" of clinical medicine leaves practitioners with large information gaps for most conditions and increases reliance on past practices and clinical lore.[4,69,70] Elevating RCTs at the expense of other

The New England Journal of Medicine is produced by NEJM Group, a division of the Massachusetts Medical Society.
Downloaded from nejm.org by Clara Chan on March 25, 2026.
Copyright © 2017 Massachusetts Medical Society. All rights reserved, including those for text and data mining, AI training, and similar technologies.

A40

**Table 1.** Selected Strengths and Weaknesses of Various Study Designs, along with Examples of Studies with Effects on Policy or Practice.

| Data Source | Strengths | Weaknesses | Examples of Effects on Policy or Practice |
|---|---|---|---|
| Randomized, controlled trials | Can identify causal relationships<br>Can reduce bias and confounding<br>Can determine efficacy: can establish definitively which treatment methods are superior | Potential for validity to be limited to study population, with limited relevance to actual conditions<br>Potential for surrogate markers, if used, to not correlate with outcome of interest<br>Resource-intensive with regard to costs: high costs may lead to designs with inadequate sample size<br>Resource-intensive with regard to time: completion may not occur until after introduction of new products or treatment methods, so that trials are not studying what is used in actual clinical practice<br>Impractical for urgent situations and certain conditions (e.g., rare diseases)<br>May not account for effects beyond study population (i.e., effects on persons not participating in the trial, such as spread of infection to others) | Trials have defined the cardiovascular benefits of lowering low-density lipoprotein cholesterol and of lowering blood pressure in various patient populations[75-77]<br>Trials have established and continue to refine tuberculosis treatment regimens used globally[32,33] |
| Meta-analyses, systematic reviews, decision analyses | Can broaden capacity to test hypotheses and detect patterns and effects<br>Allow for pooled results that can potentially yield more robust estimates<br>Can adjust for underlying study rigor and sample size<br>Do not require additional new data collection | Potential for invalid conclusions from the combination of different data sources; validity limited by quality of underlying studies and different methods of measuring the same outcome among studies; potential for false sense of precision<br>Because many hypotheses can easily be tested, potential exists for introduction of systematic bias through selective publication of positive findings<br>Limited availability of valid studies to analyze for some topics | Studies have evaluated factors associated with stroke, myocardial infarction, and death among patients with carotid artery stents[78]<br>Studies have assessed effects of cholesterol-lowering medications and patient selection for this treatment[79,80]<br>Studies have analyzed different approaches for prevention of cancer (e.g., among women with *BRCA1* or *BRCA2* mutations), for prevention of colon cancer, and for treatment of prostate cancer[81-83] |
| Prospective cohort studies | Establish temporal relationship<br>Can evaluate a range of outcomes<br>Can evaluate rare exposures<br>Allow for nested studies | Inefficient for studying rare diseases<br>Resource-intensive, since most cohorts must be followed for many years<br>Potential for nonrepresentative study populations (e.g., persons who are less mobile) resulting from losses to follow-up | Identification of risk factors for breast and colon cancer, cardiovascular disease, hip fracture, eye disease, and decreased cognitive function (Nurses' Health Study) led to changes in screening, prevention, and treatment[84]<br>Identification of risk of cancer and death among patients infected with hepatitis C virus led to intensified efforts to establish and provide effective treatment[85] |
| Retrospective cohort studies | Establish temporal relationship<br>Can evaluate a range of outcomes associated with a given exposure<br>Can evaluate rare exposures<br>Allow for nested studies<br>Can be conducted rapidly | Inefficient for studying rare diseases<br>Resource-intensive (with regard to costs and time)<br>Potential for difficulties in correcting for recall and other forms of bias and for confounding | Assessment of prognosis and treatment in different types of cancer led to better treatment protocols[86]<br>Assessment of survivors of childhood cancer led to recognition of increased risk of post-treatment cardiac complications, enabling better clinical care[87] |
| Case–control studies | Efficient for studying rare outcomes and potential associated exposures<br>Can be conducted rapidly and generally at low cost<br>Can rapidly yield information with implications for action | Potential for varying quality of exposure assessment data<br>May be more prone to bias than cohort studies because of selection bias and other study effects<br>No information about rates of disease or temporal trends | Identification of risk factors for the sudden infant death syndrome (SIDS) led to intervention programs that have greatly reduced infant mortality[9]<br>Determination of common exposures has led to identification of sources of infection and recalls of contaminated food[88]<br>Identification of association between oropharyngeal cancer and human papillomavirus infection has led to new prevention efforts[89] |

The New England Journal of Medicine is produced by NEJM Group, a division of the Massachusetts Medical Society.
Downloaded from nejm.org by Clara Chan on March 25, 2026.
Copyright © 2017 Massachusetts Medical Society. All rights reserved, including those for text and data mining, AI training, and similar technologies.

CLINICAL TRIALS SERIES

**Table 1. (Continued.)**

| Data Source | Strengths | Weaknesses | Examples of Effects on Policy or Practice |
|---|---|---|---|
| Cross-sectional studies | Provide snapshot of exposure and outcome<br>Can help generate hypotheses<br>Can be conducted rapidly | Difficult to attribute causality<br>Difficult to control for confounding | Evaluation of association between sodium intake and blood pressure, along with other evidence, has provided support for policy interventions aimed at reducing sodium consumption[46,48]<br>Evaluation of deep venous thrombosis in hospitals led to the identification of a low rate of use of appropriate preventive measures and to improved practices[90] |
| Ecologic studies | Provide population-level vs. individual-level data<br>Can document outcomes of natural experiments<br>Can be conducted rapidly | Potential for invalid conclusions from noncausal associations because of residual confounding (ecologic fallacy)<br>Potential for data that are not standardized or comparable | Vaccine-effectiveness studies have led to changes in immunization recommendations, increasing the proportion of people protected[29]<br>Analysis of mortality in heat waves resulted in practical recommendations to mitigate weather-related effects[91] |
| Pragmatic trials and large observational studies | Potential for high generalizability<br>Can be conducted at relatively low cost<br>Potential to emulate real-world experience in application of findings, increasing external validity | Potential for varying quality of data<br>Potential for adoption of some interventions by control group, biasing results toward a null result<br>Potential for increased likelihood of invalid results because of a lack of standardization of assessment, treatment, and adherence<br>Potential for loss to follow-up to affect interpretation of results | Study comparing treatments for type 2 diabetes was 20 times larger and had much longer follow-up than previous randomized, controlled trials, resulting in clear evidence for clinical decision making[63] and fewer patients being treated with a sulfonylurea, a drug class not previously known to be associated with increased mortality<br>Trial provided evidence that task sharing among nurses and other health workers did not reduce quality of care for patients with human immunodeficiency virus infection[92] |
| Program-based evidence | May provide definitive evidence of efficacy in real-world conditions | Without control community, may not be possible to determine causality<br>Potential for control community to adopt some of the interventions, biasing results toward a null result | New Zealand Back to Sleep campaign provided definitive evidence that advice given to parents about having babies sleep in a supine position could prompt actions that would reduce the incidence of SIDS,[9] leading to global programs that have greatly reduced infant mortality<br>Implementation of public health measures such as tobacco taxes, smoke-free laws, and educational campaigns have documented efficacy in ways that would not have been possible or definitive otherwise and has led to widespread implementation of tobacco-control measures that save millions of lives[93] |
| Case reports and series | Can provide inexpensive, detailed assessments<br>Useful for evaluation of rare diseases, identification of rare events<br>Can lead to reasonable conclusions about relative benefit of different treatments for rare diseases | Limited ability to draw definitive conclusions because of the lack of a comparison group<br>Selection bias (e.g., patients with rapid resolution or rapid progression to death may be underrepresented) | Identification of the acquired immunodeficiency syndrome and other newly recognized conditions (e.g., Zika virus–associated microcephaly and newly identified drug-resistant organisms or mechanisms) has accelerated improvements in detection, treatment, and prevention of these conditions[94,95]<br>Highly effective treatments have been identified for conditions that otherwise had poor prognoses (e.g., penicillin as a broad-spectrum antibiotic)[96] |
| Registries | Determine efficacy in real life<br>Can provide useful data for rare diseases<br>Can help assess quality of care<br>Can provide results rapidly | Difficult or impossible to control for confounding and bias | Studies have documented and improved quality of care and determined the most effective treatment of patients undergoing dialysis, reducing the incidence of preventable complications and deaths[97]<br>Studies have determined predictors of survival in pulmonary arterial hypertension, enabling more informed treatment choices[98] |

The New England Journal of Medicine is produced by NEJM Group, a division of the Massachusetts Medical Society.
Downloaded from nejm.org by Clara Chan on March 25, 2026.
Copyright © 2017 Massachusetts Medical Society. All rights reserved, including those for text and data mining, AI training, and similar technologies.

The New England Journal of Medicine

potentially highly valuable sources of data is counterproductive. A better approach is to clarify the health outcome being sought and determine whether existing data are available that can be rigorously and objectively evaluated, independently of or in comparison with data from RCTs, or whether new studies (RCT or otherwise) are needed.

New ways of obtaining valuable health data continue to emerge. "Big data," including information from electronic health records and expanded patient registries, along with increased willingness of patients to participate and share health information, are generating useful data for large interventional studies and providing new opportunities for complementary use of multiple data sources to gain stronger evidence for action.[71] For example, although an RCT may show the benefit of a drug, large observational studies can be conducted to refine dosages and identify rare adverse events. In addition, new strategies have been undertaken to increase the efficacy and efficiency of RCTs, including collaborative and adaptive trials to increase enrollment, reduce costs and time to completion, and better identify populations that benefit from treatments.[72-74] Advances in genomic science may allow for better understanding of unique characteristics in patients that can affect outcomes of RCTs and other studies and be used to improve the validity of study findings.

There is no single, best approach to the study of health interventions; clinical and public health decisions are almost always made with imperfect data (Table 1). Promoting transparency in study methods, ensuring standardized data collection for key outcomes, and using new approaches to improve data synthesis are critical steps in the interpretation of findings and in the identification of data for action, and it must be recognized that conclusions may change over time. There will always be an argument for more research and for better data, but waiting for more data is often an implicit decision not to act or to act on the basis of past practice rather than best available evidence. The goal must be actionable data — data that are sufficient for clinical and public health action that have been derived openly and objectively and that enable us to say, "Here's what we recommend and why."

The views expressed in this article are those of the author and do not necessarily represent the views of the Centers for Disease Control and Prevention or the Department of Health and Human Services.

Disclosure forms provided by the author are available with the full text of this article at NEJM.org.

I thank Kathryn Foti, M.P.H., Drew Blakeman, M.S., and Robin Moseley, M.A.T., for assistance with preparation of an earlier version of the manuscript and review of relevant literature, and Joanna Taliano, M.L.S., for assistance with literature searches.

### REFERENCES

**1.** Centers for Disease Control and Prevention. Mission, role and pledge (http://www.cdc.gov/about/organization/mission.htm).

**2.** Rothwell PM. External validity of randomised controlled trials: "to whom do the results of this trial apply?" Lancet 2005;365:82-93.

**3.** Jones DS, Podolsky SH. The history and fate of the gold standard. Lancet 2015;385:1502-3.

**4.** Bothwell LE, Greene JA, Podolsky SH, Jones DS. Assessing the gold standard — lessons from the history of RCTs. N Engl J Med 2016;374:2175-81.

**5.** Kones R, Rumana U, Merino J. Exclusion of 'nonRCT evidence' in guidelines for chronic diseases — is it always appropriate? The Look AHEAD study. Curr Med Res Opin 2014;30:2009-19.

**6.** Chavez-MacGregor M, Giordano SH. Randomized clinical trials and observational studies: is there a battle? J Clin Oncol 2016;34:772-3.

**7.** Deaton A. Instruments, randomization, and learning about development. J Econ Lit 2010;48:424-55.

**8.** Woodcock J, Ware JH, Miller PW, McMurray JJV, Harrington DP, Drazen JM. Clinical trial series. N Engl J Med 2016;374:2167.

**9.** Mitchell EA, Scragg R, Stewart AW, et al. Results from the first year of the New Zealand Cot Death Study. N Z Med J 1991;104:71-6.

**10.** Irving M, Eramudugolla R, Cherbuin N, Anstey KJ. A critical review of grading systems: implications for public health policy. Eval Health Prof 2016 May 10 (Epub ahead of print).

**11.** Sacks H, Chalmers TC, Smith H Jr. Randomized versus historical controls for clinical trials. Am J Med 1982;72:233-40.

**12.** Jackson LA, Jackson ML, Nelson JC, Neuzil KM, Weiss NS. Evidence of bias in estimates of influenza vaccine effectiveness in seniors. Int J Epidemiol 2006;35:337-44.

**13.** Concato J, Shah N, Horwitz RI. Randomized, controlled trials, observational studies, and the hierarchy of research designs. N Engl J Med 2000;342:1887-92.

**14.** Golfam M, Beall R, Brehaut J, et al. Comparing alternative design options for chronic disease prevention interventions. Eur J Clin Invest 2015;45:87-99.

**15.** Grodstein F, Stampfer MJ, Manson JE, et al. Postmenopausal estrogen and progestin use and the risk of cardiovascular disease. N Engl J Med 1996;335:453-61.

**16.** Rossouw JE, Anderson GL, Prentice RL, et al. Risks and benefits of estrogen plus progestin in healthy postmenopausal women: principal results from the Women's Health Initiative randomized controlled trial. JAMA 2002;288:321-33.

**17.** Prentice RL, Langer R, Stefanick ML, et al. Combined postmenopausal hormone therapy and cardiovascular disease: toward resolving the discrepancy between observational studies and the Women's Health Initiative clinical trial. Am J Epidemiol 2005;162:404-14.

**18.** Prentice RL, Langer RD, Stefanick ML, et al. Combined analysis of Women's

The New England Journal of Medicine is produced by NEJM Group, a division of the Massachusetts Medical Society.
Downloaded from nejm.org by Clara Chan on March 25, 2026.
Copyright © 2017 Massachusetts Medical Society. All rights reserved, including those for text and data mining, AI training, and similar technologies.

A43

Health Initiative observational and clinical trial data on postmenopausal hormone treatment and cardiovascular disease. Am J Epidemiol 2006;163:589-99.

19. Manson JE, Chlebowski RT, Stefanick ML, et al. Menopausal hormone therapy and health outcomes during the intervention and extended poststopping phases of the Women's Health Initiative randomized trials. JAMA 2013;310:1353-68.

20. Vandenbroucke JP. The HRT controversy: observational studies and RCTs fall in line. Lancet 2009;373:1233-5.

21. Mendelsohn ME, Karas RH. HRT and the young at heart. N Engl J Med 2007; 356:2639-41.

22. Nasal influenza vaccine approved for younger children. Food and Drug Administration Consumer Updates. September 26, 2007 (https://www.fda.gov/ForConsumers/ConsumerUpdates/ucm048715.htm).

23. Ashkenazi S, Vertruyen A, Arístegui J, et al. Superior relative efficacy of live attenuated influenza vaccine compared with inactivated influenza vaccine in young children with recurrent respiratory tract infections. Pediatr Infect Dis J 2006; 25:870-9.

24. Fleming DM, Crovari P, Wahn U, et al. Comparison of the efficacy and safety of live attenuated cold-adapted influenza vaccine, trivalent, with trivalent inactivated influenza virus vaccine in children and adolescents with asthma. Pediatr Infect Dis J 2006;25:860-9.

25. Belshe RB, Edwards KM, Vesikari T, et al. Live attenuated versus inactivated influenza vaccine in infants and young children. N Engl J Med 2007;356:685-96.

26. Grohskopf LA, Olsen SJ, Sokolow LZ, et al. Prevention and control of seasonal influenza with vaccines: recommendations of the Advisory Committee on Immunization Practices (ACIP) — United States, 2014–15 influenza season. MMWR Morb Mortal Wkly Rep 2014;63:691-7.

27. Gaglani M, Pruszynski J, Murthy K, et al. Influenza vaccine effectiveness against the 2009 Pandemic A (H1N1) virus differed by vaccine-type during 2013-14 in the United States. J Infect Dis 2016;213: 1546-56.

28. Flannery B. Update on effectiveness of live-attenuated versus inactivated influenza vaccines in children and adolescents aged 2-18 years – US Flu VE Network. Presented at the Meeting of the Advisory Committee on Immunization Practices, Atlanta, October 29–30, 2014 (http://www.nitag-resource.org/uploads/media/default/0001/02/a4c56839e81370e3d8635468dddee24ac681d2da.pdf).

29. Chung JR, Flannery B, Thompson MG, et al. Seasonal effectiveness of live attenuated and inactivated influenza vaccine. Pediatrics 2016;137(2):e20153279.

30. ACIP votes down use of LAIV for 2016-2017 flu season. Media statement from the Centers for Disease Control and Prevention, June 22, 2016 (http://www.cdc.gov/media/releases/2016/s0622-laiv-flu.html).

31. Streptomycin in Tuberculosis Trials Committee. Streptomycin treatment of pulmonary tuberculosis. Br Med J 1948;2: 769-82.

32. Iseman MD, Sbarbaro JA. Short-course chemotherapy of tuberculosis: hail Britannia (and friends)! Am Rev Respir Dis 1991;143:697-8.

33. Mitchison DA. The diagnosis and therapy of tuberculosis during the past 100 years. Am J Respir Crit Care Med 2005;171:699-706.

34. Fox W. Self-administration of medicaments: a review of published work and a study of the problems. Bull Int Union Tuberc 1962;32:307-31.

35. Dawson JJY, Devadatta S, Fox W, et al. A 5-year study of patients with pulmonary tuberculosis in a concurrent comparison of home and sanatorium treatment for one year with isoniazid plus PAS. Bull World Health Organ 1966;34:533-51.

36. Treatment of tuberculosis: guidelines for national programmes. Geneva: World Health Organization, 1997.

37. Zwarenstein M, Schoeman JH, Vundule C, Lombard CJ, Tatley M. Randomised controlled trial of self-supervised and directly observed treatment of tuberculosis. Lancet 1998;352:1340-3.

38. Akkslip S, Rasmithat S, Maher D, Sawert H. Direct observation of tuberculosis treatment by supervised family members in Yasothorn Province, Thailand. Int J Tuberc Lung Dis 1999;3:1061-5.

39. Sterling TR, Lehmann HP, Frieden TR. Impact of DOTS compared with DOTS-plus on multidrug resistant tuberculosis and tuberculosis deaths: decision analysis. BMJ 2003;326:574.

40. Moonan PK, Quitugua TN, Pogoda JM, et al. Does directly observed therapy (DOT) reduce drug resistant tuberculosis? BMC Public Health 2011;11:19.

41. Frieden TR, Sherman LF, Maw KL, et al. A multi-institutional outbreak of highly drug-resistant tuberculosis: epidemiology and clinical outcomes. JAMA 1996; 276:1229-35.

42. Xu JQ, Murphy SL, Kochanek KD, Bastian BA. Deaths: final data for 2013. Natl Vital Stat Rep 2016;64(2):1-119.

43. Nwankwo T, Yoon SS, Burt V, Gu Q. Hypertension among adults in the United States: National Health and Nutrition Examination Survey, 2011-2012. NCHS Data Brief 2013;133:1-8.

44. Institute of Medicine. Strategies to reduce sodium intake in the United States. Washington, DC: National Academies Press, 2010.

45. Mozaffarian D, Fahimi S, Singh GM, et al. Global sodium consumption and death from cardiovascular causes. N Engl J Med 2014;371:624-34.

46. He FJ, Pombo-Rodrigues S, MacGregor GA. Salt reduction in England from 2003 to 2011: its relationship to blood pressure, stroke and ischaemic heart disease mortality. BMJ Open 2014; 4(4):e004549.

47. He FJ, MacGregor GA. Salt reduction lowers cardiovascular risk: meta-analysis of outcome trials. Lancet 2011;378:380-2.

48. Cook NR, Appel LJ, Whelton PK. Sodium intake and all-cause mortality over 20 years in the trials of hypertension prevention. J Am Coll Cardiol 2016;68:1609-17.

49. Mente A, O'Donnell M, Rangarajan S, et al. Associations of urinary sodium excretion with cardiovascular events in individuals with and without hypertension: a pooled analysis of data from four studies. Lancet 2016;388:465-75.

50. Graudal N, Jürgens G, Baslund B, Alderman MH. Compared with usual sodium intake, low- and excessive-sodium diets are associated with increased mortality: a meta-analysis. Am J Hypertens 2014;27:1129-37.

51. O'Donnell M, Mente A, Rangarajan S, et al. Urinary sodium and potassium excretion, mortality, and cardiovascular events. N Engl J Med 2014;371:612-23.

52. Cobb LK, Anderson CA, Elliott P, et al. Methodological issues in cohort studies that relate sodium intake to cardiovascular disease outcomes: a science advisory from the American Heart Association. Circulation 2014;129:1173-86.

53. Willett W. Nutritional epidemiology: monographs in epidemiology and biostatistics. 3rd ed. New York: Oxford University Press, 2013.

54. He FJ, MacGregor GA. Hypertension: salt: flawed research should not divert actions to reduce intake. Nat Rev Nephrol 2016;12:514-5.

55. Cogswell ME, Maalouf J, Elliott P, Loria CM, Patel S, Bowman BA. Use of urine biomarkers to assess sodium intake: challenges and opportunities. Annu Rev Nutr 2015;35:349-87.

56. Rakova N, Jüttner K, Dahlmann A, et al. Long-term space flight simulation reveals infradian rhythmicity in human Na(+) balance. Cell Metab 2013;17:125-31.

57. Cogswell ME, Mugavero K, Bowman BA, Frieden TR. Dietary sodium and cardiovascular disease risk — measurement matters. N Engl J Med 2016;375:580-6.

58. Multiple Risk Factor Intervention Trial Group. The Multiple Risk Factor Inter-

The New England Journal of Medicine is produced by NEJM Group, a division of the Massachusetts Medical Society.
Downloaded from nejm.org by Clara Chan on March 25, 2026.
A44
Copyright © 2017 Massachusetts Medical Society. All rights reserved, including those for text and data mining, AI training, and similar technologies.

vention Trial (MRFIT): a national study of primary prevention of coronary heart disease. JAMA 1976;235:825-7.

59. Frieden TR. Sodium reduction — saving lives by putting choice into consumers' hands. JAMA 2016;316:579-80.

60. Schieppati A, Henter J-I, Daina E, Aperia A. Why rare diseases are an important medical and social issue. Lancet 2008;371:2039-41.

61. Griggs RC, Batshaw M, Dunkle M, et al. Clinical research for rare disease: opportunities, challenges, and solutions. Mol Genet Metab 2009;96:20-6.

62. Rubinstein YR, Groft SC, Bartek R, et al. Creating a global rare disease patient registry linked to a rare diseases biorepository database: Rare Disease-HUB (RD-HUB). Contemp Clin Trials 2010;31: 394-404.

63. Frakt AB. An observational study goes where randomized clinical trials have not. JAMA 2015;313:1091-2.

64. Lederle FA, Cushman WC, Ferguson RE, Brophy MT, Fiore Md LD. Chlorthalidone versus hydrochlorothiazide: a new kind of Veterans Affairs cooperative study. Ann Intern Med 2016;165:663-4.

65. Ernst ME, Lund BC. Renewed interest in chlorthalidone: evidence from the Veterans Health Administration. J Clin Hypertens (Greenwich) 2010;12:927-34.

66. Roush GC, Holford TR, Guddati AK. Chlorthalidone compared with hydrochlorothiazide in reducing cardiovascular events: systematic review and network meta-analyses. Hypertension 2012;59: 1110-7.

67. ALLHAT Officers and Coordinators for the ALLHAT Collaborative Research Group. Major outcomes in high-risk hypertensive patients randomized to angiotensin-converting enzyme inhibitor or calcium channel blocker vs diuretic: the Antihypertensive and Lipid-Lowering Treatment to Prevent Heart Attack Trial (ALLHAT). JAMA 2002;288:2981-97.

68. Dorsch MP, Gillespie BW, Erickson SR, Bleske BE, Weder AB. Chlorthalidone reduces cardiovascular events compared with hydrochlorothiazide: a retrospective cohort analysis. Hypertension 2011;57: 689-94.

69. Woolever DR. The art and science of clinical decision making. Fam Pract Manag 2008;15:31-6.

70. Groopman J. How doctors think. Boston: Houghton Mifflin, 2007.

71. Angus DC. Fusing randomized trials with big data: the key to self-learning health care systems? JAMA 2015;314:767-8.

72. Thall PF, Wathen JK. Practical Bayesian adaptive randomisation in clinical trials. Eur J Cancer 2007;43:859-66.

73. Moss AJ, Francis CW, Ryan D. Collab-

orative clinical trials. N Engl J Med 2011; 364:789-91.

74. Bhatt DL, Mehta C. Adaptive designs for clinical trials. N Engl J Med 2016;375: 65-74.

75. Heart Protection Study Collaborative Group. MRC/BHF Heart Protection Study of cholesterol lowering with simvastatin in 20,536 high-risk individuals: a randomised placebo-controlled trial. Lancet 2002;360:7-22.

76. Sever PS, Dahlöf B, Poulter NR, et al. Prevention of coronary and stroke events with atorvastatin in hypertensive patients who have average or lower-than-average cholesterol concentrations, in the Anglo-Scandinavian Cardiac Outcomes Trial — Lipid Lowering Arm (ASCOT-LLA): a multicentre randomised controlled trial. Lancet 2003;361:1149-58.

77. Colhoun HM, Betteridge DJ, Durrington PN, et al. Primary prevention of cardiovascular disease with atorvastatin in type 2 diabetes in the Collaborative Atorvastatin Diabetes Study (CARDS): multicentre randomised placebo-controlled trial. Lancet 2004;364:685-96.

78. Khan M, Qureshi AI. Factors associated with increased rates of post-procedural stroke or death following carotid artery stent placement: a systematic review. J Vasc Interv Neurol 2014;7:11-26.

79. Baigent C, Keech A, Kearney PM, et al. Efficacy and safety of cholesterol-lowering treatment: prospective meta-analysis of data from 90,056 participants in 14 randomised trials of statins. Lancet 2005; 366:1267-78.

80. Cholesterol Treatment Trialists' (CTT) Collaboration. Efficacy and safety of more intensive lowering of LDL cholesterol: a meta-analysis of data from 170,000 participants in 26 randomised trials. Lancet 2010;376:1670-81.

81. Schrag D, Kuntz KM, Garber JE, Weeks JC. Decision analysis — effects of prophylactic mastectomy and oophorectomy on life expectancy among women with BRCA1 or BRCA2 mutations. N Engl J Med 1997;336:1465-71.

82. Zauber AG, Lansdorp-Vogelaar I, Knudsen AB, Wilschut J, van Ballegooijen M, Kuntz KM. Evaluating test strategies for colorectal cancer screening: a decision analysis for the U.S. Preventive Services Task Force. Ann Intern Med 2008;149:659-69.

83. Hayes JH, Ollendorf DA, Pearson SD, et al. Active surveillance compared with initial treatment for men with low-risk prostate cancer: a decision analysis. JAMA 2010;304:2373-80.

84. Tai V, Grey A, Bolland MJ. Results of observational studies: analysis of findings from the Nurses' Health Study. PLoS One 2014;9(10):e110403.

85. Niederau C, Lange S, Heintges T, et al. Prognosis of chronic hepatitis C: results of a large, prospective cohort study. Hepatology 1998;28:1687-95.

86. Zou B, Li T, Zhou Q, et al. Adjuvant therapeutic modalities in primary small cell carcinoma of esophagus patients: a retrospective cohort study of multicenter clinical outcomes. Medicine (Baltimore) 2016;95(17):e3507.

87. Mulrooney DA, Yeazel MW, Kawashima T, et al. Cardiac outcomes in a cohort of adult survivors of childhood and adolescent cancer: retrospective analysis of the Childhood Cancer Survivor Study cohort. BMJ 2009;339:b4606.

88. Gottlieb SL, Newbern EC, Griffin PM, et al. Multistate outbreak of listeriosis linked to turkey deli meat and subsequent changes in US regulatory policy. Clin Infect Dis 2006;42:29-36.

89. D'Souza G, Kreimer AR, Viscidi R, et al. Case–control study of human papillomavirus and oropharyngeal cancer. N Engl J Med 2007;356:1944-56.

90. Cohen AT, Tapson VF, Bergmann J-F, et al. Venous thromboembolism risk and prophylaxis in the acute hospital care setting (ENDORSE study): a multinational cross-sectional study. Lancet 2008;371: 387-94.

91. Mastrangelo G, Fedeli U, Visentin C, Milan G, Fadda E, Spolaore P. Pattern and determinants of hospitalization during heat waves: an ecologic study. BMC Public Health 2007;7:200.

92. Fairall L, Bachmann MO, Lombard C, et al. Task shifting of antiretroviral treatment from doctors to primary-care nurses in South Africa (STRETCH): a pragmatic, parallel, cluster-randomised trial. Lancet 2012;380:889-98.

93. Wisotzky M, Albuquerque M, Pechacek TF, Park BZ. The National Tobacco Control Program: focusing on policy to broaden impact. Public Health Rep 2004;119:303-10.

94. Pneumocystis pneumonia — Los Angeles. MMWR Morb Mortal Wkly Rep 1981;30:250-2.

95. Schuler-Faccini L, Ribeiro EM, Feitosa IM, et al. Possible association between Zika virus infection and microcephaly — Brazil, 2015. MMWR Morb Mortal Wkly Rep 2016;65:59-62.

96. Fleming A. On the antibacterial action of cultures of a Penicillium, with special reference to their use in the isolation of B. influenzae. Br J Exp Pathol 1929;10: 226-36.

97. Shroff GR, Frederick PD, Herzog CA. Renal failure and acute myocardial infarction: clinical characteristics in patients with advanced chronic kidney disease, on dialysis, and without chronic kidney disease: a collaborative project of the United

A45

The New England Journal of Medicine is produced by NEJM Group, a division of the Massachusetts Medical Society.
Downloaded from nejm.org by Clara Chan on March 25, 2026.
Copyright © 2017 Massachusetts Medical Society. All rights reserved, including those for text and data mining, AI training, and similar technologies.

States Renal Data System/National Institutes of Health and the National Registry of Myocardial Infarction. Am Heart J 2012; 163:399-406.

**98.** Benza RL, Miller DP, Gomberg-Maitland M, et al. Predicting survival in pulmonary arterial hypertension: insights from the Registry to Evaluate Early and Long-Term Pulmonary Arterial Hypertension Disease Management (REVEAL). Circulation 2010;122:164-72.
*Copyright © 2017 Massachusetts Medical Society.*

The New England Journal of Medicine is produced by NEJM Group, a division of the Massachusetts Medical Society.
Downloaded from nejm.org by Clara Chan on March 25, 2026.
Copyright © 2017 Massachusetts Medical Society. All rights reserved, including those for text and data mining, AI training, and similar technologies.

A46

 

**Journal of Clinical Epidemiology**

Journal of Clinical Epidemiology 78 (2016) 34−42

# High quality of the evidence for medical and other health-related interventions was uncommon in Cochrane systematic reviews

Padhraig S. Fleming[a,*], Despina Koletsi[b], John P.A. Ioannidis[c,d,e,f], Nikolaos Pandis[g,h]

[a]*Oral Growth and Development, Institute of Dentistry, Barts and The London School of Medicine and Dentistry, Queen Mary University of London, London E1 2AD, England*
[b]*Department of Orthodontics, University of Athens, 2 Thivon Street, 115 27, Goudi, Athens, Greece*
[c]*Department of Medicine, Stanford Prevention Research Center, Stanford University School of Medicine, Stanford, CA, USA*
[d]*Department of Health Research and Policy, Stanford University School of Medicine, Stanford, CA, USA*
[e]*Department of Statistics, Stanford University School of Humanities and Sciences, Stanford, CA, USA*
[f]*Meta-Research Innovation Center at Stanford (METRICS), Stanford University, Stanford, CA, USA*
[g]*Department of Orthodontics and Dentofacial Orthopedics, Dental School, Medical Faculty, University of Bern, Hochschulstrasse 4, 3012 Bern, Switzerland*
[h]*Private Practice, 29 P. Zafiropoulou Street, Corfu 49100, Greece*

Accepted 21 March 2016; Published online 29 March 2016

## Abstract

**Objectives:** To appraise the quality of evidence in systematic reviews (SRs) within the Cochrane Database of Systematic Reviews (CDSRs) across diverse topics and to explore the relationship between the strength of evidence using Grades of Recommendation, Assessment, Development, and Evaluation (GRADE) and the probability that authors would interpret that an intervention may be of value.

**Study Design and Setting:** We evaluated the SRs published on the CDSR from January 1, 2013, to June 30, 2014. Two authors identified relevant SRs by independent searching of the Cochrane register. We further focused on SRs that incorporated tables with GRADE [summary of findings (SoF)]. Data were extracted independently by two authors. The quality of the evidence for the first listed primary outcome in SoF tables in each review and reasons for upgrade or downgrade were recorded.

**Results:** Overall, 1,394 SRs were identified. Of these, 608 (43.6%) incorporated GRADE. Within these reviews, only 13.5% ($n = 82$) reported a high quality and 30.8% ($n = 187$) a moderate quality of evidence for the first listed primary outcome, whereas 31.7% ($n = 193$) had low level and 24% ($n = 146$) had very low level of evidence. High quality of evidence was more common in updated compared to new reviews and in pharmacologic than other types of interventions. Even when all outcomes listed in the SoFs were considered, only 116/608 (19.1%) of SRs had at least one outcome with high quality of evidence. Overall, only 4.1% (25/608) of SRs incorporating GRADE in SoF tables had high quality of evidence, allied both to significant results and a favorable interpretation of the intervention by the reviewers.

**Conclusion:** Evidence of high quality is uncommon for medical and health-related interventions assessed with GRADE within the CDSR, and favorable evidence of high quality is even more uncommon.  © 2016 Elsevier Inc. All rights reserved.

*Keywords:* Systematic review; GRADE; Quality evidence; Treatment recommendation; Cochrane; Randomized controlled trial

## 1. Introduction

The advent of evidence-based medicine has sensitized us to the need for high quality of evidence to inform clinical and public health practice, but also to the fact that such evidence is often missing in many fields [1]. With the accumulation of vast numbers of systematic reviews (SRs), one can assess systematically the current state of the evidence across very diverse specialties and medical or other health-related interventions.

Since its inception in 1993, the Cochrane Database of Systematic Reviews (CDSRs) has become established as a comprehensive resource for evidence. The database has expanded to include over 50 review groups [2] encompassing diverse areas. Cochrane reviews typically have higher methodological and reporting quality than SRs published elsewhere [3−5]. Moreover, they are often instrumental in developing policy documents and practice guidelines [6].

Various tools have been used to appraise the quality of a body of evidence within an SR [7−9]. The Grades of Recommendation, Assessment, Development, and Evaluation (GRADE) tool can allow such a systematic appraisal, and it has been adopted by Cochrane [10]. The GRADE

* Corresponding author. Tel./fax: +044-207-377-7397.
*E-mail address:* padhraig.fleming@gmail.com (P.S. Fleming).

http://dx.doi.org/10.1016/j.jclinepi.2016.03.012

0895-4356/© 2016 Elsevier Inc. All rights reserved.

*P.S. Fleming et al. / Journal of Clinical Epidemiology 78 (2016) 34−42*      35

---

**What is new?**

**Key findings**

- Evidence of high quality is uncommon for medical and health-related interventions assessed by Cochrane reviews that use the Grades of Recommendation, Assessment, Development, and Evaluation instrument.

- Favorable evidence of high quality is even more uncommon.

- High quality of evidence was more common in updated rather than new reviews and in reviews concerning pharmacologic interventions.

**What this adds to what was known?**

- This analysis highlights the lack of high-quality evidence within a cross-section of Cochrane Database of Systematic Reviews to underpin a range of medical and other health-related interventions.

**What is the implication and what should change now?**

- The vast majority of recently reviewed medical and health topics require better interventions, better evidence, or both.

---

approach involves assimilation of the quality of the available evidence from SRs in addition to the values and preferences of the patients, safety, and costs. The quality of evidence for individual outcomes is scored for specific domains and an overall score assigned (high, moderate, low, and very low) based on five factors: risk of bias (study limitations), inconsistency, indirectness, imprecision, and publication bias and presented in summary of findings (SoF) tables. This approach has been validated for the assessment of the strength of a body of evidence [11].

The quality of the evidence has been addressed in small samples of SRs in focused areas [12,13], but to our knowledge, an appraisal of the quality of evidence has not yet been undertaken on reviews within the CDSR across diverse topics. Moreover, it would be interesting to explore how this strength of evidence relates to the probability that authors would interpret that an intervention may be of value. Therefore, to answer these questions, we evaluated a large sample of all recent SRs in the CDSR that had used the GRADE tool to generate SoF tables.

## 2. Methods

### 2.1. Data sources and searches

Both new and updated versions of all SRs published over an 18-month period from January 1, 2013, to June 30, 2014, were identified on the CDSRs.

### 2.2. Study selection and data extraction

Two authors (P.S.F. and N.P.) retrieved SRs for inclusion in the review by accessing the CDSR (www.thecochranelibrary.com). Full text reports were uploaded onto a shared electronic folder. Data from the identified reviews were extracted independently and entered on prepiloted standardized forms by two authors (P.S.F. and D.K.) after the initial calibration on 10 articles. Discrepancies were resolved by discussion or, where necessary, with adjudication by a third researcher (N.P.). Information obtained included the Cochrane Review group under which the SR was published; author, year, country, and region of publication; whether the review was new or updated; SR type (interventional, diagnostic); and the types of primary studies included (RCT only, or both RCTs and observational). For reviews which included a table with GRADE SoF, the following were recorded for the first listed outcome: categories of intervention (including surgical, pharmacologic, behavioral or medical treatments, and diet or exercise interventions); type of outcomes [objective (mortality or outcomes assessed with an instrument or preset measurable criteria) or subjective] and subtype of outcome (mortality, pain, quality of life, or other); and overall GRADE score with reasons for downgrade or upgrade, where applicable. When there were multiple SoF tables in the same review, we considered only the one listed first.

It is possible that the quality of the evidence is high for an outcome other than the first listed primary outcome, even if the quality of evidence is not high for the latter. Therefore, in a sensitivity analysis, when there were more than one outcome tabulated in SoF in a review, we also recorded whether any of them had high quality of evidence, even if it were not the first one listed.

For outcomes judged on SoF to be at the extreme (very low and high) levels of evidence quality at the SR level, the distribution of statistically significant results [$P < 0.05$ or 95% confidence interval (CI) excluding the null] and reviewers' interpretation of the value of the intervention in clinical practice was recorded, that is, whether the Cochrane reviewers concluded that the experimental intervention (when an active intervention was compared against placebo/control/no treatment) or any intervention under comparison (when two different active interventions were compared) should be used in clinical or public health practice or not. This information was obtained from the Conclusions section both in the SR abstract and within the main body of the review within the implications for practice and implications for research subsections. An example of a positive interpretation is the following: "Buprenorphine should be supported as a medication to use…" and also in the "Implications for research or practice" section: "There does not appear to be any need for further randomized control trials of the relative efficacy of methadone compared with buprenorphine" [14]. SRs categorized as high or very low according to the GRADE assessment were further compared with a

random sample of SRs ($n = 50$) without GRADE assessment from the CDSR over the 18-month period.

### 2.3. Data synthesis and analysis

Descriptive statistics are presented for the surveyed sample. The quality of evidence according to GRADE was tabulated across intervention categories and Cochrane review groups. Univariable and multivariable logistic regression was undertaken to assess the quality of the evidence according to GRADE (with outcome converted to binary: very low/low or moderate/high) relative to type of intervention, type of outcome (objective or subjective), and new SR or update. Model fit was assessed using the Hosmer—Lemeshow goodness-of-fit test. Tabulations of statistical significance for each outcome and authors' interpretations were made for reviews with high and very low quality of evidence (according to GRADE), and comparison was made against the control group of reviews without GRADE assessments using Fisher's exact test. All statistical analyses were conducted with STATA version 12.1 software (Stata Corporation, College Station, TX, USA).

## 3. Results

### 3.1. Database search results

One thousand three hundred ninety-four SRs were identified in the 18-month period across 50 Cochrane research groups. Of these, 608 (43.6%) incorporated GRADE assessments with at least one SoF table. Two hundred four reviews (33.6%) had two or more SoF tables. In this study, the focus was only on the first outcome of the first SoF table (Fig. 1). Of these reviews with GRADE assessments, 316 (52%) were new and 292 (48%) were updates.

### 3.2. Characteristics of included interventions and outcomes

Of the 608 eligible SoF tables, over half (56.5%) related to pharmacologic interventions ($n = 344$) and 82.7% ($n = 503$) of the outcomes were objective (Table 1). Among the outcomes, there was a high number of "mortality" (114/608; 18.7%), "pain-related" (51/608; 8.4%), and "quality of life" outcomes (49/608; 8.1%); the remainder were classified as other outcomes (394/608; 64.8%).

### 3.3. Quality of evidence within specific reviews

With respect to GRADE, 82 (13.5%) of first listed outcomes were considered to have high quality of evidence, 187 (30.8%) moderate, 193 (31.7%) low, and 146 (24.0%) very low. There was evidence for higher quality of evidence in the updates compared to the new SRs ($P \leq 0.05$) (Table 1). Differences were also observed in the distributions of the quality of evidence among intervention types ($P < 0.05$). Pharmacologic



**Fig. 1.** Flow diagram for retrieval of systematic reviews (SRs) with and without GRADE summary of findings (SoFs) tables from the Cochrane Database of Systematic Reviews (CDSR). GRADE, Grades of Recommendation, Assessment, Development, and Evaluation.

*P.S. Fleming et al. / Journal of Clinical Epidemiology 78 (2016) 34—42*    37

**Table 1.** Distribution of the quality of evidence according to GRADE by intervention category, type of outcome, and systematic review category, for primary outcomes ($n = 608$ systematic reviews with summary of findings tables)

| | Quality of evidence (GRADE) | | | | | |
|---|---|---|---|---|---|---|
| | Primary outcomes | | | | | |
| | Very low *n* (%) | Low *n* (%) | Moderate *n* (%) | High *n* (%) | Total *n* (%) | *P*-value |
| Intervention category | | | | | | *,[a] |
| Medical/medical device | 7 (20.0) | 16 (45.7) | 8 (22.9) | 4 (11.4) | 35 (100) | |
| Surgical | 35 (38.5) | 25 (27.5) | 22 (24.2) | 9 (9.8) | 91 (100) | |
| Behavioral | 23 (22.1) | 36 (34.6) | 38 (36.6) | 7 (6.7) | 104 (100) | |
| Lifestyle/diet/exercise | 8 (23.5) | 16 (47.1) | 8 (23.5) | 2 (5.9) | 34 (100) | |
| Pharmacologic | 73 (21.2) | 100 (29.1) | 111 (32.3) | 60 (17.4) | 344 (100) | |
| Type of outcome | | | | | | N.S.[b] |
| Objective | 122 (24.3) | 157 (31.2) | 158 (31.4) | 66 (13.12) | 503 (100) | |
| Subjective | 24 (22.9) | 36 (34.3) | 29 (27.6) | 16 (15.2) | 105 (100) | |
| SR category | | | | | | *,[b] |
| New | 89 (28.2) | 104 (32.9) | 90 (28.5) | 33 (10.4) | 316 (100) | |
| Updates | 57 (19.5) | 89 (30.5) | 97 (33.2) | 49 (16.8) | 292 (100) | |
| Total | 146 (24.0) | 193 (31.7) | 187 (30.8) | 82 (13.5) | 608 (100) | |

*Abbreviations:* GRADE, Grades of Recommendation, Assessment, Development, and Evaluation; SR, systematic review.

*$P < 0.05$.

[a] Fisher's exact.

[b] Pearson chi-square.

interventions had the highest percentage of evidence rated as high quality, although this percentage was still only 17.4% ($n = 60$). Conversely, surgical interventions had the highest proportion of very low quality of evidence (38.5%; $n = 35$). The distribution of the quality of evidence within the type of outcome did not present notable differences (Table 1).

Among the 114 SoFs where the outcome selected was a mortality outcome, 11 (9.7%), 33 (29%), 34 (29.8%), and 36 (31.6%) were rated as high, moderate, low, and very low quality of evidence, respectively. The proportion of reviews with high quality of evidence was 23.5%, 8.2%, and 14% for pain, quality of life, and other subtypes of outcomes, respectively.

Of the 526 SRs with GRADE evaluation other than high (86.5%) for the first listed outcome in the first SoF table (the one included in our evaluation), only 34 (6.5%) included at least one other outcome for which the evidence was rated as being of high quality. Therefore, a total of 116 of the 608 reviews (19.1%) had at least one outcome with high evidence quality. In only 18 of these 34 additional cases did this pertain to a primary outcome (as judged by the reviewers in the methods section of the SR).

### 3.4. Reasons for downgrading or upgrading of the evidence

The most common reason for downgrading the evidence was study limitations/risk of bias, which resulted in downgrade by one level on 332 occasions (54.6%) and two levels on 72 occasions (11.8%), whereas imprecision accounted for 255 (41.9%) of single downgrades and 22 two-level downgrades (3.6%). Less common reasons for downgrade

were indirectness ($n = 50$, 8.2%) and publication bias ($n = 46$, 7.6%) (Table 2). The quality of the evidence was upgraded for observational studies on only one occasion due to a strong dose-response effect even after confounding had been considered.

### 3.5. Multivariable analysis

In the multivariable analysis (Table 3), an association between quality of evidence and new vs. updated SRs was noted (odds ratio: 1.55; 95% CI: 1.11, 2.14; $P < 0.05$). There was also evidence that type of intervention was a significant predictor of the quality of evidence (log-likelihood ratio test $P < 0.05$). No association was found for subjective or objective outcomes and quality of the evidence.

### 3.6. Quality of evidence within specific research areas

The distribution of GRADE assessment within 52 Cochrane Groups is shown in Appendix Table 1/Appendix at www.jclinepi.com. The groups with the highest number of GRADE SoF tables included the airways ($n = 47$; 7.7%), anesthesia ($n = 37$; 6.1%), hepatobiliary ($n = 36$; 5.9%), schizophrenia ($n = 29$; 4.8%), and menstrual disorders and subfertility ($n = 28$; 4.6%) groups. The quality rating differed substantially across review groups. The percentage of reviews rated as having high quality of evidence ranged from 0% to 40%. Conversely, the quality of evidence for primary outcomes scored as very low in 50% or more of reviews within five groups: gastrointestinal and pancreatic diseases, hepatobiliary, lung cancer, schizophrenia, and wounds.

38    P.S. Fleming et al. / Journal of Clinical Epidemiology 78 (2016) 34–42

**Table 2.** Reasons for downgrading the evidence by intervention category

| | Intervention category | | | | | |
|---|---|---|---|---|---|---|
| | Medical/medical device n (%) | Surgical n (%) | Behavioral n (%) | Lifestyle/diet/ exercise n (%) | Pharmacologic n (%) | Total n (%) |
| Reasons and levels for downgrading the evidence | | | | | | |
| Study limitations | | | | | | |
| 0 | 9 (25.7) | 23 (25.3) | 23 (22.1) | 6 (17.7) | 143 (41.6) | 204 (33.6) |
| 1 | 19 (54.3) | 55 (60.4) | 69 (66.4) | 23 (67.7) | 166 (48.3) | 332 (54.6) |
| 2 | 7 (20.0) | 13 (14.3) | 12 (11.5) | 5 (14.7) | 35 (10.2) | 72 (11.8) |
| Inconsistency | | | | | | |
| 0 | 28 (80.0) | 63 (69.2) | 78 (75.0) | 25 (73.5) | 288 (83.7) | 482 (79.3) |
| 1 | 6 (17.1) | 26 (28.6) | 24 (23.1) | 9 (26.5) | 53 (15.4) | 118 (19.4) |
| 2 | 1 (2.9) | 2 (2.2) | 2 (1.9) | 0 (0.0) | 3 (0.9) | 8 (1.3) |
| Indirectness | | | | | | |
| 0 | 35 (100.0) | 86 (94.5) | 95 (91.4) | 32 (94.1) | 310 (90.1) | 558 (91.8) |
| 1 | 0 (0.0) | 5 (5.5) | 9 (8.7) | 2 (5.9) | 33 (9.6) | 49 (8.1) |
| 2 | 0 (0.0) | 0 (0.0) | 0 (0.0) | 0 (0.0) | 1 (0.3) | 1 (0.1) |
| Imprecision | | | | | | |
| 0 | 21 (60.0) | 41 (45.1) | 65 (62.5) | 18 (52.9) | 186 (54.1) | 331 (54.4) |
| 1 | 10 (28.6) | 50 (55.0) | 39 (37.5) | 15 (44.1) | 141 (41.0) | 255 (41.9) |
| 2 | 4 (11.4) | 0 (0.0) | 0 (0.0) | 1 (2.9) | 17 (4.9) | 22 (3.6) |
| Publication bias | | | | | | |
| 0 | 33 (94.3) | 83 (91.2) | 98 (94.2) | 31 (91.1) | 317 (92.2) | 562 (92.4) |
| 1 | 2 (5.7) | 8 (8.8) | 6 (5.8) | 3 (8.8) | 27 (7.9) | 46 (7.6) |
| Total | 35 (100) | 91 (100) | 104 (100) | 34 (100) | 344 (100) | 608 (100) |

0 = no evidence downgrade, 1 = downgrading of the evidence by one level, 2 = downgrading of the evidence by two levels.

### 3.7. Review authors' interpretations

The comparison of the outcomes for all high and very low GRADE quality of evidence and from a random sample of 50 SRs without GRADE assessment is given in Table 4. Within the subgroup of 82 SRs with high quality of evidence outcomes, 25 (30.5%) had significant results and the review authors had a favorable interpretation for the use of an active intervention. In contrast, none of the very low quality SRs and only 2 of the 50 (4.0%) SRs without GRADE assessment reported a statistically significant result and a favorable an interpretation for the use of the intervention (Table 4). Furthermore, studies with high quality of evidence (57/82; 69.5%) and also those without GRADE assessment (22/50; 44.0%) were more likely to report statistically significant results than the SRs with very low quality of evidence (41/146; 28.1%), irrespective of the authors' interpretation ($P < 0.001$). The use of the intervention was never interpreted favorably in the absence of statistically significant results.

Among the 25 reviews that had high quality of evidence with the review authors interpreting favorably the use of an intervention, most ($n = 16$, 64%) pertained to pharmacologic interventions (Appendix Table 2/Appendix at www.jclinepi.com). Of these, 11 were comparisons against

**Table 3.** Univariable and multivariable logistic regression for the effect of intervention type, outcome category, and systematic review category on the quality of the evidence according to GRADE for primary outcomes ($n = 608$)

| | Univariable | | | Multivariable | | |
|---|---|---|---|---|---|---|
| Parameter | OR | 95% CI | P-value | OR | 95% CI | P-value |
| Intervention type | | | | | | |
| Medical device | 1.25 | 0.45, 3.46 | 0.66 | 1.10 | 0.39, 3.09 | N.S. |
| Surgical | 1.24 | 0.53, 2.92 | 0.62 | 1.16 | 0.49, 2.78 | N.S. |
| Behavioral | 1.83 | 0.80, 4.21 | 0.16 | 1.73 | 0.74, 4.02 | N.S. |
| Pharmacologic | 2.37 | 1.10, 5.11 | 0.03 | 2.20 | 1.01, 4.80 | N.S. |
| Lifestyle/diet/exercise | Reference | — | — | Reference | — | — |
| Outcome | | | | | | |
| Objective | 1.07 | 0.70, 1.64 | 0.75 | 1.03 | 0.66, 1.60 | N.S. |
| Subjective | Reference | — | — | Reference | — | — |
| Systematic review category | | | | | | |
| New | Reference | | | Reference | | |
| Updates | 1.57 | 1.14, 2.17 | 0.01 | 1.55 | 1.11, 2.14 | * |

Abbreviations: GRADE, Grades of Recommendation, Assessment, Development, and Evaluation; OR, odds ratio; CI, confidence interval.
Outcome was converted to binary: very low/low or moderate/high.
*$P < 0.05$.

P.S. Fleming et al. / Journal of Clinical Epidemiology 78 (2016) 34−42                39

**Table 4.** Statistical significance for primary outcomes and authors' interpretations within the subgroups of systematic review with high/very low quality of evidence and without GRADE assessment (*n* = 278)

| | Statistical significance for primary outcomes | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Significant | | Nonsignificant | | Not estimable | |
| Authors' interpretations | *N* | % | *N* | % | *N* | % |
| High quality of evidence according to GRADE | | | | | | |
|   Positive interpretation | 25 | 43.9 | 0 | 0.0 | 0 | 0.0 |
|   Negative interpretation/inconclusive/unclear | 32 | 56.1 | 25 | 100.0 | 0 | 0.0 |
| Total | 57 | 100.0 | 25 | 100.0 | 0 | 0.0 |
| Very low quality of evidence according to GRADE | | | | | | |
|   Positive interpretation | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
|   Negative interpretation/inconclusive/unclear | 41 | 100.0 | 83 | 100.0 | 22 | 100.0 |
| Total | 41 | 100.0 | 83 | 100.0 | 22 | 100.0 |
| Random sample of systematic reviews without GRADE assessment | | | | | | |
|   Positive interpretation | 2 | 9.0 | 0 | 0.0 | 0 | 0.0 |
|   Negative interpretation/inconclusive/unclear | 20 | 91.0 | 27 | 100.0 | 1 | 100.0 |
| Total | 22 | 100 | 27 | 100 | 1 | 100 |
| Overall total | 120 | 43.2 | 135 | 48.6 | 23 | 8.2 |

*Abbreviation:* GRADE, Grades of Recommendation, Assessment, Development, and Evaluation.

nontreatment control/placebo of care, and 14 were comparisons against other active treatments (Appendix Table 3/Appendix at www.jclinepi.com).

## 4. Discussion

### 4.1. Main findings

Our survey of the quality of evidence underpinning recent SRs published in the CDSR found that almost half of them had GRADE evaluations. Among them, we noted a large percentage of conclusions are based on low or very low quality of evidence. Less than 1 in 7 SRs had evidence of high quality for the first listed primary outcome and less than 1 in 5 had evidence of high quality for any outcome. Reviews reporting a high quality of evidence appear considerably more likely to lead reviewers to favorable interpretations about the value of the intervention. However, such favorable interpretations were made in only one-third of that small subset of SRs; these were invariably coupled with statistically significant results.

### 4.2. Limitations and strengths

This is the first large-scale survey to appraise the quality of evidence related to reviews on the CDSR using GRADE. A very large number of studies were included to provide a comprehensive sample with analysis until June 2014 to provide a contemporaneous and representative summary of the level of evidence underpinning currently published reviews. Although GRADE has officially been endorsed within the Cochrane Handbook since 2008 [10], assessment of earlier reviews is likely to yield a lower percentage of studies with GRADE evaluations. Even in 2013−2014, however, slightly over half of the reviews still did not use GRADE SoFs. This relatively low figure may therefore relate to other reasons including reticence to use of GRADE by some researchers stemming from failure of GRADE to fully capture the specifics of the evidence base concerning public health interventions, limiting its adoption in practice domains outside clinical medicine [15,16].

It is unknown whether these SRs would have different levels of evidence than those that had GRADE assessments, but SRs without GRADE assessments were infrequently (4%) coupled with favorable interpretations about the intervention. This may suggest that reviews that do not undertake GRADE assessments typically do not have high-quality evidence or significant results to highlight. If so, then the proportion of reviews with high-quality evidence and favorable interpretation for the treatment may be even lower than what our GRADE-based survey suggests. Another potential limitation is that there can be some subjectivity in making the GRADE assessments [17,18] and even more so in the interpretation about the value of an intervention. Therefore, we focused on the assessments and conclusions that were already made by the reviewers undertaking these SRs, so as to avoid subjective choices on our part. It is acknowledged that Cochrane reviews do not specifically provide recommendations in the sense that clinical practice guidelines do. Indeed, guidance to the reviewers is to desist from such recommendations themselves. However, guidance for clinical practice may be routinely inferred from the results and conclusions of an SR.

We should also caution that the reviews that were recently published in CDSR may not necessarily be fully representative of all medical and health-related interventions. It is unclear whether the selection would tend to choose topics with evidence of higher or lower quality than the entire universe of medical and health-related interventions. Some interventions that are widely used for a long time may not be represented among recently published SRs. Conversely, recently developed interventions and those that continue having more trials performed about them may be more likely to be included in our analyzed sample. These may or may not be of higher quality.

40     *P.S. Fleming et al. / Journal of Clinical Epidemiology 78 (2016) 34—42*

Finally, we should acknowledge that an intervention may sometimes be appropriate to use even in the absence of high-quality evidence and it may still result in some substantial benefit. Conversely, some interventions with high quality of evidence and even favorable results may not offer a large benefit and cost, adverse events, feasibility, or availability of better alternatives may make their use unattractive. Appraisal of the population health impact of interventions would have to be scrutinized on a case-by-case basis and goes beyond the goals of this article. Moreover, GRADE incorporates both an assessment of the quality of evidence within a wider backdrop encompassing relative benefits; values; costs; and equity, feasibility, and acceptability. The quality of evidence, therefore, represents just one aspect that might lead to a treatment recommendation.

### 4.3. Findings in context

The present study adds to the increasing evidence that a significant amount of biomedical research is compromised either by inadequate reporting or conduct culminating in a significant level of waste in research [19]. In particular, downgrading of the quality of evidence stemmed predominantly from risk of bias and imprecision of the effect estimates. To our knowledge, there is no previous assessment of the quality of evidence of SRs within the CDSR based on GRADE. A previous important survey of large numbers of SRs from the CDSR [20] was focused on descriptive and methodological features of SRs.

The GRADE approach has been used to provide an overview of the quality of the evidence within specialist biomedical fields. In particular, previous analyses have been undertaken to assess the evidence supporting nonsurgical treatment of stress urinary incontinence and hyperbaric oxygen therapy based on SRs published in general journals [12,13]. In both of these surveys, just two SRs with high quality of evidence were identified, representing 15.4% [12] and 11.7% [13] of SRs, respectively, percentages that are similar (13.5%) to what was found in our survey.

### 4.4. Implications of results

Overall, most CDSR reviews which included GRADE assessment relied on a moderate or low level of evidence in the assessment of primary outcomes; just 13.5% were found to have a high level of evidence. Typically, the quality of evidence was rated down due to methodological limitations inherent in individual primary studies or due to imprecision. Design imitations typically related to problems due to inadequate randomization procedures including allocation concealment, lack of blinding, and large losses to follow-up; the implications of each of these have been documented and discussed [21—23]. High risk of bias may perhaps be related to the review topic and the nature of the intervention, and sometimes it may be difficult to avoid, for example, blinding is not readily feasible with certain surgical procedures. The accepted remedy to reporting issues is for trial authors to adhere to accepted, comprehensive reporting guidelines [24], and this requires adoption [25] and implementation [26] of these guidelines by editors and peer reviewers. However, optimal reporting would not obviate the problems of imprecision due to limited evidence and limitations due to the poor design and conduct of randomized trials.

Imprecision stems primarily from inadequate sample sizes and large variability. Inadequate sample sizes among other things may be related to whether the recruited numbers are calculated correctly based on the preset assumptions and whether those a priori assumptions are appropriate in each primary study [27]. Moreover, it is accepted that sample size assumptions can be altered to approximate the available sample size rather than being based on the appropriate assumptions. In particular, setting unrealistically large treatment effects, low variances, and low power will result in artificially low sample size requirements. For example, this pattern has been highlighted for continuous outcomes published in a range of high-impact medical journals [28,29].

In the multivariable analysis, reviews concerning pharmacologic interventions appeared to be of higher evidence quality than those investigating other interventions, with the complexity related to comparison of surgical techniques and innovation being well documented [30—32]. A previous review analyzing reviews extending to 2008 has highlighted the preponderance (63%) of pharmacologic interventions within Cochrane reviews [20]; an almost identical breakdown (56.6%) was found in the present study. Results from pharmacologic interventions were also the most common ones to be interpreted favorably by the reviewers. Updated SRs included a higher percentage of high quality of evidence compared to new SRs. This may reflect that updated reviews might pertain to topics which have been the subject of a greater amount of primary research.

The use of GRADE and the presentation of SoF tables have been recommended on the CDSR since 2008 [10]. Although a reasonable percentage of SRs appear to involve GRADE, a number of studies including meta-analysis (357/1,394 or 25.6%) but failing to include GRADE tables were identified. Many of these SRs may have benefited from the inclusion of GRADE assessments to provide a more holistic overview of the quality of the evidence.

It is accepted that the results from clinical trials may be tenuous and altered on the basis of a limited number of events [33]. Findings from SRs may be equally contestable both on the basis of borderline statistical significance of the outcomes and limitations in the contributory evidence. The present review does imply that better evidence is needed to underpin a range of interventions. This may relate to improved primary research allied to more sophisticated

*P.S. Fleming et al. / Journal of Clinical Epidemiology 78 (2016) 34–42*    41

synthesis methods including enhanced used of meta-epidemiological methods. Further evaluations of the quality of the evidence incorporated in SRs and its relationship to the perceived value of the intervention could be undertaken on regular journals. Moreover, the sources of downgrading of the evidence could be elucidated in greater detail to provide added guidance on methods of improving the quality of primary evidence and downstream SRs. The impact of using GRADE assessments on the utility and uptake of SRs (e.g., use in formal recommendations and guidelines) may also need to be studied.

## 5. Conclusions

Our survey has found that high quality of evidence is uncommon in the CDSR and that favorable interpretation on the value of an intervention based on both high quality of evidence and statistically significant results is very sparse in the body of medical and health-related evidence reviewed within the CDSR. Based on this extensive cross-sectional analysis of the CDSR, for the vast majority of the recently reviewed medical and health topics, we need better interventions, better evidence, or both. The emerging picture may have implications for the funding of research. Better interventions may be obtained if the preclinical research process is optimized [19]. As for clinical research, low-quality evidence does not allow firm clinical decision making. Instead of continuing to produce a huge number of small, conflicted, low-quality trials, it may be preferable to invest in fewer, larger, better quality studies that would allow making recommendations for practice with higher certainty.

## Supplementary data

Supplementary data related to this article can be found online at http://dx.doi.org/10.1016/j.jclinepi.2016.03.012.

## References

[1] Muir Gray JA. Evidence-based healthcare: how to make health policy and management decisions. London: Churchill Livingstone; 1997.

[2] Cochrane Review Groups. Available at http://www.cochrane.org/contact/review-groups. Accessed July 18, 2014.

[3] Moher D, Tetzlaff J, Tricco AC, Sampson M, Altman DG. Epidemiology and reporting characteristics of systematic reviews. PloS Med 2007;4:e78.

[4] Fleming PS, Seehra J, Polychronopoulou A, Fedorowicz Z, Pandis N. Cochrane and non-Cochrane systematic reviews in leading orthodontic journals: a quality paradigm? Eur J Orthod 2013;35:244–8.

[5] Shea B, Boers M, Grimshaw JM, Hamel C, Bouter LM. Does updating improve the methodological and reporting quality of systematic reviews? BMC Med Res Methodol 2006;6:27.

[6] Holmes L, Lusher A, Chalmers I. Citation of Cochrane reviews in national and international guidelines and policies. Reports of the NHS Health Technology Assessment Programme, Effective Health Care, Finnish Evidence-Based Medicine Guidelines, and Clinical Evidence. UK: Cochrane Centre; 2001.

[7] Ebell MH, Siwek J, Weiss BD, Woolf SH, Susman J, Ewigman B, et al. Strength of recommendation taxonomy (SORT): a patient-centered approach to grading evidence in the medical literature. Am Fam Physician 2004;69:548–56.

[8] Clarke L, Clarke M, Clarke T. How useful are Cochrane reviews in identifying research needs? J Health Serv Res Policy 2007;12:101–3.

[9] Guyatt G, Oxman AD, Akl EA, Kunz R, Vist G, Brozek J, et al. GRADE guidelines: 1. Introduction-GRADE evidence profiles and summary of findings tables. J Clin Epidemiol 2011;64:383–94.

[10] Schünemann HJ, Oxman AD, Higgins JPT, Vist GE, Glasziou P, Guyatt GH. Chapter 11: presenting results and "summary of findings" tables. In: Higgins JPT, Green S, editors. Cochrane Handbook for Systematic Reviews of Interventions Version 5.1.0 (updated March 2011). The Cochrane Collaboration; 2011. Available at www.cochrane-handbook.org. Accessed July 18, 2014.

[11] Mustafa RA, Santesso N, Brozek J, Akl EA, Walter SD, Norman G, et al. The GRADE approach is reproducible in assessing the quality of evidence of quantitative evidence syntheses. J Clin Epidemiol 2013;66:736–742.e5.

[12] Latthe P, Foon R, Khan K. Nonsurgical treatment of stress urinary incontinence (SUI): grading of evidence in systematic reviews. BJOG 2008;115:435–44.

[13] Murad MH, Altayar O, Bennett M, Wei JC, Claus PL, Asi N, et al. Using GRADE for evaluating the quality of evidence in hyperbaric oxygen therapy clarifies evidence limitations. J Clin Epidemiol 2014;67:65–72.

[14] Mattick RP, Breen C, Kimber J, Davoli M. Buprenorphine maintenance versus placebo or methadone maintenance for opioid dependence. Cochrane Database Syst Rev 2014;CD002207.

[15] Rehfuess EA, Akl EA. Current experience with applying the GRADE approach to public health interventions: an empirical study. BMC Public Health 2013;13:9.

[16] Durrheim DN, Reingold A. Modifying the GRADE framework could benefit public health. J Epidemiol Community Health 2010;64:387.

[17] Hartling L, Hamm MP, Milne A, Vandermeer B, Santaguida PL, Ansari M, et al. Testing the risk of bias tool showed low reliability between individual reviewers and across consensus assessments of reviewer pairs. J Clin Epidemiol 2013;66:973–81.

[18] Berkman ND, Lohr KN, Morgan LC, Kuo T-M, Morton SC. Interrater reliability of grading strength of evidence varies with the complexity of the evidence in systematic reviews. J Clin Epidemiol 2013;66:1105–17. e1.

[19] Glasziou P, Altman DG, Bossuyt P, Boutron I, Clarke M, Julious S, et al. Reducing waste from incomplete or unusable reports of biomedical research. Lancet 2014;383:267–76.

[20] Davey J, Turner RM, Clarke MJ, Higgins JPT. Characteristics of meta-analyses and their component studies in the Cochrane Database of Systematic Reviews: a cross-sectional, descriptive analysis. BMC Med Res Methodol 2011;11:160.

[21] Moher D, Jadad AR, Nichol G, Penman M, Tugwell P, Walsh S. Assessing the quality of randomized controlled trials: an annotated bibliography of scales and checklists. Control Clin Trials 1995;16:62–73.

[22] Schulz KF, Chalmers I, Hayes RJ, Altman DG. Empirical evidence of bias. Dimensions of methodological quality associated with estimates of treatment effects in controlled trials. JAMA 1995;273:408–12.

[23] Savović J, Weeks L, Sterne JA, Turner L, Altman DG, Moher D, et al. Evaluation of the Cochrane Collaboration's tool for assessing the risk of bias in randomized trials: focus groups, online survey, proposed recommendations and their implementation. Syst Rev 2014;3:37.

[24] Moher D, Hopewell S, Schulz KF, Montori V, Gøtzsche PC, Devereaux PJ, et al. CONSORT 2010 explanation and elaboration: updated guidelines for reporting parallel group randomised trials. BMJ 2010;340:c869.

[25] Stevens A, Shamseer L, Weinstein E, Yazdi F, Turner L, Thielman J, et al. Relation of completeness of reporting of health research to journals' endorsement of reporting guidelines: systematic review. BMJ 2014;348:g3804.

42                P.S. Fleming et al. / Journal of Clinical Epidemiology 78 (2016) 34—42

[26] Pandis N, Shamseer L, Kokich VG, Fleming PS, Moher D. Active implementation strategy of CONSORT adherence by a dental specialty journal improved randomized clinical trial reporting. J Clin Epidemiol 2014;67:1044—8.

[27] Charles P, Giraudeau B, Dechartres A, Baron G, Ravaud P. Reporting of sample size calculation in randomised controlled trials: review. BMJ 2009;338:b1732.

[28] Vickers AJ. Underpowering in randomized trials reporting a sample size calculation. J Clin Epidemiol 2003;56:717—20.

[29] Koletsi D, Fleming PS, Seehra J, Bagos PG, Pandis N. Are sample sizes clear and justified in RCTs published in dental journals? PloS One 2014;9:e85949.

[30] Jacquier I, Boutron I, Moher D, Roy C, Ravaud P. The reporting of randomized clinical trials using a surgical intervention is in need of immediate improvement: a systematic review. Ann Surg 2006;244: 677—83.

[31] Altman DG, Aronson JK, Barkun JS, Campbell WB, Cook JA, Feldman LS, et al, Balliol Collaboration. Challenges in evaluating surgical innovation. Lancet 2009;374:1097—104.

[32] Cook JA. The challenges faced in the design, conduct and analysis of surgical randomised controlled trials. Trials 2009;10:9.

[33] Balshem H, Helfand M, Schünemann HJ, Oxman AD, Kunz R, Brozek J, et al. GRADE guidelines: 3. Rating the quality of evidence. J Clin Epidemiol 2011;64:401—6.