In the

# United States Court of Appeals

## For the Eleventh Circuit

---

No. 25-14263

---

ISIS BENJAMIN,
FANTASIA HORTON,
NAEOMI MADISON,
BRYNN WILSON,
JOHN DOE,
on behalf of themselves and all persons similarly situated,

*Plaintiffs-Appellees,*

*versus*

COMMISSIONER, GEORGIA DEPARTMENT OF CORRECTIONS,
ASSISTANT COMMISSIONER, GEORGIA DEPARTMENT OF CORRECTIONS,
STATEWIDE MEDICAL DIRECTOR,
CENTURION OF GEORGIA, LLC,

*Defendants-Appellants.*

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:25-cv-04470-VMC

ORDER:

Celine Zhu's motion to withdraw as counsel for the Appellees is GRANTED.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION